**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VISTO CORPORATION, § § § § § § § § § | |
| Plaintiff | |
| V. | CIVIL NO. 2:06-CV-39 (TJW) |
| GOOD TECHNOLOGY, INC., | |
| Defendant. | |

**ORDER GRANTING DEFENDANT GOOD TECHNOLOGY, INC.'S
AGREED MOTION FOR LEAVE TO AMEND ITS INVALIDITY
CONTENTIONS**

Defendant Good Technology, Inc.'s AGREED MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS has come before the Court.  The Court, having considered the motion, and all relevant pleadings, is of the opinion the motion should be GRANTED.

SIGNED this  8th  day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE