**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **VISTO CORPORATION,** | |
| Plaintiff, | |
| vs. | **Civil Action No.: 2:06-CV-39-TJW** |
| **GOOD TECHNOLOGY, INC.** | |
| Defendant. | |

## ORDER

On this day came to be heard Plaintiff Visto Corporation's Unopposed Motion Leave to Supplement Its Preliminary Infringement Contentions.  Having carefully considered the Motion, the Court is of the opinion that it should be GRANTED.

Accordingly, the Court hereby grants Visto leave to supplement its Preliminary Infringement Contentions to include Good Mobile Messaging 5 as an Accused Product and to add three elements to claim 1 of the '679 patent.

SIGNED this 16th day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

Dallas 242376v1