# EXHIBIT C

US006708221B1

(12) **United States Patent**
    Mendez et al.

(10) Patent No.:     **US 6,708,221 B1**
(45) Date of Patent:          **Mar. 16, 2004**

(54) **SYSTEM AND METHOD FOR GLOBALLY AND SECURELY ACCESSING UNIFIED INFORMATION IN A COMPUTER NETWORK**

(75) Inventors: **Daniel J. Mendez**, Menlo Park, CA (US); **Mark D. Riggins**, Mercer Island, WA (US); **Prasad Wagle**, Santa Clara, CA (US); **Hong Q. Bui**, Cupertino, CA (US); **Mason Ng**, Mountain View, CA (US); **Sean Michael Quinlan**, San Francisco, CA (US); **Christine C. Ying**, Foster City, CA (US); **Christopher R. Zuleeg**, San Jose, CA (US); **David J. Cowan**, Menlo Park, CA (US); **Joanna A. Aptekar-Strober**, Menlo Park, CA (US); **R. Stanley Bailes**, San Jose, CA (US)

(73) Assignee: **Visto Corporation**, Redwood Shores, CA (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/666,877**

(22) Filed:      **Sep. 20, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/903,118, filed on Jul. 30, 1997, and a continuation-in-part of application No. 08/865, 075, filed on May 29, 1997, now Pat. No. 6,023,708, and a continuation-in-part of application No. 08/835,997, filed on Apr. 11, 1997, now Pat. No. 6,085,192, and a continuation-in-part of application No. 08/841,950, filed on Apr. 8, 1997, which is a continuation-in-part of application No. 08/766, 307, filed on Dec. 13, 1996, now Pat. No. 6,131,116.

(51) Int. Cl.[7] .............................................. G06F 15/16
(52) U.S. Cl. ...................................... 709/248; 709/204
(58) Field of Search .................................. 709/203, 219, 709/248, 245, 204, 205

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,388,255 A  *  2/1995  Pytlik et al. .................... 707/4
5,544,320 A  *  8/1996  Konrad ........................ 709/203

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| CA | 2210763 | 1/1999 |
| EP | 0801478 | 10/1997 |
| WO | WO 99/05620 | 2/1999 |
| WO | WO 99/45451 | 9/1999 |

OTHER PUBLICATIONS

US 5,373,559, 12/1994, Kaufman et al. (withdrawn)

(List continued on next page.)

*Primary Examiner*—Mehmet B. Geckil
(74) *Attorney, Agent, or Firm*—Squire, Sanders & Dempsey L.L.P.

(57)          **ABSTRACT**

A client stores a first set of workspace data, and is coupled via a computer network to a global server. The client may be configured to synchronize portions of the first set of workspace data with the global server, which stores independently modifiable copies of the portions. The global server may also store workspace data which is not downloaded from the client, and thus stores a second set of workspace data. The global server may be configured to identify and authenticate a user seeking global server access from a remote terminal, and is configured to provide access to the first set or to the second set. Further, services may be stored anywhere in the computer network. The global server may be configured to provide the user with access to the services. The system may further include a synchronization-start module at the client site (which may be protected by a firewall) that initiates interconnection and synchronization with the global server when predetermined criteria have been satisfied.

**14 Claims, 15 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,588,132 A | * | 12/1996 | Cardoza | ...................... 711/148 |
| 5,752,246 A | | 5/1998 | Rogers et al. | |
| 5,764,902 A | * | 6/1998 | Rothrock | ..................... 345/753 |
| 5,812,773 A | * | 9/1998 | Norin | ......................... 345/753 |
| 5,835,601 A | * | 11/1998 | Shimbo et al. | ............. 709/201 |
| 5,862,346 A | * | 1/1999 | Kley et al. | ..................... 380/29 |
| 5,878,230 A | | 3/1999 | Weber et al. | |
| 5,924,103 A | * | 7/1999 | Ahmed et al. | ............. 707/201 |
| 5,928,329 A | | 7/1999 | Clark et al. | |
| 5,943,676 A | * | 8/1999 | Boothby | ..................... 707/201 |
| 5,974,238 A | * | 10/1999 | Chase, Jr. | ................... 709/248 |
| 5,999,932 A | | 12/1999 | Paul | |
| 5,999,947 A | * | 12/1999 | Zollinger et al. | ........... 707/203 |
| 6,020,885 A | * | 2/2000 | Honda | ........................ 345/757 |
| 6,021,427 A | | 2/2000 | Spagna et al. | |
| 6,023,700 A | | 2/2000 | Owens et al. | |
| 6,023,708 A | * | 2/2000 | Mendez et al. | ............. 707/203 |
| 6,034,621 A | | 3/2000 | Kaufman | |
| 6,073,165 A | | 6/2000 | Narasimhan et al. | |
| 6,094,477 A | | 7/2000 | Nada et al. | |
| 6,108,709 A | | 8/2000 | Shinomura et al. | |
| 6,118,856 A | | 9/2000 | Paarsmarkt et al. | |
| 6,125,281 A | | 9/2000 | Wells et al. | |
| 6,131,096 A | * | 10/2000 | Ng et al. | ...................... 707/10 |
| 6,131,116 A | * | 10/2000 | Riggins et al. | ............. 709/219 |
| 6,138,146 A | | 10/2000 | Moon et al. | |
| 6,212,529 B1 | * | 4/2001 | Boothby et al. | ........... 707/201 |
| 6,249,805 B1 | | 6/2001 | Fleming, III | |
| 6,295,541 B1 | | 9/2001 | Bodnar et al. | |
| 6,343,313 B1 | * | 1/2002 | Salesky et al. | ............. 345/751 |
| 6,510,455 B1 | | 1/2003 | Chen et al. | |

### OTHER PUBLICATIONS

Kohl, John T., et al.; "The Evolution of the *Kerberos* Authentication Service"; 1991; pp. 1–15; This paper is a revision of a paper presented at the Spring 1991 EurOpen Conference in Tromso, Norway.

Adams, Charlotte; "Multilevel Secure Networking Charges Ahead"; Federal Computer Week; Apr. 12, 1993; 5 pages.

Jaeger, Trent and Atul Prakash; "Implementation of a Discretionary Access Control Model for Script–based Systems"; IEEEE Jun. 1995; 15 pages.

Research Disclosure; "Provide Auto–Forwarding Based on Criteria Selected by the User"; Oct. 1, 1989; 1 page; No. 306; Kenneth Mason Publications; XP000085405; ISSN; 0374–4353.

