# EXHIBIT D

US007039679B2

(12) **United States Patent**
Mendez et al.

(10) **Patent No.:**     **US 7,039,679 B2**
(45) **Date of Patent:**         **May 2, 2006**

(54) **SYSTEM AND METHOD FOR GLOBALLY AND SECURELY ACCESSING UNIFIED INFORMATION IN A COMPUTER NETWORK**

(75) Inventors: **Daniel J. Mendez**, Menlo Park, CA (US); **Mark D. Riggins**, Mercer Island, WA (US); **Prasad Wagle**, Santa Clara, CA (US); **Hong Q. Bui**, Cupertino, CA (US); **Mason Ng**, Moutain View, CA (US); **Sean Michael Quinlan**, San Fransico, CA (US); **Christine C. Ying**, Foster City, CA (US); **Christopher R. Zuleeg**, San Jose, CA (US); **David J. Cowan**, Menlo Park, CA (US); **Joanna A. Aptekar-Strober**, Menlo Park, CA (US); **R. Stanley Bailes**, San Jose, CA (US)

(73) Assignee: **Visto Corporation**, Redwood Shores, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/741,113**

(22) Filed: **Dec. 19, 2003**

(65) **Prior Publication Data**

US 2004/0139178 A1 Jul. 15, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/966,877, filed on Sep. 20, 2000, now Pat. No. 6,708,221, which is a continuation of application No. 08/903,118, filed on Jul. 30, 1997, now abandoned, and a continuation-in-part of application No. 08/865,075, filed on May 29, 1997, now Pat. No. 6,023,708, and a continuation-in-part of application No. 08/835,997, filed on Apr. 11, 1997, now Pat. No. 6,085,192, and a continuation-in-part of application No. 08/841,950, filed on Apr. 8, 1997, which is a continuation-in-part of application No. 08/766,307, filed on Dec. 13, 1996, now Pat. No. 6,131,116.

(51) **Int. Cl.**
*G06F 15/15*          (2006.01)

(52) **U.S. Cl.** ...................................... **709/206**; 709/248

(58) **Field of Classification Search** ................ 709/206, 709/248, 202, 203, 100; 713/400; 370/350
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,652,698 A     3/1987  Hale et al.

(Continued)

OTHER PUBLICATIONS

US 5,373,559, 12/1994, Kaufman et al. (withdrawn)

(Continued)

*Primary Examiner*—Mehmet B. Geckill
(74) *Attorney, Agent, or Firm*—Manatt Phelps & Phillips

(57) **ABSTRACT**

A client stores a first set of workspace data, and is coupled via a computer network to a global server. The client may be configured to synchronize portions of the first set of workspace data with the global server, which stores independently modifiable copies of the portions. The global server may also store workspace data which is not downloaded from the client, and thus stores a second set of workspace data. The global server may be configured to identify and authenticate a user seeking global server access from a remote terminal, and is configured to provide access to the first set or to the second set. Further, services may be stored anywhere in the computer network. The global server may be configured to provide the user with access to the services. The system may further include a synchronization-start module at the client site (which may be protected by a firewall) that initiates interconnection and synchronization with the global server when predetermined criteria have been satisfied.

**18 Claims, 15 Drawing Sheets**



## US 7,039,679 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,714,995 A | 12/1987 | Materna et al. |
| 4,831,582 A | 5/1989 | Miller et al. |
| 4,875,159 A | 10/1989 | Cary et al. |
| 4,882,752 A | 11/1989 | Lindman et al. |
| 4,897,781 A | 1/1990 | Chang et al. |
| 4,916,738 A | 4/1990 | Chandra et al. |
| 5,048,085 A | 9/1991 | Abraham et al. |
| 5,150,407 A | 9/1992 | Chan |
| 5,220,603 A | 6/1993 | Parker |
| 5,263,157 A | 11/1993 | Janis |
| 5,265,159 A | 11/1993 | Kung |
| 5,333,266 A | 7/1994 | Boaz et al. |
| 5,386,564 A | 1/1995 | Shearer et al. |
| 5,388,255 A | 2/1995 | Pytlik et al. |
| 5,392,390 A | 2/1995 | Crozier |
| 5,420,927 A | 5/1995 | Micali |
| 5,425,102 A | 6/1995 | Moy |
| 5,434,918 A | 7/1995 | Kung et al. |
| 5,483,596 A | 1/1996 | Rosenow et al. |
| 5,491,752 A | 2/1996 | Kaufman et al. |
| 5,495,533 A | 2/1996 | Linehan et al. |
| 5,510,777 A | 4/1996 | Pilc et al. |
| 5,544,320 A | 8/1996 | Konrad |
| 5,544,322 A | 8/1996 | Cheng et al. |
| 5,572,643 A | 11/1996 | Judson |
| 5,581,749 A | 12/1996 | Hossain et al. |
| 5,588,132 A | 12/1996 | Cardoza |
| 5,600,834 A | 2/1997 | Howard |
| 5,604,788 A | 2/1997 | Tett |
| 5,613,012 A | 3/1997 | Hoffman et al. |
| 5,623,601 A | 4/1997 | Vu |
| 5,627,658 A | 5/1997 | Connors et al. |
| 5,627,997 A | 5/1997 | Pearson et al. |
| 5,632,011 A | 5/1997 | Landfield et al. |
| 5,634,053 A | 5/1997 | Noble et al. |
| 5,644,354 A | 7/1997 | Thompson et al. |
| 5,647,002 A | 7/1997 | Brunson |
| 5,652,884 A | 7/1997 | Palevich |
| 5,657,390 A | 8/1997 | Elgamal et al. |
| 5,664,207 A | 9/1997 | Crumpler et al. |
| 5,666,530 A | 9/1997 | Clark et al. |
| 5,666,553 A | 9/1997 | Crozier |
| 5,675,782 A | 10/1997 | Montague et al. |
| 5,678,039 A | 10/1997 | Hinks et al. |
| 5,680,542 A | 10/1997 | Mulchandani et al. |
| 5,682,478 A | 10/1997 | Watson et al. |
| 5,682,524 A | 10/1997 | Freund et al. |
| 5,684,951 A | 11/1997 | Goldman et al. |
| 5,684,984 A | 11/1997 | Jones et al. |
| 5,684,990 A | 11/1997 | Boothby |
| 5,687,322 A | 11/1997 | Deaton et al. |
| 5,701,400 A | 12/1997 | Amado |
| 5,701,423 A | 12/1997 | Crozier |
| 5,706,427 A | 1/1998 | Tabuki |
| 5,706,502 A | 1/1998 | Foley et al. |
| 5,710,918 A | 1/1998 | Lagarde et al. |
| 5,710,922 A | 1/1998 | Alley et al. |
| 5,713,019 A | 1/1998 | Keaten |
| 5,715,403 A | 2/1998 | Stefik |
| 5,717,925 A | 2/1998 | Harper et al. |
| 5,721,779 A | 2/1998 | Funk |
| 5,721,908 A | 2/1998 | Lagarde et al. |
| 5,721,914 A | 2/1998 | DeVries |
| 5,727,202 A | 3/1998 | Kucala |
| 5,729,735 A | 3/1998 | Meyering |
| 5,742,668 A | 4/1998 | Pepe et al. |
| 5,745,360 A | 4/1998 | Leone et al. |
| 5,752,059 A | 5/1998 | Holleran et al. |
| 5,752,246 A | 5/1998 | Rogers et al. |
| 5,754,830 A | 5/1998 | Butts et al. |
| 5,757,916 A | 5/1998 | MacDoran et al. |
| 5,758,150 A | 5/1998 | Bell et al. |
| 5,758,354 A | 5/1998 | Huang et al. |
| 5,758,355 A | 5/1998 | Buchanan |
| 5,764,902 A | 6/1998 | Rothrock |
| 5,765,171 A | 6/1998 | Gehani et al. |
| 5,768,510 A | 6/1998 | Gish |
| 5,778,346 A | 7/1998 | Frid-Nielsen et al. |
| 5,784,463 A | 7/1998 | Chen et al. |
| 5,784,464 A | 7/1998 | Akiyama et al. |
| 5,787,172 A | 7/1998 | Arnold |
| 5,790,425 A | 8/1998 | Wagle |
| 5,790,790 A | 8/1998 | Smith et al. |
| 5,790,974 A | 8/1998 | Tognazzini |
| 5,794,252 A | 8/1998 | Bailey et al. |
| 5,799,086 A | 8/1998 | Sudia |
| 5,799,318 A | 8/1998 | Cardinal et al. |
| 5,802,530 A | 9/1998 | Van Hoff |
| 5,812,398 A | 9/1998 | Nielsen |
| 5,812,668 A | 9/1998 | Weber |
| 5,812,773 A | 9/1998 | Norin |
| 5,815,683 A | 9/1998 | Vogler |
| 5,818,935 A | 10/1998 | Maa |
| 5,828,840 A | 10/1998 | Cowan et al. |
| 5,832,483 A | 11/1998 | Barker |
| 5,835,087 A | 11/1998 | Herz et al. |
| 5,835,601 A | 11/1998 | Shimbo et al. |
| 5,845,282 A | 12/1998 | Alley et al. |
| 5,857,201 A | 1/1999 | Wright, Jr. et al. |
| 5,862,325 A | 1/1999 | Reed et al. |
| 5,862,346 A | 1/1999 | Kley et al. |
| 5,870,544 A | 2/1999 | Curtis |
| 5,870,759 A | 2/1999 | Bauer et al. |
| 5,870,765 A | 2/1999 | Bauer et al. |
| 5,878,230 A | 3/1999 | Weber et al. |
| 5,909,689 A | 6/1999 | Van Ryzin |
| 5,924,103 A | 7/1999 | Ahmed et al. |
| 5,928,329 A | 7/1999 | Clark et al. |
| 5,943,676 A | 8/1999 | Boothby |
| 5,951,652 A | 9/1999 | Ingrassia, Jr. et al. |
| 5,961,590 A | 10/1999 | Mendez et al. |
| 5,966,714 A | 10/1999 | Huang et al. |
| 5,968,131 A | 10/1999 | Mendez et al. |
| 5,974,238 A | 10/1999 | Chase, Jr. |
| 5,982,898 A | 11/1999 | Hsu et al. |
| 5,987,609 A | 11/1999 | Hasebe |
| 5,999,932 A | 12/1999 | Paul |
| 5,999,947 A | 12/1999 | Zollinger et al. |
| 6,006,017 A | 12/1999 | Joshi et al. |
| 6,006,274 A * | 12/1999 | Hawkins et al. ........... 709/248 |
| 6,020,885 A | 2/2000 | Honda |
| 6,021,427 A | 2/2000 | Spagna et al. |
| 6,023,700 A | 2/2000 | Owens et al. |
| 6,023,708 A | 2/2000 | Mendez et al. |
| 6,034,621 A | 3/2000 | Kaufman |
| 6,052,735 A | 4/2000 | Ulrich et al. |
| 6,073,165 A | 6/2000 | Narasimhan et al. |
| 6,085,192 A | 7/2000 | Mendez et al. |
| 6,094,477 A | 7/2000 | Nada et al. |
| 6,108,691 A | 8/2000 | Lee et al. |
| 6,108,709 A | 8/2000 | Shinomura et al. |
| 6,118,856 A | 9/2000 | Paarsmarkt et al. |
| 6,125,281 A | 9/2000 | Wells et al. |
| 6,131,096 A | 10/2000 | Ng et al. |
| 6,131,116 A | 10/2000 | Riggins et al. |
| 6,138,146 A | 10/2000 | Moon et al. |
| 6,151,606 A | 11/2000 | Mendez |
| 6,154,844 A | 11/2000 | Touboul et al. |
| 6,169,986 B1 | 1/2001 | Bowman et al. |
| 6,182,118 B1 | 1/2001 | Finney et al. |
| 6,212,529 B1 * | 4/2001 | Boothby et al. ........... 707/201 |

