# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| VISTO CORPORATION,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 2:03-CV-333 (TJW) |
| SEVEN NETWORKS, INC.,<br>    Defendant. | §<br>§<br>§<br>§ | |

## **ORDER**

Before the Court are supplemental claim construction briefs offered by the parties. The Court incorporates its prior Claim Construction Order in this case as if fully set forth herein and construes the following terms in accordance with said prior Claim Construction Order and *Phillips v. AWH*, 415 F.3d 1303 (Fed. Cir. 2005):

1. "HTTP port and SSL port" means "any port that is used to transfer information or communicate using Hyper Text Transfer Protocol (HTTP) and any port that is used to transfer information or communicate using Secure Sockets Layer (SSL) protocol"

2. "smart phone" is construed to mean "a telephone device that that integrates computing capabilities and telephone capabilities."

SIGNED this 18th day of April, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE