# EXHIBIT I

**OFFICIAL**    Our Docket No. 40827.00002

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### CERTIFICATE OF MAILING

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via facsimile to Examiner Diane Mizrahi at 703-308-5403 on

Date: 3/9/00          By: Marion Dick _Marion Dick_

| In Re Application of: | |
|---|---|
| Daniel Mendez | |
| Serial No.: 09/008,354 | Examiner:  D. Mizrahi |
| Filed:    January 16, 1998 | Art Unit:  2771 |
| For:    System and Method for Using a Workspace Data Manager to Access, Manipulate and Synchronize Network Data | |

Assistant Commissioner for Patents
Washington, D.C. 20231

## SUPPLEMENTAL AMENDMENT

Sir:

In response to our telephone conversations of March 7, 2000 and March 8, 2000, please amend the application as follows:

Our Docket No. 40827.00002

IN THE CLAIMS:

1. (Twice amended) A computer-based method, comprising the steps of:

    executing a workspace data manager on <u>an untrusted</u> client site;

    requesting the workspace data manager to access data <u>temporarily</u> from a remote site<u>, the remote site being connected via a network to the untrusted client site</u>;

    <u>initiating a communications channel with the remote site;</u>

    downloading data from the remote site;

    <u>placing the data in temporary storage on the untrusted client site;</u>

    using the workspace data manager to [enable manipulation of] <u>present</u> the downloaded data[, thereby creating manipulated data;

    synchronizing the manipulated data with the data at the remote site]; and

    <u>automatically</u> disabling the <u>untrusted</u> client site from accessing at least a portion of [one of] the downloaded data [and the manipulated data] <u>after a user has finished using the data</u>.

B₁

2. (Twice amended) The method of claim 1, further comprising the step of requesting the workspace data manager to provide an interface for enabling [manipulation] <u>presentation</u> of the downloaded data.

3. (Once amended) The method of claim 2, further comprising the steps of <u>using the workspace data manager to manipulate the downloaded data, thereby creating manipulated data,</u> using the workspace data manager interface to request synchronization, <u>and synchronizing the manipulated data with the data at the remote site</u>.

B₂

\*4. The method of claim 2, wherein the workspace data manager provides an interface by creating an instance.

\*5. The method of claim 2, wherein the workspace data manager provides an interface by providing access to its only interface.

131/200174.01.00
030800/1225/40827.00002

2

5

MAR-09-2000 11:32    GRAHAM & JAMES PA                650 856 3619    P.06/10
Case 2:06-cv-00039-TJW-CE   Document 96-10   Filed 08/28/07   Page 4 of 8 PageID #: 1731

Our Docket No. 40827.00002

B3    4
*6̸.    (Once amended) The method of claim 1, further comprising the step of translating the downloaded data from the format used by the remote site and the format used by the workspace data manager.

B4    9
7̸.    (Once amended) The method of claim 1, further comprising the step of deleting the workspace data manager interface after [manipulation of data] it is no longer needed.

4
8̸.    (Twice amended) The method of claim [1] 3, wherein the data at the remote site has not been modified after the step of downloading and before the step of synchronizing and therefore includes the downloaded data.

5
9̸.    (Twice amended) The method of claim [1] 3, wherein the data at the remote site has been modified after the step of downloading and before the step of synchronizing, and therefore is different than the downloaded data.

B5

10.    (Twice amended) A system on an untrusted client site, comprising:
a communications module for [obtaining] downloading data from a remote site, the remote site being connected via a network to the untrusted client site;
program code for placing the downloaded data in temporary storage on the untrusted client site;
an application program interface coupled to the communications module for communicating with a workspace data manager to [enable manipulation of] present the downloaded [workspace] data [and thereby create manipulated data;
a general synchronization module coupled to the communications module for synchronizing the manipulated data with the workspace data at the remote site]; and
program code coupled to the application program interface for automatically disabling the untrusted client site from accessing at least a portion of [one of] the downloaded [workspace] data [and the manipulated data] after a user has finished using the data.

131/200174.01.00
030800/1225/40827.00002                    3



MAR-09-2000 11:32    GRAHAM & JAMES PA                 650 856 3619    P.07/10
Case 2:06-cv-00039-TJW-CE   Document 96-10   Filed 08/28/07   Page 5 of 8 PageID #: 1732

Our Docket No. 40827.00002

B5   11.   (Twice amended) The system of claim 10, further comprising an instantiator for requesting the workspace data manager to provide [a data manipulation] an interface for enabling [manipulation] presentation of the downloaded data.

B6   12.   (Once amended) The system of claim 11, wherein the workspace data manager enables manipulation of the downloaded data to create manipulated data and the data manipulation interface enables a request to synchronize the data, and further comprising a synchronization module coupled to the communications module for enabling synchronization of the manipulated data with the data at the remote site.

B7   16 13.   (Twice amended) The system of claim 11, wherein the workspace data manager creates another instance of the interface to enable [manipulation] presentation of the downloaded data.