* cited by examiner



Data
Synchronizing
Network
100

130 Global Firewall
115 Global Server
145 Synchronization Agent
150 Global Translator
155 Configuration System
160 Security System
163 Workspace Data
120

135 LAN Firewall

125 LAN
170 Base System
175 Service Engine
180 Workspace Data
165
Client

122
167 Client

110
105 Remote Terminal
140 Web Engine

FIG. 1



FIG. 2



**FIG. 3**



**FIG. 4**

Global Format
Bookmark
(example)
500



| | |
|---|---|
| User ID | 505 |
| Entry ID | 510 |
| Parent ID | 515 |
| Is Folder? | 520 |
| Name | 525 |
| Description | 530 |
| URL | 535 |
| Position | 540 |
| Is Deleted | 545 |
| Last Modified Date | 550 |
| Created Date | 555 |
| Separation After? | 560 |

**FIG. 5**

Configuration
and user data
356





Settings ⎯ 605

Preferences ⎯ 610

Services ⎯ 615

Service Addresses ⎯ 620

**FIG. 6**



**FIG. 7**

Case 2:06-cv-00039-TJW-CE   Document 96-4   Filed 08/28/07   Page 11 of 27 PageID #: 1600



**FIG. 8**



**FIG. 9**



FIG. 10

Case 2:06-cv-00039-TJW-CE   Document 96-4   Filed 08/28/07   Page 14 of 27 PageID #:  1603



FIG. 11



Method of
accessing service
1050a

**Start**

Applet retrieves service address
and authentication information ⌐1205

Client creates direct and secure
connection with service and
uses the authentication
information to authenticate itself ⌐1210

Applet acts as I/O interface
with the service ⌐1215

**End**

(Redirect)

# FIG. 12



Method of Accessing Service 1050b

FIG. 13



FIG. 14



**FIG. 15**

US 6,708,221 B1

1

# SYSTEM AND METHOD FOR GLOBALLY AND SECURELY ACCESSING UNIFIED INFORMATION IN A COMPUTER NETWORK

## CROSS-REFERNCE TO RELATED APPLICATIONS

This application is a continuation and claims priority to and incorporates by reference U.S. patent application Ser. No. 08/903,118, entitled "System and Method For Globally and Securely Accessing Unified Information in a Computer Network" filed Jul. 30, 1997 of Daniel J. Mendez, Mark D. Riggins, Prasad Wagle, Hong Q. Bui, Mason Ng, Sean Michael Quinlan, Christine C. Ying, Christopher R. Zuleeg, David J. Cowan, Joanna A. Aptekar-Strober and R. Stanley Bailes, which is a continuation-in-part of U.S. patent application Ser. No. 08/766,307, entitled "System and Method for Globally Accessing Computer Services," filed on Dec. 13, 1996 now U.S. Pat. No. 6,131,116 by inventors Mark D. Riggins, R. Stanley Bailes, Hong Q. Bui, David J. Cowan, Daniel J. Mendez, Mason Ng, Sean Michael Quinlan, Prasad Wagle, Christine C. Ying, Christopher R. Zuleeg and Joanna A. Aptekar-Strober; and of co-pending U.S. patent application Ser. No. 08/841,950 entitled "System and Method for Enabling Secure Access to Services in a Computer Network," filed on Apr. 8, 1997 by inventor Mark Riggins; and of U.S. patent application Ser. No. 08/835.997 entitled "System and Method for Securely Synchronizing Multiple Copies of a Workspace Element in a Network," filed on Apr 11, 1997 now U.S. Pat. No. 6,085,192, by inventors Daniel J. Mendez, Mark J. Riggins, Prasad Wagle and Christine C. Ying; and of U.S. patent application Ser. No. 08/865,075 entitled "System and Method for Using a Global Translator to Synchronize Workspace Elements Across a Network," filed on May 29, 1997 now U.S. Pat. No. 6,023,708 by inventors Daniel J. Mendez, Mark D. Riggins, Prasad Wagle and Christine C. Ying. These applications have been commonly assigned to RoamPage, Inc. and are incorporated herein by reference as if copied verbatim hereafter. Benefit of the earlier filing dates is claimed on all common subject matter.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to computer networks, and more particularly provides a system and method for globally and securely accessing unified information in a computer network.

2. Description of the Background Art

The internet currently interconnects about 100,000 computer networks and several million computers. Each of these computers stores numerous application programs for providing numerous services, such as generating, sending and receiving e-mail, accessing World Wide Web sites, generating and receiving facsimile documents, storing and retrieving data, etc.

A roaming user, i.e., a user who travels and accesses a workstation remotely, is faced with several problems. Program designers have developed communication techniques for enabling the roaming user to establish a communications link and to download needed information and needed service application programs from the remote workstation to a local computer. Using these techniques, the roaming user can manipulate the data on the remote workstation and, when finished, can upload the manipulated data back from the remote workstation to the local computer. However, slow computers and slow communication channels make downloading large files and programs a time-consuming process. Further, downloading files and programs across insecure channels severely threatens the integrity and confidentiality of the downloaded data.

Data consistency is also a significant concern for the roaming user. For example, when maintaining multiple independently modifiable copies of a document, a user risks using an outdated version. By the time the user notices an inconsistency, interparty miscommunication or data loss may have already resulted. The user must then spend more time attempting to reconcile the inconsistent versions and addressing any miscommunications.

The problem of data inconsistency is exacerbated when multiple copies of a document are maintained at different network locations. For example, due to network security systems such as conventional firewall technology, a user may have access only to a particular one of these network locations. Without access to the other sites, the user cannot confirm that the version on the accessible site is the most recent draft.

Data consistency problems may also arise when using application programs from different vendors. For example, the Netscape Navigator™ web engine and the Internet Explorer™ web engine each store bookmarks for quick reference to interesting web sites. However, since each web engine uses different formats and stores bookmarks in different files, the bookmarks are not interchangeable. In addition, one web engine may store a needed bookmark, and the other may not. A user who, for example, runs the Internet Explorer™ web engine at home and runs the Netscape Navigator™ web engine at work risks having inconsistent bookmarks at each location.

Therefore, a system and method are needed to enable multiple users to access computer services remotely without consuming excessive user time, without severely threatening the integrity and confidentiality of the data, and without compromising data consistency.

## SUMMARY OF THE INVENTION

The present invention provides a system and methods for providing global and secure access to services and to unified (synchronized) workspace elements in a computer network. A user can gain access to a global server using any terminal, which is connected via a computer network such as the Internet to the global server and which is enabled with a web engine.