US 7,039,679 B2

Page 3

| 6,249,805 | B1 | 6/2001 | Fleming, III |
|---|---|---|---|
| 6,295,541 | B1 | 9/2001 | Bodnar et al. |
| 6,304,881 | B1 | 10/2001 | Halim et al. |
| 6,311,186 | B1 | 10/2001 | MeLampy et al. |
| 6,317,797 | B1 * | 11/2001 | Clark et al. .................... 710/5 |
| 6,324,542 | B1 | 11/2001 | Wright, Jr. et al. |
| 6,334,140 | B1 | 12/2001 | Kawamata |
| 6,343,313 | B1 | 1/2002 | Salesky et al. |
| 6,389,455 | B1 | 5/2002 | Fuisz |
| 6,438,583 | B1 | 8/2002 | McDowell et al. |
| 6,446,090 | B1 | 9/2002 | Hart |
| 6,477,545 | B1 | 11/2002 | LaRue |
| 6,510,455 | B1 | 1/2003 | Chen et al. |
| 6,564,218 | B1 | 5/2003 | Roth |
| 6,631,416 | B1 | 10/2003 | Bendinelli et al. |
| 6,697,942 | B1 | 2/2004 | L'Heureux et al. |

OTHER PUBLICATIONS

IntelliLink Corporation, IntelliLink for Windows Release 3.0, "User's Guide" 1994, Nashua, NH.

Lotus Development Corporation, Lotus Notes Release 4,"Application Developer's Guide" 1995, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Release 3.3 North American Server Edition, "Lotus Notes, the Groupware Standard" 1994, Cambridge, MA.

Sams Publishing Dahl, Andrew, "Lotus Notes 4 Administrator's Survival Guide", 1996, Indianapolis, IN.

Advisor Publications –Lotus Notes Advisor, Pyle, Hugh, "The Notes Architecture," 1995.

Advisor Publications –Lotus Notes Advisor, Augun, Audry, "Integrating Lotus Notes with Enterprise Data," 1996.

Advisor Publicatons –Lotus Notes Advisor, Opyt, Barbara and Dale, Robert, "Use the Internet as Your Lotus Notes WAN," 1996.

Lotus Development Corporation, Lotus Notes Knowledge Base, "What is the Notes Replicator?" 1995, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Knowledge Base, "Firewall Security Overview and How Firewalls Relate to Lotus Notes" 1996, Cambridge, MA.

Network Computing, Frenkel, Garry, "Pumping for Info: Notes and Database Integration," 1996.

IBM Corporation, Hawker et al., "Secrets to Running Lotus Notes: The Decisions No One Tells You How to Make," 1996, Research Triangle Park, NC.

Lotus Development Corporation, InterNotes Web Publisher Release 4, "InterNotes Wed Publisher Guide" 1996, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Release 4,"Database Manager's Guide" 1995, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Release 4,"Administrator's Guide" 1995, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Release 4, "Deployment Guide" 1995, Cambridge, MA.

IBM Lotus Technical Library, Lotus Documentation, "Lotus Notes Internet Cookbook for Notes Release 3", Jan. 16, 1996, pp. 1–26 http://www–12.lotus.com.ldd/doc/domino notes/cookbook/cbookv4.nsf/e 12503289bf7b3a385256.

John Wiley & Sons –Wiley Computer Publishing, Falkner, Mike, "How to Plan, Develop, and Implement Lotus Notes in Your Organization " 1996, USA4.

McGraw–Hill, Lamb, LJohn P and Lew, Peter W., "Lotus Notes Network Design for Notes Release 3 and 4, " 1996, Quebecor–Fairfield, PA.

Lotus Notes, "Overview –What is Lotus NotesPump?", including "Notes Pum 1.0 Release Notes".

Lotus Development Corporation, Lotus Notes Release 3.1, The groupware standard, "Site and System Planning Guide" 1994, Cambridge MA.

Lotus Development Corporation, Lotus Notes Release 3.1, The groupware standard, "Site and System Planning Guide" 1994, Cambridge, MA.

Lotus Development Corporation, Lotus Notes Release 3.1. The groupwarestandard, "Administrator's Guide Server for NetWare, OS/2, and UNIX" 1994, Cambridge, MA.

IBM Lotus Technical Library, Lotus Documentation, "Lotus Notes Internet Cookbook for Notes Release 4", Date: Feb. 14, 1996, pp. 1–30. http://www–12.lotus.com/ldd/doc/domino notes/cookbook/cbookv4.nsf/e12503289bf7b3a385256.

Kistler, James J. and Satyanarayanan, M., "Disconnected Operation in the Coda File System," ACM Transactions on Computer Systems, vol. 10, No. 1, Feb. 1992, pp. 3–25.

Hills, Alex, and Johnson, David B., "Wireless Data Network Infrastructure at Carnegie Mellon University," IEEE Personal Communications, 3(1), Feb. 1996.

Satyanarayanan, Mahadev, "Mobile Information Access," IEEE Personal Communications, Feb. 1996, pp. 26–33.

Satyanarayanan, Mahadev et al., "Coda: A Highly Available File System for a Distributed Workstation Environment," IEEE Transactions on Computers, vol. 39, No. 4, Apr. 1990, pp. 447–59.

Satyanarayanan, Mahadev, "Scalable, Secure, and Highly Available Distributed File Access," Computer, May 1990, pp. 9–21.

Mummert, Lily B. et al., "Exploiting Weak Connectivity for Mobile File Access," SIGOPS '95, dEC. 1995, PP. 143–55.

Terry, Douglas B. et al., "Managing Update Conflicts in Bayou, a Weakly Connected Replicated Storage System," SIGOPS '95, dEC. 1995, PP. 172–183.

Demers, Alan et al., "The Bayou Architecture: Support for Data Sharing among Mobile Users," Proceedings of the Workshop on Mobile Computing Systems and Applications, Santa Cruz, California, Dec. 1994, pp. 2–7.

Petersen, Karin et al., "Bayou: Replicated Database Services for World–wide Applictions," Proceedings Seventh ACM SIGOPS European Workshop (EuroSIIGOPS'96), Connemara, Ireland, 1996, pp. 275–280.

Crocker, David H., "RFC822: Standard for ARPA Internet Text Messages," http://www.w3.org/Protocols/rfc822/.

Theisen, Tim, "AFS distributed filesystem FAQ (1/2)," posted to uwisc.general newsgroup, Jul. 25, 1994.

Theisen, Tim, "AFS distributed filesystem FAQ (2/2)," posted to uwisc.general newsgroup, Jul. 25, 1994.