     17 14.   (Twice amended) The system of claim 11, wherein the workspace data manager provides access to its only interface to enable [manipulation] presentation of the downloaded data.

     *15.   The system of claim 10, further comprising a data reader for translating the downloaded workspace data from the format used by the remote site to the format used by the workspace data manager.

B8   18 16.   (Once amended) The system of claim 11, further comprising a de-instantiator for deleting the [data manipulation] interface after [manipulation of data] it is no longer required.

B9   19 17.   (Twice amended) The system of claim [10] 12, wherein the data stored at the remote site has not been modified and therefore includes the downloaded data.

MAR-09-2000 11:32 GRAHAM & JAMES PA 650 856 3619 P.08/10
Case 2:06-cv-00039-TJW-CE Document 96-10 Filed 08/28/07 Page 6 of 8 PageID #: 1733

Our Docket No. 40827.00002

B9 14 18. (Once amended) The system of claim [10] 12, wherein the data stored at the remote site has been modified, and therefore is different than the downloaded data.

*19. The system of claim 18, further comprising a content-based synchronization module for synchronizing the data stored at the remote site with the manipulated data.

20. (Twice amended) A system comprising:

means for executing a workspace data manager on an untrusted client site;

means for requesting the workspace data manager to access data temporarily from a remote site, the remote site being connected via a network to the untrusted client site;

means for initiating a communications channel with the remote site;

means for downloading data from the remote site;

means for placing the data in temporary storage on the untrusted client site;

B10 means for using the workspace data manager to [enable manipulation of] present the downloaded data[, thereby creating manipulated data;

means for synchronizing the manipulated data with the data at the remote site]; and

means for disabling the untrusted client site from accessing at least a portion of [one of] the downloaded data [and the manipulated data] after a user has finished using the data.

21. (Twice amended) A computer-readable storage medium storing program code for causing a computer to perform the steps of:

executing a workspace data manager on an untrusted client site;

requesting the workspace data manager to access data temporarily from a remote site, the remote site being connected via a network to the untrusted client site;

initiating a communications channel with the remote site;

downloading data from the remote site;

placing the data in temporary storage on the untrusted client site;

MAR-09-2000 11:33      GRAHAM & JAMES PA                650 856 3619    P.09/10
Case 2:06-cv-00039-TJW-CE   Document 96-10   Filed 08/28/07   Page 7 of 8 PageID #: 1734

Our Docket No. 40827.00002

B10

using the workspace data manager to [enable manipulation of] <u>present</u> the downloaded data[, thereby creating manipulated data;

synchronizing the manipulated data with the data at the remote site]; and

<u>automatically</u> disabling the <u>untrusted</u> client site from accessing at least a portion of [one of] the downloaded data [and the manipulated data] <u>after a user has finished using the data</u>.

\* no amendments - provided for Examiner and Applicant convenience

### REMARKS

Claims 1-3, 7-14, 17, 18, 20 and 21 are being amended. Reconsideration of the application as amended is respectfully requested.

Applicant would like to extend his sincere appreciation to the Examiner for the telephone conversations of March 7, 2000 and March 8, 2000, to discuss the amendments provided herein.

Applicant provides support for the amendments specifying (1) the client as "untrusted," (2) the data as maintained "temporarily" and (3) the data as placed in "temporary storage" at least on page 6, lines 8-10, which states, "The system and method also advantageously <u>delete downloaded data and all interfaces from the local client, so that no traces are left on the client for unprivileged users to review.</u>" [Emphasis added]. Further, on page 21, lines 11-18, the specification describes a process of disabling the client from accessing the downloaded data, by "delet[ing] all workspace data 135 and data created by the user on the client 110, 115 or 120 and automatically initiated synchronization of any manipulated downloaded data 135 with the workspace data 135 stored at the global server 105." Still further, the Outlook™ organizer and the Lotus™ organizer examples, which are provided on pages 22-25, describe specific techniques for transferring downloaded data in and out of temporary storage controlled by the workspace data manager. Applicant provides support for the amendment specifying that the disabling of the untrusted client is effected "automatically" at least on page 5, lines 4

131/200174.01.00                          6
030800/1225/40827.00002

9



Our Docket No. 40827.00002

and 5, which states, "Upon logout, a de-instantiator initiates synchronization and deletes the data stored locally."

If the Examiner has any questions or needs any additional information, the Examiner is invited to telephone the undersigned attorney at (650) 843-3392.

If for any reason an insufficient fee has been paid, the Assistant Commissioner is hereby authorized to charge the insufficiency to Deposit Account No. 05-0150.

Dated: March 9, 2000

Graham & James LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500

Respectfully Submitted,
Daniel Mendez

Marc A. Sockol
Attorney for Applicants
Reg. No. 40,823

131/200174.01.00
030800/1225/40827.00002

7

TOTAL P.10