A client stores a first set of workspace data, and is coupled via a computer network to a global server. The client is configured to synchronize selected portions of the first set of workspace data (comprising workspace elements) with the global server, which stores independently modifiable copies of the selected portions. The global server may also store workspace data not received from the client, such as e-mail sent directly to the global server. Accordingly, the global server stores a second set of workspace data. The global server is configured to identify and authenticate a user attempting to access it from a remote terminal, and is configured to provide access based on the client configuration either to the first set of workspace data stored on the client or to the second set of workspace data stored on the global server. It will be appreciated that the global server can manage multiple clients and can synchronize workspace data between clients.

Service engines for managing services such as e-mail management, accessing bookmarks, calendaring, network

US 6,708,221 B1

3

access, etc. may be stored anywhere in the computer network, including on the client, on the global server or on any other computer. The global server is configured to provide the user with access to services, which based on level of authentication management or user preferences may include only a subset of available services. Upon receiving a service request from the client, the global server sends configuration information to enable access to the service.

Each client includes a base system and the global server includes a synchronization agent. The base system and synchronization agent automatically establish a secure connection therebetween and synchronize the selected portions of the first set of workspace data stored on the client and the second set of workspace data stored on the global server. The base system operates on the client and examines the selected portions to determine whether any workspace elements have been modified since last synchronization. The synchronization agent operates on the global server and informs the base system whether any of the workspace elements in the second set have been modified. Modified version may then be exchanged so that an updated set of workspace elements may be stored at both locations, and so that the remote user can access an updated database. If a conflict exists between two versions, the base system then performs a responsive action such as examining content and generating a preferred version, which may be stored at both locations. The system may further include a synchronization-start module at the client site (which may be protected by a firewall) that initiates interconnection and synchronization when predetermined criteria have been satisfied.

A method of the present invention includes establishing a communications link between the client and the global server. The method includes establishing a communications link between the client and a service based upon user requests. The method receives configuration data and uses the configuration data to configure the client components such as the operating system, the web engine and other components. Configuring client components enables the client to communicate with the service and provides a user-and-service-specific user interface on the client. Establishing a communications link may also include confirming access privileges.

Another method uses a global translator to synchronize workspace elements. The method includes the steps of selecting workspace elements for synchronization, establishing a communications link between a client and a global server, examining version information for each of the workspace elements on the client and on the global server to determine workspace elements which have been modified since last synchronization. The method continues by comparing the corresponding versions and performing a responsive action. Responsive actions may include storing the preferred version at both stores or reconciling the versions using content-based analysis.

The system and methods of the present invention advantageously provide a secure globally accessible third party, i.e. the global server. The system and methods provide a secure technique for enabling a user to access the global server and thus workspace data remotely and securely. Because of the global firewall and the identification and security services performed by the global server, corporations can store relatively secret information on the global server for use by authorized clients. Yet, the present invention also enables corporations to maintain only a portion of their secret information on the global server, so that there would be only limited loss should the global server be compromised. Further, the global server may advanta-

4

geously act as a client proxy for controlling access to services, logging use of keys and logging access of resources.

A client user who maintains a work site, a home site, an off-site and the global server site can securely synchronize the workspace data or portions thereof among all four sites. Further, the predetermined criteria (which control when the synchronization-start module initiates synchronization) may be set so that the general synchronization module synchronizes the workspace data upon user request, at predetermined times during the day such as while the user is commuting, or after a predetermined user action such as user log-off or user log-on. Because the system and method operate over the Internet, the system is accessible using any connected terminal having a web engine such as an internet-enabled smart phone, television settop (e.g., web TV), etc. and is accessible over any distance. Since the system and method include format translation, merging of workspace elements between different application programs and different platforms is possible. Further, because synchronization is initiated from within the firewall, the typical firewall, which prevents in-bound communications and only some protocols of out-bound communications, does not act as an impediment to workspace element synchronization.

Further, a roaming user may be enabled to access workspace data from the global server or may be enabled to access a service for accessing workspace data from a client. For example, a user may prefer not to store personal information on the global server but may prefer to have remote access to the information. Further, the user may prefer to store highly confidential workspace elements on the client at work as added security should the global server be compromised.

The present invention may further benefit the roaming user who needs emergency access to information. The roaming user may request a Management Information Systems (MIS) director controlling the client to provide the global server with the proper keys to enable access to the information on the client. If only temporary access is desired, the keys can then be later destroyed either automatically or upon request. Alternatively, the MIS director may select the needed information as workspace elements to be synchronized and may request immediate synchronization with the global server. Accordingly, the global server and the client can synchronize the needed information, and the user can access the information from the global server after it has completed synchronization.

The present invention also enables the system and methods to synchronize keys, available services and corresponding service addresses to update accessibility of workspace data and services. For example, if the user of a client accesses a site on the Internet which requires a digital certificate and the user obtains the certificate, the system and methods of the present invention may synchronize this newly obtained certificate with the keys stored on the global server. Thus, the user need not contact the global server to provide it with the information. The synchronization means will synchronize the information automatically.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a secure data-synchronizing remotely accessible network in accordance with the present invention;

FIG. 2 is a block diagram illustrating details of a FIG. 1 remote terminal;

FIG. 3 is a block diagram illustrating details of a FIG. 1 global server;

US 6,708,221 B1

5

FIG. 4 is a block diagram illustrating details of a FIG. 1 synchronization agent;

FIG. 5 is a graphical representation of an example bookmark in global format;

FIG. 6 is a graphical representation of the FIG. 3 configuration data;

FIG. 7 is a block diagram illustrating the details of a FIG. 1 client;

FIG. 8 is a block diagram illustrating the details of a FIG. 1 base system;

FIG. 9 illustrates an example services list;

FIG. 10 is a flowchart illustrating a method for remotely accessing a secure server;

FIG. 11 is a flowchart illustrating details of the FIG. 10 step of creating a link between a client and global server;

FIG. 12 is a flowchart illustrating details of the FIG. 10 step of providing access to a service in a first embodiment;

FIG. 13 is a flowchart illustrating details of the FIG. 10 step of providing access to a service in a second embodiment;

FIG. 14 is a flowchart illustrating details of the FIG. 10 step of providing access to a service in a third embodiment; and

FIG. 15 is a flowchart illustrating a method for synchronizing multiple copies of a workspace element over a secure network.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. 1 is a block diagram illustrating a network 100, comprising a first site such as a remote computer terminal 105 coupled via a communications channel 110 to a global server 115. The global server 115 is in turn coupled via a communications channel 120 to a second site such as a Local Area Network (LAN) 125 and via a communications channel 122 to a third site such as client 167. Communications channel 110, communications channel 120 and communications channel 122 may be referred to as components of a computer network such as the Internet. The global server 115 is protected by a global firewall 130, and the LAN 125 is protected by a LAN firewall 135.