Schubert, Eric, "Re: telnet/internet and ... ," posted to comp.sys.hp.mpe newsgroup, Jun. 20, 1995.

Glazman, Daniel, "SOFTWARE: HHTPtool [sic]1.1, a file transfer utility over HTTP using PUT and GET," posted to comp.infosystems.www.announce newsgroup, May 17, 1995.

Glazman, Daniel, "SOFTWARE:HTTPtool v1.0 for Windows3.x, file transfer utility over HTTP," posted to comp.infosystems.www.announce newsgroup, Mar. 21, 1996.

Singhal, M., "Update transport: A new technique for update synchronization in replicated database systems," IEEE Transactions on Software Engineering, vol. 16, No. 12, Dec. 1990, pp. 1325–1336.

**US 7,039,679 B2**

Page 4

Rao, H. & Skarra, A., "A transport service for synchronized replication across loosely–connected file systems," IEEE Transactions on Software Engineering, Apr. 1995, pp. 110–117.

Crispin, M., "Internet Message Access Protocol –RFC 1730 Version 4," Dec. 1994, pp. 1–52, http://www.faqs.org/rfcs/rfc1730.html.

Rao, Venkat & Aline, Mary, "Burrowing through firewalls," Dec. 1996, pp. 1–5, http://java.sun.com/developer/technicalAreticles/InnerWorkings/Burrowing/.

Mason, Justin, "Tunneling over HTTP," Dec. 11, 1996, pp. 1–2 http://www.netsys.com/firewalls–9612/0488.html.

Elgamal, Taher, "The Secure Sockets Layer Protocol (SSL)," agenda for the Danvers IETF meeting, Apr. 1995, pp. 1–5 –http://ww.ietf.cnri.reston.va.us/proceedings/95apr/sec/cat.elgamal.slides.html.

Gray, Terry, "Message Access Paradigms and Protocols," revised Sep. 28, 1995, pp. 1–11 http://www.imap.org/imap.vs.pop.html.

Ouellette, Tim, "Data for everyone, bills for none?," Computerworld, Mar. 17, 1997, pp. 43, 46.

Angus, Jeffrey G., "Sales force automation has GoldMine," Computerworld, Oct. 7, 1996, p. 59.

Radosevich, Linda, "Users want unified mail directories," Computerworld, Aug. 30, 1993, p. 12.

Bruno, Charles, "Firm pushes E–mail limits beyond rivals'," Network World, Aug. 12, 1991, pp. 33, 53.

Sliwa, Carol and Cole, Barb, "MESA declares a groupware dente," Network World, Aug. 5, 1996, p. 29.

Grosse, Eric, "Repository Mirroring," ACM Transactions on Mathematical Software, vol. 21, No. 1, Mar. 199, pp. 89–97.

Schilit, Bill N. and Theimer, Marvin M., "Disseminating Active Map Information to Mobile Hosts," IEEE Network, Sep./Oct. 1994, pp. 22–32.

Levy, Eliezer and Silberschatz, Abraham, "Distributed File Systems: Concepts and Examples," ACM Computing Surveys, vol. 22, No. 4, Dec. 1990, pp. 321–74.

Rymer, John R., "The Muddle in the Middle," Byte, Apr. 1996, pp. 67–70.

Baum, David, "Intranet Politics and Technologies," Byte, May 1997, pp. 88A–88H.

Udell, John "Push Me, Pull You," Byte, Sep. 1996, pp. 117–120.

Kador, John, "The Ultimate Middleware," Byte, Apr. 1996, pp. 79–83.

Salamone, Salvatore, "Middle(ware) Management," Byte, Apr. 1996, pp. 71–76.

Nance, Barry, "Balance the Load with Transaction Server," Byte, Jun. 1997, pp. 81–84.

Francett, Barbara, "Replication on the Run," Software Magazine, Aug. 1996, pp. 63–66.

Darling, Charles B., EDA/SQL Loses a Little and Gains a Lot, Datamation, May 1, 1996, p. 12.

Varney, Sarah E., "Arm your Salesforce with the Web," Datamation Oct. 1996, pp. 72–74.

Fulcher, Jim, "Is it or isn't it?, " Manufacturing Systems, Oct. 1996, pp. 56–61.

Lamb, John and Cusato, Tony, "LAN–Based Office for the Enterprise, A Case Study," Proceedings, 19th Conference on Local Computer Networks, Minneapolis, Minnesota, Oct. 2–5, 1994, pp. 440–447.

Kawell Jr., Leonard et al., "Replicated Document Management In A Group Communications System," presented at the Second Conference on Computer–Supported Cooperative Work, Portland, Oregon, Sep. 26–28, 1988, as printed in Groupware: Software for Computer–Supported Cooperative Work, IEEE Computer Society Press, pp. 226–235.

Hong, Jack et al., "Personal Electronic Notebook with Sharing,", Proceedings of the Fourth Workshop on Enabling Technologies: Infrastructure for Collaborative Enterprises, Berkeley–Springs, West Virginia, Apr. 20–22, 1995, pp. 88–94.

Mace, Scott, "DataSync 2.0 enhances synchronization of data," InfoWorld, Jun. 6, 1994, p. 28.

Parker, D. Stott Jr. et al., "Detection of Mutual Inconsistency in Distributed Systems," IEEE Transactions on Software Engineering, vol. SE–9, No. 3, May. 1983, pp. 240–246.

Satayanarayanan, Mahadev et al., "Coda: A Highly Available File System for a Distributed Workstation Environment," IEEE Transactions on Computers, vol. 39, No. 4, Apr. 1990, pp. 447–458.

Ceri, Stefano et al., "The Case for Independent Updates," Second Workshop on the Management of Replicated Data, Monterey, California, Nov. 12–13, 1992, pp. 17–19.

Downing, Alan R. et al., "OSCAR: A System for Weak–Consistency Replication," Proceedings, Workshop on the Management of Replicated Data, Houston, Texas, Nov. 8–9, 1990, pp. 26–30.

Siegel, Alex et al., "Deceit: A Flexible Distributed File Systems," Proceedings of Summer 1990 USENIX Conference, Anaheim, California, Jun. 11–15, 1990, pp. 51–61.

Chutani, Sailesh, "The Episode File System," Conference Proceedings, USENIX Winter 1992, Technical Conference, San Francisco, California, Jan. 20–24, 1992, pp. 43–59.

Seltzer, Margo, "An Implementation of Log–Structured File System for UNIX," Conference Proceedings, USENIX Winter 1993 Technical Conference, San Diego, California, Jan. 25–29, 1993, pp. 307–326.

Vahalia, Uresh, "Metadata Logging in an NFS Server," Conference Proceedings USENIX 1995 Technical Conference on UNIX and Advanced Computing Systems, New Orleans, Louisiana, Jan. 16–20, 1995, pp. 265–276.

* cited by examiner



FIG. 1

FIG. 2



FIG. 3



Synchronization
Agent
145



Communications Module — 405

General Synchronization
Module — 410

**FIG. 4**



Global Format
Bookmark
(example)
500

| | |
|---|---|
| User ID | 505 |
| Entry ID | 510 |
| Parent ID | 515 |
| Is Folder? | 520 |
| Name | 525 |
| Description | 530 |
| URL | 535 |
| Position | 540 |
| Is Deleted | 545 |
| Last Modified Date | 550 |
| Created Date | 555 |
| Separation After? | 560 |

**FIG. 5**

Configuration
and user data
356





| Settings | 605 |
| Preferences | 610 |
| Services | 615 |
| Service Addresses | 620 |

**FIG. 6**



**FIG. 7**



FIG. 8

900

| | 910 |
|---|---|
| Remote User's Home Page | 920 |
| E-mail | 930 |
| Calendaring | 940 |
| Internet Access | 950 |
| Paging | 960 |
| Sending Faxes | 963 |
| User Authentication | 967 |
| Workspace Data Retrieval | |

970

615

**FIG. 9**



**FIG. 10**



FIG. 11

Method of
accessing service
1050a

```
        ┌─────────┐
        │  Start  │
        └─────────┘
             │
             ▼
┌──────────────────────────────┐  ⌐1205
│  Applet retrieves service     │
│  address and authentication   │
│  information                   │
└──────────────────────────────┘
             │
             ▼
┌──────────────────────────────┐  ⌐1210
│  Client creates direct and    │
│  secure connection with       │
│  service and uses the         │
│  authentication information    │
│  to authenticate itself        │
└──────────────────────────────┘
             │
             ▼
┌──────────────────────────────┐  ⌐1215
│  Applet acts as I/O interface  │
│  with the service              │
└──────────────────────────────┘
             │
             ▼
        ┌─────────┐
        │   End   │
        └─────────┘
```

(Redirect)

FIG. 12



Method of
Accessing
Service
1050b

**FIG. 13**



Method of
Accessing
Service
1050c

Start

Applet retrieves service address
directing it to the global server  1405

Applet creates a secure connection
to the global server  1410

Is
the service
currently running
?  1415

No

Initialize
the service  1420

Yes

Can
the service
handle multiple
users
?  1425

No

Yes

Create an instance for the user  1430

Applet acts as I/O interface
with service engine  1440

End

(Direct to data)