The LAN 125 comprises a client 165, which includes a base system 170 for synchronizing workspace data 180 (e-mail data, file data, calendar data, user data, etc.) with the global server 115 and may include a service engine 175 for providing computer services such as scheduling, e-mail, paging, word-processing or the like. Those skilled in the art will recognize that workspace data 180 may include other types of data such as application programs. It will be further appreciated that workspace data 180 may each be divided into workspace elements, wherein each workspace element may be identified by particular version information 782 (FIG. 7). For example, each e-mail, file, calendar, etc. may be referred to as "a workspace element in workspace data." For simplicity, each workspace element on the client 165 is referred to herein as being stored in format A. It will be further appreciated that the workspace data 180 or portions thereof may be stored at different locations such as locally on the client 165, on other systems in the LAN 125 or on other systems (not shown) connected to the global server 115.

The client 167 is similar to the client 165. However, workspace data stored on the client 167 is referred to as being stored in format B, which may be the same as or

6

different than format A. All aspects described above and below with reference to the client 165 are also possible with respect to the client 167. For example, client 167 may include services (not shown) accessible from remote terminal 105, may include a base system (not shown) for synchronizing workspace elements with the global server 115, etc.

The global server 115 includes a security system 160 for providing only an authorized user with secure access through firewalls to services. The security system 160 may perform identification and authentication services and may accordingly enable multiple levels of access based on the level of identification and authentication. The global server 115 further includes a configuration system 155 that downloads configuration data 356 (FIGS. 3 and 6) to the remote terminal 105 to configure remote terminal 105 components such as the operating system 270 (FIG. 2), the web engine 283 (FIG. 2), the applet engine 290 (FIG. 2), etc. The configuration system 155 uses the configuration data 356 to enable the remote terminal 105 to access the services provided by the service engine 175 and to provide a user-and-service-specific user interface.

The global server 115 stores workspace data 163, which includes an independently modifiable copy of each selected workspace element in the selected portions of the workspace data 180. Accordingly, the workspace data 163 includes an independently modifiable copy of each corresponding version information 782 (FIG. 7). The workspace data 163 may also include workspace elements which originate on the global server 115 such as e-mails sent directly to the global server 115 or workspace elements which are downloaded from another client (not shown). The global server 115 maintains the workspace data 163 in a format, referred to as a "global format," which is selected to be easily translatable by the global translator 150 to and from format A and to and from format B. As with format A and format B, one skilled in the art knows that the global format actually includes a global format for each information type. For example, there may be a global format for bookmarks (FIG. 5), a global format for files, a global format for calendar data, a global format for e-mails, etc.

The global server 115 also includes a synchronization agent 145 for examining the workspace elements of workspace data 163. More particularly, the base system 170 and the synchronization agent 145, collectively referred to herein as "synchronization means," cooperate to synchronize the workspace data 163 with the selected portions of the workspace data 180. The synchronization means may individually synchronize workspace elements (e.g., specific word processor documents) or may synchronize workspace element folders (e.g., a bookmark folder). Generally, the base system 170 manages the selected portions of the workspace data 180 within the LAN 125 and the synchronization agent 145 manages the selected portions of workspace data 163 within the global server 115. It will be appreciated that the global translator 150 cooperates with the synchronization means to translate between format A (or format B) and the global format. It will be further appreciated that the global server 115 may synchronize the workspace data 163 with workspace data 180 and with the workspace data (not shown) on the client 167. Accordingly, the workspace data 163 can be easily synchronized with the workspace data (not shown) on the client 167.

The remote terminal 105 includes a web engine 140, which sends requests to the global server 115 and receives information to display from the global server 115. The web engine 140 may use HyperText Transfer Protocol (HTTP)

US 6,708,221 B1

7                                                    8

and HyperText Markup Language (HTML) to interface with the global server **115**. The web engine **140** may be enabled to run applets, which when executed operate as the security interface for providing access to the global server **115** and which operate as the application interface with the requested service. Using the present invention, a user can operate any remote client **105** connected to the Internet to access the global server **115**, and thus to access the services and the workspace data on or accessible by the global server **115**.

FIG. **2** is a block diagram illustrating details of the remote terminal **105**, which includes a Central Processing Unit (CPU) **210** such as a Motorola Power PC™ microprocessor or an Intel Pentium™ microprocessor. An input device **220** such as a keyboard and mouse, and an output device **230** such as a Cathode Ray Tube (CRT) display are coupled via a signal bus **235** to CPU **210**. A communications interface **240**, a data storage device **250** such as Read Only Memory (ROM) and a magnetic disk, and a Random-Access Memory (RAM) **260** are further coupled via signal bus **235** to CPU **210**. The communications interface **240** is coupled to a communications channel **110** as shown in FIG. **1**.

An operating system **270** includes a program for controlling processing by CPU **210**, and is typically stored in data storage device **250** and loaded into RAM **260** (as shown) for execution. Operating system **270** further includes a communications engine **275** for generating and transferring message packets via the communications interface **240** to and from the communications channel **110**. Operating system **270** further includes an Operating System (OS) configuration module **278**, which configures the operating system **270** based on OS configuration data **356** (FIG. **3**) such as Transmission Control Protocol (TCP) data, Domain Name Server (DNS) addresses, etc. received from the global server **115**.

Operating system **270** further includes the web engine **140** for communicating with the global server **115**. The web engine **140** may include a web engine (WE) configuration module **286** for configuring elements of the web engine **140** such as home page addresses, bookmarks, caching data, user preferences, etc. based on the configuration data **356** received from the global server **115**. The web engine **140** may also include an encryption engine **283** for using encryption techniques to communicate with the global server **115**. The web engine **140** further may include an applet engine **290** for handling the execution of downloaded applets including applets for providing security. The applet engine **290** may include an Applet Engine (AE) configuration module **295** for configuring the elements of the applet engine **290** based on configuration data **356** received from the global server **115**.

FIG. **3** is a block diagram illustrating details of the global server **115**, which includes a Central Processing Unit (CPU) **310** such as a Motorola Power PC™ microprocessor or an Intel Pentium™ microprocessor. An input device **320** such as a keyboard and mouse, and an output device **330** such as a Cathode Ray Tube (CRT) display are coupled via a signal bus **335** to CPU **310**. A communications interface **340**, a data storage device **350** such as Read Only Memory (ROM) and a magnetic disk, and a Random-Access Memory (RAM) **370** are further coupled via signal bus **335** to CPU **310**. As shown in FIG. **1**, the communications interface **340** is coupled to the communications channel **110** and to the communications channel **120**.