**FIG. 14**



**FIG. 15**

US 7,039,679 B2

1

# SYSTEM AND METHOD FOR GLOBALLY AND SECURELY ACCESSING UNIFIED INFORMATION IN A COMPUTER NETWORK

## CROSS-REFERNCE TO RELATED APPLICATIONS

This application is a continuation of and incorporates by reference patent application Ser. No. 09/666,877, entitled "System and Method for Globally and Securely Accessing Unified Information in a Computer Network" filed on Sep. 20, 2000, now U.S. Pat. No. 6,708,221, by inventors Daniel J. Mendez, Mark D. Riggins, Prasad Wagle, Hong Q. Bui, Mason Ng. Sean Michael Quinlan, Christine C. Ying, Christopher R. Zuleeg, David J. Cowan, Joanna A. Aptekar-Strober and R. Stanley Bailes, which application is a continuation of and incorporates by reference parent application U.S. patent application Ser. No. 08/903,118 entitled "System and Method for Globally and Securely Accessing Unified Information in a Computer Network" of Daniel J. Mendez, Mark D. Riggins, Prasad Wagle, Hong Q. Bui, Mason Ng, Sean Michael Quinlan, Christine C. Ying, Christopher R. Zuleeg, David J. Cowan, Joanna A. Aptekar-Strober and R. Stanley Bailes, filed Jul. 30, 1997, now abandoned,which is a continuation-in-part of patent application entitled "System and Method for Globally Accessing Computer Services," Ser. No. 08/766,307, now issued as Pat. No. 6,131,116, filed on Dec. 13, 1996, by inventors Mark D. Riggins, R. Stanley Bailes, Hong Q. Bui, David J. Cowan, Daniel J. Mendez, Mason Ng, Sean Michael Quinlan, Prasad Wagle, Christine C. Ying, Christopher R. Zuleeg and Joanna A. Aptekar-Strober; and of co-pending patent application entitled "System and Method for Enabling Secure Access to Services in a Computer Network," Ser. No. 08/841,950, filed on Apr. 8, 1997, by inventor Mark Riggins; and of patent application entitled "System and Method for Securely Synchronizing Multiple Copies of a Workspace Element in a Network," Ser. No. 08/835,997, now issued as Pat. No. 6,085,192, filed on Apr. 11, 1997, by inventors Daniel J. Mendez, Mark D. Riggins, Prasad Wagle and Christine C. Ying; and of patent application entitled "System and Method for Using a Global Translator to Synchronize Workspace Elements Across a Network," Ser. No. 08/865,075, now issued as Pat. No. 6,023,708, filed on May 29, 1997, by inventors Daniel J. Mendez, Mark D. Riggins, Prasad Wagle and Christine C. Ying. These applications have been commonly assigned to Visto Corporation, and are incorporated herein by reference as if copied verbatim hereafter. Benefit of the earlier filing dates is claimed on all common subject matter.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates generally to computer networks, and more particularly provides a system and method for globally and securely accessing unified information in a computer network.

### 2. Description of the Background Art

The internet currently interconnects about 100,000 computer networks and several million computers. Each of these computers stores numerous application programs for providing numerous services, such as generating, sending and receiving e-mail, accessing World Wide Web sites, generating and receiving facsimile documents, storing and retrieving data, etc.

A roaming user, i.e., a user who travels and accesses a workstation remotely, is faced with several problems. Program designers have developed communication techniques for enabling the roaming user to establish a communications link and to download needed information and needed service application programs from the remote workstation to a local computer. Using these techniques, the roaming user can manipulate the data on the remote workstation and, when finished, can upload the manipulated data back from the remote workstation to the local computer. However, slow computers and slow communication channels make downloading large files and programs a time-consuming process. Further, downloading files and programs across insecure channels severely threatens the integrity and confidentiality of the downloaded data.

Data consistency is also a significant concern for the roaming user. For example, when maintaining multiple independently modifiable copies of a document, a user risks using an outdated version. By the time the user notices an inconsistency, interparty miscommunication or data loss may have already resulted. The user must then spend more time attempting to reconcile the inconsistent versions and addressing any miscommunications.

The problem of data inconsistency is exacerbated when multiple copies of a document are maintained at different network locations. For example, due to network security systems such as conventional firewall technology, a user may have access only to a particular one of these network locations. Without access to the other sites, the user cannot confirm that the version on the accessible site is the most recent draft.

Data consistency problems may also arise when using application programs from different vendors. For example, the Netscape Navigator™ web engine and the Internet Explorer™ web engine each store bookmarks for quick reference to interesting web sites. However, since each web engine uses different formats and stores bookmarks in different files, the bookmarks are not interchangeable. In addition, one web engine may store a needed bookmark, and the other may not. A user who, for example, runs the Internet Explorer™ web engine at home and runs the Netscape Navigator™ web engine at work risks having inconsistent bookmarks at each location.

Therefore, a system and method are needed to enable multiple users to access computer services remotely without consuming excessive user time, without severely threatening the integrity and confidentiality of the data, and without compromising data consistency.

## SUMMARY OF THE INVENTION

The present invention provides a system and methods for providing global and secure access to services and to unified (synchronized) workspace elements in a computer network. A user can gain access to a global server using any terminal, which is connected via a computer network such as the Internet to the global server and which is enabled with a web engine.

A client stores a first set of workspace data, and is coupled via a computer network to a global server. The client is configured to synchronize selected portions of the first set of workspace data (comprising workspace elements) with the global server, which stores independently modifiable copies of the selected portions. The global server may also store workspace data not received from the client, such as e-mail sent directly to the global server. Accordingly, the global server stores a second set of workspace data. The global server is configured to identify and authenticate a user attempting to access it from a remote terminal, and is

US 7,039,679 B2

3

configured to provide access based on the client configuration either to the first set of workspace data stored on the client or to the second set of workspace data stored on the global server. It will be appreciated that the global server can manage multiple clients and can synchronize workspace data between clients.

Service engines for managing services such as e-mail management, accessing bookmarks, calendaring, network access, etc. may be stored anywhere in the computer network, including on the client, on the global server or on any other computer. The global server is configured to provide the user with access to services, which based on level of authentication management or user preferences may include only a subset of available services. Upon receiving a service request from the client, the global server sends configuration information to enable access to the service.

Each client includes a base system and the global server includes a synchronization agent. The base system and synchronization agent automatically establish a secure connection therebetween and synchronize the selected portions of the first set of workspace data stored on the client and the second set of workspace data stored on the global server. The base system operates on the client and examines the selected portions to determine whether any workspace elements have been modified since last synchronization. The synchronization agent operates on the global server and informs the base system whether any of the workspace elements in the second set have been modified. Modified version may then be exchanged so that an updated set of workspace elements may be stored at both locations, and so that the remote user can access an updated database. If a conflict exists between two versions, the base system then performs a responsive action such as examining content and generating a preferred version, which may be stored at both locations. The system may further include a synchronization-start module at the client site (which may be protected by a firewall) that initiates interconnection and synchronization when predetermined criteria have been satisfied.

A method of the present invention includes establishing a communications link between the client and the global server. The method includes establishing a communications link between the client and a service based upon user requests. The method receives configuration data and uses the configuration data to configure the client components such as the operating system, the web engine and other components. Configuring client components enables the client to communicate with the service and provides a user-and-service-specific user interface on the client. Establishing a communications link may also include confirming access privileges.

Another method uses a global translator to synchronize workspace elements. The method includes the steps of selecting workspace elements for synchronization, establishing a communications link between a client and a global server, examining version information for each of the workspace elements on the client and on the global server to determine workspace elements which have been modified since last synchronization. The method continues by comparing the corresponding versions and performing a responsive action. Responsive actions may include storing the preferred version at both stores or reconciling the versions using content-based analysis.

The system and methods of the present invention advantageously provide a secure globally accessible third party, i.e. the global server. The system and methods provide a

4

secure technique for enabling a user to access the global server and thus workspace data remotely and securely. Because of the global firewall and the identification and security services performed by the global server, corporations can store relatively secret information on the global server for use by authorized clients. Yet, the present invention also enables corporations to maintain only a portion of their secret information on the global server, so that there would be only limited loss should the global server be compromised. Further, the global server may advantageously act as a client proxy for controlling access to services, logging use of keys and logging access of resources.

A client user who maintains a work site, a home site, an off-site and the global server site can securely synchronize the workspace data or portions thereof among all four sites. Further, the predetermined criteria (which control when the synchronization-start module initiates synchronization) may be set so that the general synchronization module synchronizes the workspace data upon user request, at predetermined times during the day such as while the user is commuting, or after a predetermined user action such as user log-off or user log-on. Because the system and method operate over the Internet, the system is accessible using any connected terminal having a web engine such as an internet-enabled smart phone, television settop (e.g., web TV), etc. and is accessible over any distance. Since the system and method include format translation, merging of workspace elements between different application programs and different platforms is possible. Further, because synchronization is initiated from within the firewall, the typical firewall, which prevents in-bound communications and only some protocols of out-bound communications, does not act as an impediment to workspace element synchronization.

Further, a roaming user may be enabled to access workspace data from the global server or may be enabled to access a service for accessing workspace data from a client. For example, a user may prefer not to store personal information on the global server but may prefer to have remote access to the information. Further, the user may prefer to store highly confidential workspace elements on the client at work as added security should the global server be compromised.