An operating system **380** includes a program for controlling processing by CPU **310**, and is typically stored in data storage device **350** and loaded into RAM **370** (as illustrated)

for execution. The operating system **380** further includes a communications engine **382** for generating and transferring message packets via the communications interface **340** to and from the communications channel **345**. The operating system **380** also includes a web page engine **398** for transmitting web page data **368** to the remote terminal **105**, so that the remote terminal **105** can display a web page **900** (FIG. **9**) listing functionality offered by the global server **115**. Other web page data **368** may include information for displaying security method selections.

The operating system **380** may include an applet host engine **395** for transmitting applets to the remote terminal **105**. A configuration engine **389** operates in conjunction with the applet host engine **395** for transmitting configuration applets **359** and configuration and user data **356** to the remote terminal **105**. The remote terminal **105**. executes the configuration applets **359** and uses the configuration and user data **356** to configure the elements (e.g., the operating system **270**, the web engine **140** and the applet engine **290**) of the remote terminal **105**. Configuration and user data **356** is described in greater detail with reference to FIG. **6**.

The operating system **380** also includes the synchronization agent **145** described with reference to FIG. **1**. The synchronization agent **145** synchronizes the workspace data **163** on the global server **115** with the workspace data **180** on the client **165**. As stated above with reference to FIG. **1**, the global translator **150** translates between format A used by the client **165** and the global format used by the global server **115**.

The operating system **380** may also includes a security engine **392** for determining whether to instruct a communications engine **382** to create a secure communications link with a client **165** or terminal **105**, and for determining the access rights of the user. For example, the security engine **392** forwards to the client **165** or remote terminal **105** security applets **362**, which when executed by the receiver poll the user and respond back to the global server **115**. The global server **115** can examine the response to identify and authenticate the user.

For example, when a client **165** attempts to access the global server **115**, the security engine **384** determines whether the global server **115** accepts in-bound communications from a particular port. If so, the security engine **392** allows the communications engine **382** to open a communications channel **345** to the client **165**. Otherwise, no channel will be opened. After a channel is opened, the security engine **392** forwards an authentication security applet **362** to the remote terminal **105** to poll the user for identification and authentication information such as for a user ID and a password. The authentication security applet **362** will generate and forward a response back to the global server **115**, which will use the information to verify the identity of the user and provide access accordingly.

It will be appreciated that a "request-servicing engine" may be the configuration engine **389** and the applet host engine **395** when providing services to a remote terminal **105** or client **165**. The request-servicing engine may be the web page engine **398** when performing workspace data **163** retrieval operations directly from the global server **115**. The request-servicing engine may be the configuration engine **389** and the applet host engine **395** when performing workspace data **180** retrieval operations from the client **165** or from any other site connected to the global server **115**. The request-servicing engine may be security engine **392** when performing security services such as user identification and authentication. The request-servicing engine may be the

9

synchronization agent when the performing synchronization with the client 165. Further, the request-servicing engine may be any combination of these components.

FIG. 4 is a block diagram illustrating details of the synchronization agent 145, which includes a communications module 405 and a general synchronization module 410. The communications module 405 includes routines for compressing data and routines for communicating via the communications channel 120 with the base system 170. The communications module 405 may further include routines for communicating securely channel through the global firewall 130 and through the LAN firewall 125.

The general synchronization module 410 includes routines for determining whether workspace elements have been synchronized and routines for forwarding to the base system 170 version information (not shown) of elements determined to be modified after last synchronization. The general synchronization module 410 may either maintain its own last synchronization signature (not shown), receive a copy of the last synchronization signature with the request to synchronize from the base system 170, or any other means for insuring that the workspace data has been synchronized. The general synchronization module 410 further includes routines for receiving preferred versions of workspace data 180 workspace elements from the base system 170. and routines for forwarding preferred versions of workspace data 180 workspace elements to the base system 170.

FIG. 5 illustrates an example bookmark workspace element in the global format. The translator 150 incorporates all the information needed to translate between all incorporated formats. For example, if for a first client a bookmark in format A needs elements X, Y and Z and for a second client a bookmark in format B needs elements W, X and Y, the global translator 150 incorporates elements W, X, Y and Z to generate a bookmark in the global format. Further, the translator 150 incorporates the information which is needed by the synchronization means (as described below in FIG. 4) such as the last modified date. Accordingly, a bookmark in the Global Format may include a user identification (ID) 505, an entry ID 510, a parent ID 515, a folder ID flag 520, a name 525, a description 530, the Uniform Resource Locator (URL) 535, the position 540, a deleted ID flag 545, a last modified date 550, a created date 555 and a separation ID flag 560.

FIG. 6 is a block diagram illustrating details of the configuration and user data 356. Configuration data 356 includes settings 605 such as TCP data and the DNS address, web browser settings such as home page address, bookmarks and caching data, applet engine settings, and applet configuration data such as the user's e-mail address name and signature block. It will be appreciated that applet-specific configuration and user data 356 is needed, since the service may not be located on the user's own local client 165. Configuration and user data 356 further includes predetermined user preferences 610 such as font, window size, text size, etc.

Configuration data 356 further includes the set of services 615, which will be provided to the user. Services 615 include a list of registered users and each user's list of user-preferred available services 615. Services may also include a list of authentication levels needed to access the services 615. Configuration and user data 137 further includes service addresses 620 specifying the location of each of the services 615 accessible via the global server 115.

FIG. 7 is a block diagram illustrating details of the client 165, which includes a CPU 705, an input device 710, an

10

output device 725, a communications interface 710, a data storage device 720 and RAM 730, each coupled to a signal bus 740.

An operating system 735 includes a program for controlling processing by the CPU 705, and is typically stored in the data storage device 720 and loaded into the RAM 730 (as illustrated) for execution. A service engine 175 includes a service program for managing workspace data 180 that includes version information (not shown). The service engine 175 may be also stored in the data storage device 720 and loaded into the RAM 730 (as illustrated) for execution. The workspace data 180 may be stored in the data storage device 330. As stated above with reference to FIG. 1, the base system 170 operates to synchronize the workspace data 180 on the client 165 with the workspace data 163 on the global server 115. The base system 170 may be also stored in the data storage device 720 and loaded into the RAM 730 (as shown) for execution. The base system 170 is described in greater detail with reference to FIG. 8.

FIG. 8 is a block diagram illustrating details of the base system 170, which includes a communications module 805, a user interface module 810, locator modules 815 (as synchronization-start ("synch-start") module 820, a general synchronization module 825 and a content-based synchronization module 830. For simplicity, each module is illustrated as communicating with one another via a signal bus 840. It will be appreciated that the base system 170 includes the same components as included in the synchronization agent 145.