The present invention may further benefit the roaming user who needs emergency access to information. The roaming user may request a Management Information Systems (MIS) director controlling the client to provide the global server with the proper keys to enable access to the information on the client. If only temporary access is desired, the keys can then be later destroyed either automatically or upon request. Alternatively, the MIS director may select the needed information as workspace elements to be synchronized and may request immediate synchronization with the global server. Accordingly, the global server and the client can synchronize the needed information, and the user can access the information from the global server after it has completed synchronization.

The present invention also enables the system and methods to synchronize keys, available services and corresponding service addresses to update accessibility of workspace data and services. For example, if the user of a client accesses a site on the Internet which requires a digital certificate and the user obtains the certificate, the system and methods of the present invention may synchronize this newly obtained certificate with the keys stored on the global server. Thus, the user need not contact the global server to provide it with the information. The synchronization means will synchronize the information automatically.

US 7,039,679 B2

5

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a secure data-synchronizing remotely accessible network in accordance with the present invention;

FIG. **2** is a block diagram illustrating details of a FIG. **1** remote terminal;

FIG. **3** is a block diagram illustrating details of a FIG. **1** global server;

FIG. **4** is a block diagram illustrating details of a FIG. **1** synchronization agent;

FIG. **5** is a graphical representation of an example bookmark in global format;

FIG. **6** is a graphical representation of the FIG. **3** configuration data;

FIG. **7** is a block diagram illustrating the details of a FIG. **1** client;

FIG. **8** is a block diagram illustrating the details of a FIG. **1** base system;

FIG.**9** illustrates an example services list;

FIG. **10** is a flowchart illustrating a method for remotely accessing a secure server;

FIG. **11** is a flowchart illustrating details of the FIG. **10** step of creating a link between a client and global server;

FIG. **12** is a flowchart illustrating details of the FIG. **10** step of providing access to a service in a first embodiment;

FIG. **13** is a flowchart illustrating details of the FIG. **10** step of providing access to a service in a second embodiment;

FIG. **14** is a flowchart illustrating details of the FIG. **10** step of providing access to a service in a third embodiment; and

FIG. **15** is a flowchart illustrating a method for synchronizing multiple copies of a workspace element over a secure network.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **1** is a block diagram illustrating a network **100**, comprising a first site such as a remote computer terminal **105** coupled via a communications channel **110** to a global server **115**. The global server **115** is in turn coupled via a communications channel **120** to a second site such as a Local Area Network (LAN) **125** and via a communications channel **122** to a third site such as client **167**. Communications channel **110**, communications channel **120** and communications channel **122** may be referred to as components of a computer network such as the Internet. The global server **115** is protected by a global firewall. **130**, an d the LAN **125** is protected by a LAN firewall **135**.

The LAN **125** comprises a client **165**, which includes a base system **170** for synchronizing workspace data **180** (e-mail data, file data, calendar data, user data, etc.) with the global server **115** and may include a service engine **175** for providing computer services such as scheduling, e-mail, paging, word-processing or the like. Those skilled in the art will recognize that workspace data **180** may include other types of data such as application programs. It will be further appreciated that workspace data **180** may each be divided into workspace elements, wherein each workspace element may be identified by particular version information **782** (FIG. **7**). For example, each e-mail, file, calendar, etc. may be referred to as "a workspace element in workspace data."

6

For simplicity, each workspace element on the client **165** is referred to herein as being stored in format A. It will be further appreciated that the workspace data **180** or portions thereof may be stored at different locations such as locally on the client **165**, on other systems in the LAN **125** or on other systems (not shown) connected to the global server **115**.

The client **167** is similar to the client **165**. However, workspace data stored on the client **167** is referred to as being stored in format B, which may be the same as or different than format A. All aspects described above and below with reference to the client **165** are also possible with respect to the client **167**. For example, client **167** may include services (not shown) accessible from remote terminal **105**, may include a base system (not shown) for synchronizing workspace elements with the global server **115**, etc.

The global server **115** includes a security system **160** for providing only an authorized user with secure access through firewalls to services. The security system **160** may perform identification and authentication services and may accordingly enable multiple levels of access based on the level of identification and authentication. The global server **115** further includes a configuration system **155** that downloads configuration data **356** (FIGS. **3** and **6**) to the remote terminal **105** to configure remote terminal **105** components such as the operating system **270** (FIG. **2**), the web engine **283** (FIG. **2**), the applet engine **290** (FIG. **2**), etc. The configuration system **155** uses the configuration data **356** to enable the remote terminal **105** to access the services provided by the service engine **175** and to provide a user-and-service-specific user interface.

The global server **115** stores workspace data **163**, which includes an independently modifiable copy of each selected workspace element in the selected portions of the workspace data **180**. Accordingly, the workspace data **163** includes an independently modifiable copy of each corresponding version information **782** (FIG. **7**). The workspace data **163** may also include workspace elements which originate on the global server **115** such as e-mails sent directly to the global server **115** or workspace elements which are downloaded from another client (not shown). The global server **115** maintains the workspace data **163** in a format, referred to as a "global format," which is selected to be easily translatable by the global translator **150** to and from format A and to and from format B. As with format A and format B, one skilled in the art knows that the global format actually includes a global format for each information type. For example, there may be a global format for bookmarks (FIG. **5**), a global format for files, a global format for calendar data, a global format for e-mails, etc.

The global server **115** also includes a synchronization agent **145** for examining the workspace elements of workspace data **163**. More particularly, the base system **170** and the synchronization agent **145**, collectively referred to herein as "synchronization means," cooperate to synchronize the workspace data **163** with the selected portions of the workspace data **180**. The synchronization means may individually synchronize workspace elements (e.g., specific word processor documents) or may synchronize workspace element folders (e.g., a bookmark folder). Generally, the base system **170** manages the selected portions of the workspace data **180** within the LAN **125** and the synchronization agent **145** manages the selected portions of workspace data **163** within the global server **115**. It will be appreciated that the global translator **150** cooperates with the synchronization means to translate between format A (or

US 7,039,679 B2

7                                                                                    8

format B) and the global format. It will be further appreci-
ated that the global server 115 may synchronize the work-
space data 163 with workspace data 180 and with the
workspace data (not shown) on the client 167. Accordingly,
the workspace data 163 can be easily synchronized with the
workspace data (not shown) on the client 167.

The remote terminal 105 includes a web engine 140,
which sends requests to the global server 115 and receives
information to display from the global server 115. The web
engine 140 may use HyperText Transfer Protocol (HTTP)
and HyperText Markup Language (HTML) to interface with
the global server 115. The web engine 140 may be enabled
to run applets, which when executed operate as the security
interface for providing access to the global server 115 and
which operate as the application interface with the requested
service. Using the present invention, a user can operate any
remote client 105 connected to the Internet to access the
global server 115, and thus to access the services and the
workspace data on or accessible by the global server 115.

FIG. 2 is a block diagram illustrating details of the remote
terminal. 105, which includes a Central Processing Unit
(CPU) 210 such as a Motorola Power PC™ microprocessor
or an Intel Pentium™ microprocessor. An input device 220
such as a keyboard and mouse, and an output device 230
such as a Cathode Ray Tube (CRT) display are coupled via
a signal bus 235 to CPU 210. A communications interface
240, a data storage device 250 such as Read Only Memory
(ROM) and a magnetic disk, and a Random-Access Memory
(RAM) 260 are further coupled via signal bus 235 to CPU
210. The communications interface 240 is coupled to a
communications channel 110 as shown in FIG. 1.

An operating system 270 includes a program for control-
ling processing by CPU 210, and is typically stored in data
storage device 250 and loaded into RAM 260 (as shown) for
execution. Operating system 270 further includes a commu-
nications engine 275 for generating and transferring mes-
sage packets via the communications interface 240 to and
from the communications channel 110. Operating system
270 further includes an Operating System (OS) configura-
tion module 278, which configures the operating system 270
based on OS configuration data 356 (FIG. 3) such as
Transmission Control Protocol (TCP) data, Domain Name
Server (DNS) addresses, etc. received from the global server
115.

Operating system 270 further includes the web engine 140
for communicating with the global server 115. The web
engine 140 may include a web engine (WE) configuration
module 286 for configuring elements of the web engine 140
such as home page addresses, bookmarks, caching data, user
preferences, etc. based on the configuration data 356
received from the global server 115. The web engine 140
may also include an encryption engine 283 for using encryp-
tion techniques to communicate with the global server 115.
The web engine 140 further may include an applet engine
290 for handling the execution of downloaded applets
including applets for providing security. The applet engine
290 may include an Applet Engine (AE) configuration
module 295 for configuring the elements of the applet
engine 290 based on configuration data 356 received from
the global server 115.

FIG. 3 is a block diagram illustrating details of the global
server. 115, which includes a Central Processing Unit (CPU)
310 such as a Motorola Power PC™ microprocessor or an
Intel Pentium™ microprocessor. An input device 320 such
as a keyboard and mouse, and an output device 330 such as
a Cathode Ray Tube (CRT) display are coupled via a signal

bus 335 to CPU 310. A communications interface 340, a data
storage device 350 such as Read Only Memory (ROM) and
a magnetic disk, and a Random-Access Memory (RAM) 370
are further coupled via signal bus 335 to CPU 310. As shown
in FIG. 1, the communications interface 340 is coupled to
the communications channel 110 and to the communications
channel 120.