The communications module 805 includes routines for compressing data, and routines for communicating via the communications interface 710 (FIG. 7) with the synchronization agent 145 (FIG. 1). The communications module 805 may include routines for applying Secure Socket Layer (SSL) technology and user identification and authentication techniques (i.e., digital certificates) to establish a secure communication channel through the LAN firewall 135 and through the global firewall 130. Because synchronization is initiated from within the LAN firewall 135 and uses commonly enabled protocols such as HyperText Transfer Protocol (HTTP), the typical firewall 135 which prevents in-bound communications in general and some outbound protocols does not act as an impediment to e-mail synchronization. Examples of communications modules 805 may include TCP/IP stacks and the AppleTalk™ protocol.

The user interface 810 includes routines for communicating with a user, and may include a conventional Graphical User Interface (GUI). The user interface 810 operates in coordination with the client 165 components as described herein.

The locator modules 815 include routines for identifying the memory locations of the workspace elements in the workspace data 180 and the memory locations of the workspace elements in the workspace data 163. Workspace element memory location identification may be implemented using intelligent software, i.e., preset memory addresses or the system's registry, or using dialogue boxes to query a user. It will be appreciated that the locator modules 815 may perform workspace element memory location identification upon system boot-up or after each communication with the global server 115 to maintain updated memory locations of workspace elements.

The synchronization-start module 820 includes routines for determining when to initiate synchronization of workspace data 163 and workspace data 180. For example, the synchronization-start module 820 may initiate data synchro-

US 6,708,221 B1

11

nization upon user request, at a particular time of day, after a predetermined time period passes, after a predetermined number of changes, after a user action such as user log-off or upon like criteria. The synchronization-start module **820** initiates data synchronization by instructing the general synchronization module **825** to begin execution of its routines. It will be appreciated that communications with synchronization agent **145** preferably initiate from within the LAN **125**, because the typical LAN firewall **125** prevents in-bound communications and allows out-bound communications.

The general synchronization module **825** includes routines for requesting version information from the synchronization agent **145** (FIG. 1) and routines for comparing the version information against a last synchronization signature **835** such as a last synchronization date and time to determine which versions have been modified. The general synchronization module **825** further includes routines for comparing the local and remote versions to determine if only one or both versions of a particular workspace element have been modified and routines for performing an appropriate synchronizing responsive action. Appropriate synchronizing responsive actions may include forwarding the modified version (as the preferred version) of a workspace element in workspace data **180** or forwarding just a compilation of the changes to the other store(s). Other appropriate synchronizing responsive actions may include, if reconciliation between two modified versions is needed, then instructing the content-based synchronization module **830** to execute its routines (described below).

It will be appreciated that the synchronization agent **145** preferably examines the local version information **124** and forwards only the elements that have been modified since the last synchronization signature **835**. This technique makes efficient use of processor power and avoids transferring unnecessary data across the communications channel **712**. The general synchronization module **825** in the LAN **135** accordingly compares the data elements to determine if reconciliation is needed. Upon completion of the data synchronization, the general synchronization module **825** updates the last synchronization signature **835**.

The content-based synchronization module **830** includes routines for reconciling two or more modified versions of workspace data **163**, **180** in the same workspace element. For example, if the original and the copy of a user workspace element have both been modified independently since the last synchronization, the content-based synchronization module **830** determines the appropriate responsive action. The content-based synchronization module **830** may request a user to select the preferred one of the modified versions or may respond based on preset preferences, i.e., by storing both versions in both stores or by integrating the changes into a single preferred version which replaces each modified version at both stores. When both versions are stored at both stores, each version may include a link to the other version so that the user may be advised to select the preferred version.

It will be appreciated that any client **165** that wants synchronization may have a base system **170**. Alternatively, one base system **170** can manage multiple clients **165**. It will be further appreciated that for a thin client **165** of limited computing power such as a smart telephone, all synchronization may be performed by the global server **115**. Accordingly, components of the base system **170** such as the user interface module **810**, the locator modules **815**, the general synchronization module **825** and the content-based synchronization module **830** may be located on the global

12

server **115**. To initiate synchronization from the client **165**, the client **165** includes the communications module **805** and the synch-start module **820**.

FIG. 9 illustrates an example list **900** of accessible services provided by a URL-addressable HyperText Markup Language (HTML)-based web page, as maintained by the web page engine **398** of the global server **115**. The list **900** includes a title **910** "Remote User's Home Page," a listing of the provided services **615** and a pointer **970** for selecting one of the provided services **615**. As illustrated, the provided services may include an e-mail service **920**, a calendaring service **930**, an internet access service **940**, a paging service **950**, a fax sending service **960**, a user authentication service **963** and a workspace data retrieval service **967**. Although not shown, other services **615** such as bookmarking, QuickCard™, etc. may be included in the list **900**. Although the web page provides the services **615** in a list **900**, other data structures such as a pie chart or table may alternatively be used.

FIG. 10 is a flowchart illustrating a method **1000** for enabling a user to access the services **615** in the computer network system **100**. Method **1000** begins by the remote terminal **105** in step **1005** creating a communications link with the global server **115**. The global server **115** in step **1010** confirms that the user has privileges to access the functionality of the global server **115**. Confirming user access privileges may include examining a user certificate, obtaining a secret password, using digital signature technology, performing a challenge/response technique, etc. It will be appreciated that the security engine **392** may cause the applet host engine **395** to forward via the communications channel **345** to the remote terminal **105** an authentication security applet **362** which when executed communicates with the global server **115** to authenticate the user.

After user access privileges are confirmed, the web page engine **398** of the global server **115** in step **1015** transmits web page data **368** and configuration and user data **356** to the remote terminal **105**. The web engine **140** of the remote terminal **105** in step **1020** uses the web page data **368** and the configuration and user data **356** to display a web page service list **900** (FIG. 9) on the output device **230**, and to enable access to the services **615** which the global server **115** offers. An example service list **900** is shown and described with reference to FIG. 9. Configuration of the remote terminal **105** and of the web page **700** is described in detail in the cross-referenced patent applications.

From the options listed on the web page **900**, the user in step **1025** selects a service **615** via input device **220**. In response, the request-servicing engine (described with reference to FIG. 3) provides the selected service **615**. For example, the applet host engine **395** of the global server **115** in step **1030** may download to the remote terminal **105** a corresponding applet **359** and configuration and user data **356** for executing the requested service **615**. Alternatively, the web page engine **398** may use, for example, HTTP and HTML to provide the selected service **615**. As described above with reference to FIG. 6, the configuration and user data **356** may include user-specific preferences such as user-preferred fonts for configuring the selected service **615**. Configuration and user data **356** may also include user-specific and service-specific information such as stored bookmarks, calendar data, pager numbers, etc. Alternatively, the corresponding applet **359** and the configuration and user data **356** could have been downloaded in step **1015**. Providing access to the service by an applet **359** is described in greater detail below with reference to FIGS. **12–14**.