An operating system 380 includes a program for control-
ling processing by CPU 310, and is typically stored in data
storage device 359 and loaded into RAM 370 (as illustrated)
for execution. The operating system 380 further includes a
communications engine 382 for generating and transferring
message packets via the communications interface 340 to
and from the communications channel 345. The operating
system 380 also includes a web page engine 398 for trans-
mitting web page data 368 to the remote terminal 105, so
that the remote terminal 105 can display a web page 900
(FIG. 9) listing functionality offered by the global server
115. Other web page data 368 may include information for
displaying security method selections.

The operating system 380 may include an applet host
engine 395 for transmitting applets to the remote terminal
105. A configuration engine 389 operates in conjunction
with the applet host engine 395 for transmitting configura-
tion applets 359 and configuration and user data 356 to the
remote terminal 105. The remote terminal 105. executes the
configuration applets 359 and uses the configuration and
user data 356 to configure the elements (e.g., the operating
system 270, the web engine 140 and the applet engine 290)
of the remote terminal 105. Configuration and user data 356
is described in greater detail with reference to FIG. 6.

The operating system 380 also includes the synchroniza-
tion agent 145 described with reference to FIG. 1. The
synchronization agent 145 synchronizes the workspace data
163 on the global server 115 with the workspace data 180 on
the client 165. As stated above with reference to FIG. 1, the
global translator 150 translates between format A used by
the client 165 and the global format used by the global server
115.

The operating system 380 may also includes a security
engine 392 for determining whether to instruct a commu-
nications engine 382 to create a secure communications link
with a client 165 or terminal 105, and for determining the
access rights of the user. For example, the security engine
392 forwards to the client 165 or remote terminal 105
security applets 362, which when executed by the receiver
poll the user and respond back to the global server 115. The
global server 115 can examine the response to identify and
authenticate the user.

For example, when a client 165 attempts to access the
global server 115, the security engine 384 determines
whether the global server 115 accepts in-bound communi-
cations from a particular port. If so, the security engine 392
allows the communications engine 382 to open a commu-
nications channel 345 to the client 165. Otherwise, no
channel will be opened. After a channel is opened, the
security engine 392 forwards an authentication security
applet 362 to the remote terminal 105 to poll the user for
identification and authentication information such as for a
user ID and a password. The authentication security applet
362 will generate and forward a response back to the global
server 115, which will use the information to verify the
identity of the user and provide access accordingly.

It will be appreciated that a "request-servicing engine"
may be the configuration engine 389 and the applet host
engine 395 when providing services to a remote terminal

US 7,039,679 B2

9

105 or client **165**. The request-servicing engine may be the web page engine **398** when performing workspace data **163** retrieval operations directly from the global server **115**. The request-servicing engine may be the configuration engine **389** and the applet host engine **395** when performing workspace data **180** retrieval operations from the client **165** or from any other site connected to the global server **115**. The request-servicing engine may be security engine **392** when performing security services such as user identification and authentication. The request-servicing engine May be the synchronization agent when the performing synchronization with the client **165**. Further, the request-servicing engine may be any combination of these components.

FIG. **4** is a block diagram illustrating details of the synchronization agent **145**, which includes a communications module **405** and a general synchronization module **410**. The communications module **405** includes routines for compressing data and routines for communicating via the communications channel **120** with the base system **170**. The communications module **405** may further include routines for communicating securely channel through the global firewall **130** and through the LAN firewall **125**.

The general synchronization module **410** includes routines for determining whether workspace elements have been synchronized and routines for forwarding to the base system **170** version information (not shown) of elements determined to be modified after last synchronization. The general synchronization module **410** may either maintain its own last synchronization signature (not shown), receive a copy of the last synchronization signature with the request to synchronize from the base system **170**, or any other means for insuring that the workspace data has been synchronized. The general synchronization module **410** further includes routines for receiving preferred versions of workspace data **180** workspace elements from the base system **170** and routines for forwarding preferred versions of workspace data **180** workspace elements to the base system **170**.

FIG. **5** illustrates an example bookmark workspace element in the global format. The translator **150** incorporates all the information needed to translate between all incorporated formats. For example, if for a first client a bookmark in format A needs elements X, Y and Z and for a second client a bookmark in format B needs elements W, X and Y, the global translator **150** incorporates elements W, X, Y and Z to generate a bookmark in the global format. Further, the translator **150** incorporates the information which is needed by the synchronization means (as described below in FIG. **4**) such as the last modified date. Accordingly, a bookmark in the Global Format may include a user identification (ID) **505**, an entry ID **510**, a parent ID **515**, a folder ID flag **520**, a name **525**, a description **530**, the Uniform Resource Locator (URL) **535**, the position **540**, a deleted ID flag **545**, a last modified date **550**, a created date **555** and a separation ID flag **560**.

FIG. **6** is a block diagram illustrating details of the configuration and user data **356**. Configuration data **356** includes settings **605** such as TCP data and the DNS address, web browser settings such as home page address, bookmarks and caching data, applet engine settings, and applet configuration data such as the user's e-mail address, name and signature block. It will be appreciated that applet-specific configuration and user data **356** is needed, since the service may not be located on the user's own local client **165**. Configuration and user data **356** further includes predetermined user preferences **610** such as font, window size, text size, etc.

Configuration data **356** further includes the set of services **615**, which will be provided to the user. Services **615** include

10

a list of registered users and each user's list of user-preferred available services **615**. Services may also include a list of authentication levels needed to access the services **615**. Configuration and user data **137** further includes service addresses **620** specifying the location of each of the services **615** accessible via the global server **115**.

FIG. **7** is a block diagram illustrating details of the client **165**, which includes a CPU **705**, an input device **710**, an output device **725**, a communications interface **710**, a data storage device **720** and RAM **730**, each coupled to a signal bus **740**.

An operating system **735** includes a program for controlling processing by the CPU **705**, and is typically stored in the data storage device **720** and loaded into the RAM **730** (as illustrated) for execution. A service engine **175** includes a service program for managing workspace data **180** that includes version information (not shown). The service engine **175** may be also stored in the data storage device **720** and loaded into the RAM **730** (as illustrated) for execution. The workspace data **180** may be stored in the data storage device **330**. As stated above with reference to FIG. **1**, the base system **170** operates to synchronize the workspace data **180** on the client **165** with the workspace data **163** on the global server **115**. The base system **170** may be also stored in the data storage device **720** and loaded into the RAM **730** (as shown) for execution. The base system **170** is described in greater detail with reference to FIG. **8**.

FIG. **8** is a block diagram illustrating details of the base system **170**, which includes a communications module **805**, a user interface module **810**, locator modules **815**, a synchronization-start ("synch-start") module **820**, a general synchronization module **825** and a content-based synchronization module **830**. For simplicity, each module is illustrated as communicating with one another via a signal bus **840**. It will be appreciated that the base system **170** includes the same components as included in the synchronization agent **145**.

The communications module **805** includes routines for compressing data, and routines for communicating via the communications interface **710** (FIG. **7**) with the synchronization agent **145** (FIG. **1**). The communications module **805** may include routines for applying Secure Socket Layer (SSL) technology and user identification and authentication techniques (i.e., digital certificates) to establish a secure communication channel through the LAN firewall **135** and through the global firewall **130**. Because synchronization is initiated from within the LAN firewall **135** and uses commonly enabled protocols such as HyperText Transfer Protocol (HTTP), the typical firewall **135** which prevents in-bound communications in general and some outbound protocols does not act as an impediment to e-mail synchronization. Examples of communications modules **805** may include TCP/IP stacks or the AppleTalk™ protocol.

The user interface **810** includes routines for communicating with a user, and may include a conventional Graphical User Interface (GUI). The user interface **810** operates in coordination with the client **165** components as described herein.

The locator modules **815** include routines for identifying the memory locations of the workspace elements in the workspace data **180** and the memory locations of the workspace elements in the workspace data **163**. Workspace element memory location identification may be implemented using intelligent software, i.e., preset memory addresses or the system's registry, or using dialogue boxes to query a user. It will be appreciated that the locator

US 7,039,679 B2

11

modules **815** may perform workspace element memory location identification upon system boot-up or after each communication with the global server **115** to maintain updated memory locations of workspace elements.

The synchronization-start module **820** includes routines for determining when to initiate synchronization of workspace data **163** and workspace data **180**. For example, the synchronization-start module **820** may initiate data synchronization upon user request, at a particular time of day, after a predetermined time period passes, after a predetermined number of changes, after a user action such as user log-off or upon like criteria. The synchronization-start module **820** initiates data synchronization by instructing the general synchronization module **825** to begin execution of its routines. It will be appreciated that communications with synchronization agent **145** preferably initiate from within the LAN **125**, because the typical LAN firewall **125** prevents in-bound communications and allows out-bound communications.