The applet engine **290** of the remote terminal **105** in step **1035** initiates execution of the corresponding downloaded

13

applet. The global server **115** in step **1040** initiates the selected service **615** and in step **1045** selects one of three modes described with reference to FIGS. **12–14** for accessing the service **615**. For example, if the user selects a service **615** on a service server (e.g., the client **165**) that is not protected by a separate firewall, then the global server **115** may provide the user with direct access. If the user selects a service **615** provided by a service server within the LAN **125**, then the global server **115** may access the service **615** as a proxy for the user. It will be appreciated that each firewall **130** and **135** may store policies establishing the proper mode of access the global server **115** should select. Other factors for selecting mode of access may include user preference, availability and feasibility. The global server **115** in step **1050** uses the selected mode to provide the remote terminal **105** user with access to the selected service **615**.

FIG. **11** is a flowchart illustrating details of step **1005**, which begins by the remote terminal **105** in step **1105** using a known Uniform Resource Locator (URL) to call the global server **115**. The global server **115** and the remote terminal **105** in step **1107** create a secure communications channel therebetween, possibly by applying Secure Sockets Layer (SSL) technology. That is, the security engine **392** of the global server **115** in step **1110** determines if in-bound secure communications are permitted and, if so, creates a communications channel with the remote terminal **105**. The web engine **140** of the remote terminal **105** and the security engine **392** of the global server **115** in step **1115** negotiate secure communications channel parameters, possibly using public key certificates. An example secure communications channel is RSA with RC4 encryption. Step **1115** thus may include selecting an encryption protocol which is known by both the global server **115** and the remote terminal **105**. The encryption engine **283** of the remote terminal **105** and secure communications engine **392** of the global server **115** in step **1120** use the secure channel parameters to create the secure communications channel. Method **505** then ends.

FIG. **12** is a flowchart illustrating details of step **1050** in a first embodiment, referred to as step **1050***a*, wherein the global server **115** provides the remote terminal **105** with a direct connection to a service **615**. Step **1050***a* begins by the applet engine **290** in step **1205** running a configuration applet **359** for the selected service **615** that retrieves the service address **620** from data storage device **380** and the authentication information from the keysafe **365**. The communications interface **340** in step **1210** creates a direct and secure connection with the communications interface **340** of the global server **115** at the retrieved service address **620**, and uses the authentication information to authenticate itself. The applet in step **1215** acts as the I/O interface with the service **615**. Step **1050***a* then ends.

FIG. **13** is a flowchart illustrating details of step **1050** in a second embodiment, referred to as step **1050***b*, wherein the global server **115** acts for the remote terminal **105** as a proxy to the service **615**. Step **1050***b* begins with a configuration applet **359** in step **1305** requesting the service address **620** for the selected service **615**, which results in retrieving the service address **620** directing the applet **359** to the global server **115**. The applet **359** in step **1310** creates a connection with communications interface **340** of the global server **115**. The global server **115** in step **1315** retrieves the service address **620** of the selected service **615** and the authentication information for the selected service **615** from the keysafe **365**. The communications interface **340** of the global server **115** in step **1320** negotiates secure channel parameters for creating a secure channel with the service server **1014**. The communications interface **340** in step **1320** also authenticates itself as the user.

14

Thereafter, the applet **359** in step **1325** acts as the I/O interface with the communications interface **340** of the global server **115**. If the global server **115** in step **1330** determines that it is unauthorized to perform a remote terminal **105** user's request, then the global server **115** in step **1345** determines whether the method **1050***b* ends, e.g., whether the user has quit. If so, then method **1050***b* ends. Otherwise, method **1050***b* returns to step **1325** to obtain another request. If the global server **115** in step **1330** determines that it is authorized to perform the remote terminal **105** user's request, then the global server **115** in step **1340** acts as the proxy for the remote terminal **105** to the service **615**. As proxy, the global server **115** forwards the service request to the selected service **615** and forwards responses to the requesting applet **359** currently executing on the remote terminal **105**. Method **1050***b* then jumps to step **1345**.

FIG. **14** is a flowchart illustrating details of step **1050** in a third embodiment, referred to as step **1050***c*, wherein the service **615** being requested is located on the global server **115**. Step **1050** begins with an applet in step **1405** retrieving the service address **620** for the selected service **615**, which results in providing the configuration applet **359** with the service address **620** of the service **615** on the global server **115**. Thus, the applet in step **1410** creates a secure connection with the global server **115**. No additional step of identification and authentication is needed since the remote terminal **105** has already identified and authenticated itself to the global server **115** as described with reference to step **1010** of FIG. **10**.

In step **1415**, a determination is made whether the service **615** is currently running. If so, then in step **1425** a determination is made whether the service **615** can handle multiple users. If so, then the global server **115** in step **1430** creates an instance for the user, and the applet in step **1440** acts as the I/O interface with the service **615** on the global server **115**. Method **1050***c* then ends. Otherwise, if the service **615** in step **1425** determines that it cannot handle multiple users, then method **1050***c* proceeds to step **1440**. Further, if in step **1415** the global server **115** determines that the service **615** is not currently running, then the global server **115** in step **1420** initializes the service **615** and proceeds to step **1425**.

FIG. **15** is a flowchart illustrating a method **1500** for using a global translator **150** to synchronize workspace data **163** and workspace data **180** in a secure network **100**. Method **1500** begins with the user interface **900** in step **1505** enabling a user to select workspace elements of workspace data **163** and workspace data **180** for the synchronization means to synchronize. The locator modules **815** in step **1510** identify the memory locations of the workspace elements in workspace data **163** and workspace data **180**. If a selected workspace element does not have a corresponding memory location, such as in the case of adding new workspace elements to the global server **115**, then one is selected. The selected memory location may be a preexisting workspace element or a new workspace element. As stated above, workspace element memory location identification may be implemented using intelligent software or dialogue boxes. The general synchronization module **825** in step **1515** sets the previous status of the workspace elements equal to the null set, which indicates that all information of the workspace element has been added.

The synchronization-start module **820** in step **1520** determines whether predetermined criteria have been met which indicate that synchronization of the workspace elements selected in step **1505** should start. If not, then the

US 6,708,221 B1

15                                                              16

synchronization-start module **820** in step **1525** waits and loops back to step **1520**. Otherwise, the communications module **805** and the communications module **405** in step **1530** establish a secure communications channel therebetween.