The general synchronization module **825** includes routines for requesting version information from the synchronization agent **145** (FIG. 1) and routines for comparing the version information against a last synchronization signature **835** such as a last synchronization date and time to determine which versions have been modified. The general synchronization module **825** further includes routines for comparing the local and remote versions to determine if only one or both versions of a particular workspace element have been modified and routines for performing an appropriate synchronizing responsive action. Appropriate synchronizing responsive actions may include forwarding the modified version (as the preferred version) of a workspace element in workspace data **180** or forwarding just a compilation of the changes to the other store(s). Other appropriate synchronizing responsive actions may include, if reconciliation between two modified versions is needed, then instructing the content-based synchronization module **830** to execute its routines (described below).

It will be appreciated that the synchronization agent **145** preferably examines the local version information **124** and forwards only the elements that have been modified since the last synchronization signature **835**. This technique makes efficient use of processor power and avoids transferring unnecessary data across the communications channel **712**. The general synchronization module **825** in the LAN **135** accordingly compares the data elements to determine if reconciliation is needed. Upon completion of the data synchronization, the general synchronization module **825** updates the last synchronization signature **835**.

The content-based synchronization module **830** includes routines for reconciling two or more modified versions of workspace data **163**, **180** in the same workspace element. For example, if the original and the copy of a user workspace element have both been modified independently since the last synchronization, the content-based synchronization module **830** determines the appropriate responsive action. The content-based synchronization module **830** may request a user to select the preferred one of the modified versions or may respond based on preset preferences, i.e., by storing both versions in both stores or by integrating the changes into a single preferred version which replaces each modified version at both stores. When both versions are stored at both stores, each version may include a link to the other version so that the user may be advised to select the preferred version.

It will be appreciated that any client **165** that wants synchronization may have a base system **170**. Alternatively,

12

one base system **170** can manage multiple clients **165**. It will be further appreciated that for a thin client **165** of limited computing power such as a smart telephone, all synchronization may be performed by the global server **115**. Accordingly, components of the base system **170** such as the user interface module **810**, the locator modules **815**, the general synchronization module **825** and the content-based synchronization module **830** may be located on the global server **115**. To initiate synchronization from the client **165**, the client **165** includes the communications module **805** and the synch-start module **820**.

FIG. 9 illustrates an example list **900** of accessible services provided by a URL-addressable HyperText Markup Language (HTML)-based web page, as maintained by the web page engine **398** of the global server **115**. The list **900** includes a title **910** "Remote User's Home Page," a listing of the provided services **615** and a pointer **970** for selecting one of the provided services **615**. As illustrated, the provided services may include an e-mail service **920**, a calendaring service **930**, an internet access service **940**, a paging service **950**, a fax sending service **960**, a user authentication service **963** and a workspace data retrieval service **967**. Although not shown, other services **615** such as bookmarking, QuickCard™, etc. may be included in the list **900**. Although the web page provides the services **615** in a list **900**, other data structures such as a pie chart or table may alternatively be used.

FIG. 10 is a flowchart illustrating a method **1000** for enabling a user to access the services **615** in the computer network system **100**. Method **1000** begins by the remote terminal **105** in step **1005** creating a communications link with the global server **115**. The global server **115** in step **1010** confirms that the user has privileges to access the functionality of the global server **115**. Confirming user access privileges may include examining a user certificate, obtaining a secret password, using digital signature technology, performing a challenge/response technique, etc. It will be appreciated that the security engine **392** may cause the applet host engine **395** to forward via the communications channel **345** to the remote terminal **105** an authentication security applet **362** which when executed communicates with the global server **115** to authenticate the user.

After user access privileges are confirmed, the web page engine **398** of the global server **115** in step **1015** transmits web page data **368** and configuration and user data **356** to the remote terminal **105**. The web engine **140** of the remote terminal **105** in step **1020** uses the web page data **368** and the configuration and user data **356** to display a web page service list **900** (FIG. 9) on the output device **230**, and to enable access to the services **615** which the global server **115** offers. An example service list **900** is shown and described with reference to FIG. 9. Configuration of the remote terminal **105** and of the web page **700** is described in detail in the cross-referenced patent applications.

From the options listed on the web page **900**, the user in step **1025** selects a service **615** via input device **220**. In response, the request-servicing engine (described with reference to FIG. 3) provides the selected service **615**. For example, the applet host engine **395** of the global server **115** in step **1030** may download to the remote terminal **105** a corresponding applet **359** and configuration and user data **356** for executing the requested service **615**. Alternatively, the web page engine **398** may use, for example, HTTP and HTML to provide the selected service **615**. As described above with reference to FIG. 6, the configuration and user data **356** may include user-specific preferences such as user-preferred fonts for configuring the selected service **615**.

US 7,039,679 B2

13                                                                        14

Configuration and user data **356** may also include user-specific and service-specific-information such as stored bookmarks, calendar data, pager numbers, etc. Alternatively, the corresponding applet **359** and the configuration and user data **356** could have been downloaded in step **1015**. Providing access to the service by an applet **359** is described in greater detail below with reference to FIGS. **12**–**14**.

The applet engine **290** of the remote terminal **105** in step **1035** initiates execution of the corresponding downloaded applet. The global server **115** in step **1040** initiates the selected service **615** and in step **1045** selects one of three modes described with reference to FIGS. **12**–**14** for accessing the service **615**. For example, if the user selects a service **615** on a service server (e.g., the client **165**) that is not protected by a separate firewall, then the global server **115** may provide the user with direct access. If the user selects a service **615** provided by a service server within the LAN **125**, then the global server **115** may access the service **615** as a proxy for the user. It will be appreciated that each firewall **130** and **135** may store policies establishing the proper mode of access the global server **115** should select. Other factors for selecting mode of access may include user preference, availability and feasibility. The global server **115** in step **1050** uses the selected mode to provide the remote terminal **105** user with access to the selected service **615**.

FIG. **11** is a flowchart illustrating details of step **1005**, which begins by the remote terminal **105** in step **1105** using a known Uniform Resource Locator (URL) to call the global server **115**. The global server **115** and the remote terminal **105** in step **1107** create a secure communications channel therebetween, possibly by applying Secure Sockets Layer (SSL) technology. That is, the security engine **392** of the global server **115** in step **1110** determines if in-bound secure communications are permitted and, if so, creates a communications channel with the remote terminal **105**. The web engine **140** of the remote terminal **105** and the security engine **392** of the global server **115** in step **1115** negotiate secure communications channel parameters, possibly using public key certificates. An example secure communications channel is RSA with RC**4** encryption. Step **1115** thus may include selecting an encryption protocol which is known by both the global server **115** and the remote terminal **105**. The encryption engine **283** of the remote terminal **105** and secure communications engine **392** of the global server **115** in step **1120** use the secure channel parameters to create the secure communications channel. Method **505** then ends.

FIG. **12** is a flowchart illustrating details of step **1050** in a first embodiment, referred to as step **1050***a*, wherein the global server **115** provides the remote terminal **105** with a direct connection to a service **615**. Step **1050***a* begins by the applet engine **290** in step **1205** running a configuration applet **359** for the selected service **615** that retrieves the service address **620** from data storage device **380** and the authentication information from the keysafe **365**. The communications interface **340** in step **1210** creates a direct and secure connection with the communications interface **340** of the global server **115** at the retrieved service address **620**, and uses the authentication information to authenticate itself. The applet in step **1215** acts as the I/O interface with the service **615**. Step **1050***a* then ends.

FIG. **13** is a flowchart illustrating details of step **1050** in a second embodiment, referred to as step **1050***b*, wherein the global server **115** acts for the remote terminal **105** as a proxy to the service **615**. Step **1050***b* begins with a configuration applet **359** in step **1305** requesting the service address **620** for the selected service **615**, which results in retrieving the service address **620** directing the applet **359** to the global

server **115**. The applet **359** in step **1310** creates a connection with-communications interface **340** of the global server **115**. The global server **115** in step **1315** retrieves the service address **620** of the selected service **615** and the authentication information for the selected service **615** from the keysafe **365**. The communications interface **340** of the global server **115** in step **1320** negotiates secure channel parameters for creating a secure channel with the service server **1014**. The communications interface **340** in step **1320** also authenticates itself as the user.

Thereafter, the applet **359** in step **1325** acts as the I/O interface with the communications interface **340** of the global server **115**. If the global server **115** in step **1330** determines that it is unauthorized to perform a remote terminal **105** user's request, then the global server **115** in step **1345** determines whether the method **1050***b* ends, e.g., whether the user has quit. If so, then method **1050***b* ends. Otherwise, method **1050***b* returns to step **1325** to obtain another request. If the global server **115** in step **1330** determines that it is authorized to perform the remote terminal **105** user's request, then the global server **115** in step. **1340** acts as the proxy for the remote terminal **105** to the service **615**. As proxy, the global server **115** forwards the service request to the selected service **615** and forwards responses to the requesting applet **359** currently executing on the remote terminal **105**. Method **1050***b* then jumps to step **1345**.

FIG. **14** is a flowchart illustrating details of step **1050** in a third embodiment, referred to as step **1050***c*, wherein the service **615** being requested is located on the global server **115**. Step **1050** begins with an applet in step **1405** retrieving the service address **620** for the selected service **615**, which results in providing the configuration applet **359** with the service address **620** of the service **615** on the global server **115**. Thus, the applet in step **1410** creates a secure connection with the global server **115**. No additional step of identification and authentication is needed since the remote terminal **105** has already identified and authenticated itself to the global server **115** as described with reference to step **1010** of FIG. **10**.