The general synchronization module **825** in step **1535** determines whether any workspace elements have been modified. That is, the general synchronization module **825** in step **1535** examines the version information of each selected workspace element in the workspace data **180** against the last synchronization signature **435** to locate modified workspace elements. This comparison may include comparing the date of last modification with the date of last synchronization, or may include a comparison between the current status and the previous status as of the last interaction. Similarly, the general synchronization module **815** examines the version information of each corresponding workspace element in workspace data **163** and the last synchronization signature **435** to locate modified workspace elements.

If in step **1535** no modified workspace elements or folders are located, then the general synchronization module **825** in step **1560** updates the last synchronization signature **435** and method **1500** ends. Otherwise, the general synchronization module **825** in step **1540** determines whether more than one version of a workspace element has been modified since the last synchronization.

If only one version has been modified, then the corresponding general synchronization module **825** in step **1545** determines the changes made. As stated above, determining the changes made may be implemented by comparing the current status of the workspace element against the previous status of the workspace element as of the last interaction therebetween. If the changes were made only to the version in the workspace data **163**, then the global translator **150** in step **1550** translates the changes to the format used by the other store, and the general synchronization module **410** in step **1555** forwards the translated changes to the general synchronization module **825** for updating the outdated workspace element in the workspace data **180**. If the updated version is a workspace element in the workspace data **180**, then the general synchronization module **825** sends the changes to the updated version to the global translator **150** for translation and then to the general synchronization module **410** for updating the outdated workspace element in the workspace data **163**. The general synchronization module **825** and the general synchronization module **410** in step **1557** update the previous state of the workspace element to reflect the current state as of this interaction. Method **1500** then returns to step **1535**.

If the general synchronization module **825** in step **1540** determines that multiple versions have been modified, then the general synchronization module **825** in step **1565** computes the changes to each version and in step **1570** instructs the content-based synchronization module **830** to examine content to determine if any conflicts exist. For example, the content-based synchronization module **830** may determine that a conflict exists if a user deletes a paragraph in one version and modified the same paragraph in another version. The content-based synchronization module **830** may determine that a conflict does not exist if a user deletes different paragraphs in each version. If no conflict is found, then method **1500** jumps to step **1550** for translating and forwarding the changes in each version to the other store. However, if a conflict is found, then the content-based synchronization module **830** in step **1575** reconciles the modified versions. As stated above, reconciliation may

include requesting instructions from the user or based on previously selected preferences performing responsive actions such as storing both versions at both stores. It will be appreciated that a link between two versions may be placed in each of the two versions, so that the user will recognize to examine both versions to select the preferred version. Method **1500** then proceeds to step **1550**.

It will be further appreciated that in step **1510** new workspace elements and preexisting workspace elements to which new workspace elements will be merged are set to "modified" and the previous status is set to the null set. Thus, the general synchronization module **825** in step **1540** will determine that more that one version has been modified and the content-based synchronization module **830** in step **1570** will determine that no conflict exists. The changes in each will be translated and forwarded to the other store. Accordingly, the two versions will be effectively merged and stored at each store.

For example, if a first bookmark folder was created by the web engine **140** on the client **165**, a second folder was created by a web engine **140** on the remote terminal **105**, no preexisting folder existed on the global server **115** and the user selected each of these folders for synchronization, then the synchronization means will effectively merge the first and second folders. That is, the general synchronization module **825** on the client **165** will determine that the first folder has been modified and the previous status is equal to the null set. The general synchronization module **825** will determine and send the changes, i.e., all the workspace elements in the first folder, to a new global folder on the global server **115**. Similarly, the general synchronization module (not shown) on the remote terminal **105** will determine that, as of its last interaction, the previous status of each of the second and the global folders is the null set. The general synchronization module **825** will instruct the content-based synchronization module **830** to examine the changes made to each folder to determine whether a conflict exists. Since no conflicts will exist, the general synchronization module **825** will forward the changes to the global folder and the general synchronization module **410** will forward its changes to the second store, thereby merging the workspace elements of the first and second folders in the global and second folders. The general synchronization module **410** will inform the general synchronization module **825** that the global folder has been modified relative to the last interaction, and will forward the new changes to the first folder. Thus, the first and second folders will be merged and stored at each store.

The foregoing description of the preferred embodiments of the invention is by way of example only, and other variations of the above-described embodiments and methods are provided by the present invention. For example, a server can be any computer which is polled by a client. Thus, the remote terminal **105** may be referred to as a type of client. Although the system and method have been described with reference to applets, other downloadable executables such as Java™ applets, Java™ applications or ActiveX™ control developed by the Microsoft Corporation can alternatively be used. Components of this invention may be implemented using a programmed general-purpose digital computer, using application specific integrated circuits, or using a network of interconnected conventional components and circuits. The embodiments described herein have been presented for purposes of illustration and are not intended to be exhaustive or limiting. Many variations and modifications are possible in light of the foregoing teaching. The invention is limited only by the following claims.

US 6,708,221 B1

17

What is claimed is:

1. A method for synchronizing workspace data, comprising:

storing first workspace data on a first device;

storing second workspace data on a second device;

determining differences between the first workspace data and the second workspace data;

storing the differences at a global server; and

sending the differences from the global server to the second device.

2. The method of claim 1, wherein the first workspace data comprise a workspace data element from a first user of the first device to a second user of the second device.

3. The method of claim 2, wherein the workspace data element includes data selected from a group including email data, file data, calendar data, user data and bookmark data.

4. The method of claim 1, wherein at least one of the first device and the second device is selected from a group including a smart phone, a television settop box and a personal computer.

5. The method of claim 1, further comprising continuing to store the differences at the global server is continued after the sending.

6. The method of claim 1, further comprising storing at the server version-indicating information corresponding to the differences.

7. The method of claim 1, further comprising merging, by the second device, the differences with third workspace data stored on the second device.

8. A system for synchronizing workspace data, comprising:

18

means for storing first workspace data on a first device;

means for storing second workspace data on a second device;

means for determining differences between the first workspace data and the second workspace data;

means for storing the differences at a global server; and

means for sending the differences from the global server to the second device.

9. The system of claim 8, wherein the first workspace data comprises a workspace data element from a first user of the first device to a second user of the second device.

10. The system of claim 9, wherein the workspace data element includes data selected from a group including email data, file data, calendar data, user data and bookmark data.

11. The system of claim 8, wherein at least one of the first device and the second device is selected from a group including a smart phone, a television settop box and a personal computer.

12. The system of claim 8, further comprising means for continuing to store the differences at the global server is continued after the sending.

13. The system of claim 8, further comprising means for storing at the server version-indicating information corresponding to the differences.

14. The system of claim 8, further comprising means for merging, by the second device, the differences with third workspace data stored on the second device.

* * * * *