In step **1415**, a determination is made whether the service **615** is currently running. If so, then in step **1425** a determination is made whether the service **615** can handle multiple users. If so, then the global server **115** in step **1430** creates an instance for the user, and the applet in step **1440** acts as the I/O interface with the service **615** on the global server **115**. Method **1050***c* then ends. Otherwise, if the service **615** in step **1425** determines that it cannot handle multiple users, then method **1050***c* proceeds to step **1440**. Further, if in step **1415** the global server **115** determines that the service **615** is not currently running, then the global server **115** in step **1420** initializes the service **615** and proceeds to step **1425**.

FIG. **15** is a flowchart illustrating a method **1500** for using a global translator **150** to synchronize workspace data **163** and workspace data **180** in a secure network **100**. Method **1500** begins with the user interface **900** in step **1505** enabling a user to select workspace elements of workspace data **163** and workspace data **180** for the synchronization means to synchronize. The locator modules **815** in step **1510** identify the memory locations of the workspace elements in workspace data **163** and workspace data **180**. If a selected workspace element does not have a corresponding memory location, such as in the case of adding new workspace elements to the global server **115**, then one is selected. The selected memory location may be a preexisting workspace element or a new workspace element. As stated above,

US 7,039,679 B2

15                                                                                                16

workspace element memory location identification may be implemented using intelligent software or dialogue boxes. The general synchronization module **825** in step **1515** sets the previous status of the workspace elements equal to the null set, which indicates that all information of the workspace element has been added.

The synchronization-start module **820** in step **1520** determines whether predetermined criteria have been met which indicate that synchronization of the workspace elements selected in step **1505** should start. If not, then the synchronization-start module **820** in step **1525** waits and loops back to step **1520**. Otherwise, the communications module **805** and the communications module **405** in step **1530** establish a secure communications channel therebetween.

The general synchronization module **825** in step **1535** determines whether any workspace elements have been modified. That is, the general synchronization module **825** in step **1535** examines the version information of each selected workspace element in the workspace data **180** against the last synchronization signature **435** to locate modified workspace elements. This comparison may include comparing the date of last modification with the date of last synchronization, or may include a comparison between the current status and the previous status as of the last interaction. Similarly, the general synchronization module **815** examines the version information of each corresponding workspace element in workspace data **163** and the last synchronization signature **435** to locate modified workspace elements.

If in step **1535** no modified workspace elements or folders are located, then the general synchronization module **825** in step **1560** updates the last synchronization signature **435** and method **1500** ends. Otherwise, the general synchronization module **825** in step **1540** determines whether more than one version of a workspace element has been modified since the last synchronization.

If only one version has been modified, then the corresponding general synchronization module **825** in step **1545** determines the changes made. As stated above, determining the changes made may be implemented by comparing the current status of the workspace element against the previous status of the workspace element as of the last interaction therebetween. If the changes were made only to the version in the workspace data **163**, then the global translator **150** in step **1550** translates the changes to the format used by the other store, and the general synchronization module **410** in step **1555** forwards the translated changes to the general synchronization module **825** for updating the outdated workspace element in the workspace data **180**. If the updated version is a workspace element in the workspace data **180**, then the general synchronization module **825** sends the changes to the updated version to the global translator **150** for translation and then to the general synchronization module **410** for updating the outdated workspace element in the workspace data **163**. The general synchronization module **825** and the general synchronization module **410** in step **1557** update the previous state of the workspace element to reflect the current state as of this interaction. Method **1500** then returns to step **1535**.

If the general synchronization module **825** in step **1540** determines that multiple versions have been modified, then the general synchronization module **825** in step **1565** computes the changes to each version and in step **1570** instructs the content-based synchronization module **830** to examine content to determine if any conflicts exist. For example, the

content-based synchronization module **830** may determine that a conflict exists if a user deletes a paragraph in one version and modified the same paragraph in another version. The content-based synchronization module **830** may determine that a conflict does not exist if a user deletes different paragraphs in each version. If no conflict is found, then method **1500** jumps to step **1550** for translating and forwarding the changes in each version to the other store. However, if a conflict is found, then the content-based synchronization module **830** in step **1575** reconciles the modified versions. As stated above, reconciliation may include requesting instructions from the user or based on previously selected preferences performing responsive actions such as storing both versions at both stores. It will be appreciated that a link between two versions may be placed in each of the two versions, so that the user will recognize to examine both versions to select the preferred version. Method **1500** then proceeds to step **1550**.

It will be further appreciated that in step **1510** new workspace elements and preexisting workspace elements to which new workspace elements will be merged are set to "modified" and the previous status is set to the null set. Thus, the general synchronization module **825** in step **1540** will determine that more that one version has been modified and the content-based synchronization module **830** in step **1570** will determine that no conflict exists. The changes in each will be translated and forwarded to the other store. Accordingly, the two versions will be effectively merged and stored at each store.

For example, if a first bookmark folder was created by the web engine **140** on the client **165**, a second folder was created by a web engine **140** on the remote terminal **105**, no preexisting folder existed on the global server **115** and the user selected each of these folders for synchronization, then the synchronization means will effectively merge the first and second folders. That is, the general synchronization module **825** on the client **165**, will determine that the first folder has been modified and the previous status is equal to the null set. The general synchronization module **825** will determine and send the changes, i.e., all the workspace elements in the first folder, to a new global folder on the global server **115**. Similarly the general synchronization module (not shown) on the remote terminal **105** will determine that, as of its last interaction, the previous status of each of the second and the global folders is the null set. The general synchronization module **825** will instruct the content-based synchronization module **830** to examine the changes made to each folder to determine whether a conflict exists. Since no conflicts will exist, the general synchronization module **825** will forward the changes to the global folder and the general synchronization module **410** will forward its changes to the second store, thereby merging the workspace elements of the first and second folders in the global and second folders. The general synchronization module **410** will inform the general synchronization module **825** that the global folder has been modified relative to the last interaction, and will forward the new changes to the first folder. Thus, the first and second folders will be merged and stored at each store.

The foregoing description of the preferred embodiments of the invention is by way of example only, and other variations of the above-described embodiments and methods are provided by the present invention. For example, a server can be any computer which is polled by a client. Thus, the remote terminal **105** may be referred to as a type of client. Although the system and method have been described with reference to applets, other downloadable executables such as

US 7,039,679 B2

17                                                                                18

Java™ applets, Java™ applications or ActiveX™ control developed by the Microsoft Corporation can alternatively be used. Components of this invention may be implemented using a programmed general-purpose digital computer, using application specific integrated circuits, or using a network of interconnected conventional components and circuits. The embodiments described herein have been presented for purposes of illustration and are not intended to be exhaustive or limiting. Many variations and modifications are possible in light of the foregoing teaching. The invention is limited only by the following claims.

What is claimed is:

1. An e-mail system for providing synchronized communication of independently modifiable e-mails over an Internet between a local area network (LAN) server secured by a LAN firewall with at least one normally open LAN firewall port, and each of a plurality of smart-phone devices, said system comprising:

    a global server secured by a global server firewall having a global server firewall port therein;

    a first Internet communication channel coupling said LAN server to said global server through said open LAN firewall port and said global server firewall port;

    a plurality of second Internet communication channels, each coupling said global server to a respective one of said smart-phone devices;

    at least one translator for translating e-mail data of different formats such that e- mails transmitted to said global server and said smart-phone devices are of a format or formats which are acceptable thereto;

    at least one storage device for storing version information indicating differences between independently modifiable e-mails;

    a general synchronization module responsive to a synchronization start command to synchronize different independently modifiable e-mails; and

    a synchronization-start module coupled to said general synchronization module, said synchronization-start module being responsive to an existence of predetermined criteria to produce and send a synchronization start command to said general synchronization module.

2. A system according to claim 1 wherein the normally open port is an HTTP port.

3. A system, according to claim 1, wherein the normally open port is an HTTPS (SSL).

4. A system, according to claim 1, wherein said storage device is located at the LAN server.

5. A system, according to claim 1, wherein said LAN includes a client device and wherein said storage device is located at said client device.

6. A system, according to claim 1, wherein said storage device is located at said global server.

7. A system, according to claim 1, wherein said storage device is located at one or more of said plurality of said smart-phone devices.

8. A system, according to claim 1, wherein said translator is located at said LAN server.

9. A system, according to claim 1, wherein said LAN includes a client device and wherein said translator is located at said client device.

10. A system, according to claim 1, wherein said translator is located at said global server.

11. A system, according to claim 1, wherein said translator is located at one or more of said plurality of said smart-phone devices.

12. A system, according to claim 1, wherein said general synchronization module is located at said LAN server.

13. A system, according to claim 1, wherein said LAN includes a client device and wherein said general synchronization module is located at said client device.

14. A system, according to claim 1, wherein said general synchronization module is located at said global server.

15. A system, according to claim 1, wherein said general synchronization module is located at one or more of said plurality of said smart-phone devices.

16. A system, according to claim 1, wherein said synchronization-start module is located at said LAN server.

17. A system, according to claim 1, wherein said LAN includes a client device and wherein said synchronization-start module is located at said client device.

18. A system, according to claim 1, wherein said synchronization-start module is located at one or more of said plurality of said smart-phone devices.

*   *   *   *   *