# EXHIBIT J

# Ninth New Collegiate Dictionary

A *Merriam-Webster*®

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1991 by Merriam-Webster Inc.

Philippines Copyright 1991 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.
    p.    cm.
  ISBN 0-87779-508-8. — ISBN 0-87779-509-6  (indexed). — ISBN 0-87779-510-X (deluxe)
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.W5638   1991
423—dc20                                                    90-47350
                                                               CIP

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

4142434445RMcN91

²in·grain \ˌin-ˈgrān\ adj (1766) 1 a : made of fiber that is dyed before being spun into yarn b : made of yarn that is dyed before being woven or knitted 2 : thoroughly worked in : INNATE

³in·grain \ˈin-ˌgrān\ n (ca. 1890) : innate quality or character

in·grained \ˈin-ˌgrānd, (ˈ)in-\ adj (1599) 1 : worked into the grain or fiber 2 : forming a part of the essence or inmost being : DEEP-SEATED ⟨~ prejudice⟩ — in·grain·ed·ly \ˈin-ˌgrā-nəd-lē, ˌin-ˌgrān-dlē, (ˈ)in-\ adv

in·grate \ˈin-ˌgrāt\ n [L ingratus ungrateful, fr. in- + gratus grateful — more at GRACE] (1622) : an ungrateful person

in·gra·ti·ate \in-ˈgrā-shē-ˌāt\ vt -at·ed; -at·ing [in- + L gratia grace] (1622) : to gain favor or favorable acceptance for, by deliberate effort — usu. used with with ⟨~ themselves with the community leaders — William Attwood⟩ — in·gra·ti·a·tion \-ˌgrā-shē-ˈā-shən\ n — in·gra·tia·to·ry \-ˈgrā-sh(ē-)ə-ˌtōr-ē, -ˌtȯr-\ adj

in·gra·ti·at·ing adj (1655) 1 : capable of winning favor : PLEASING ⟨an ~ smile⟩ 2 : intended or adopted in order to gain favor : FLATTERING — in·gra·ti·at·ing·ly \-ˈgrā-shē-ˌāt-iŋ-lē\ adv

in·grat·i·tude \(ˈ)in-ˈgrat-ə-ˌt(y)üd\ n [ME, fr. MF, fr. ML ingratitudo, fr. L in- + LL gratitudo gratitude] (14c) : forgetfulness of or poor return for kindness received : UNGRATEFULNESS

in·gre·di·ent \in-ˈgrēd-ē-ənt\ n [ME, fr. L ingredient-, ingrediens, prp. of ingredi to go into, fr. in- + gradi to go — more at GRADE] (15c) : something that enters into a compound or is a component part of any combination or mixture : CONSTITUENT syn see ELEMENT — ingredient adj.

in·gress \ˈin-ˌgres\ n [ME, fr. L ingressus, fr. ingressus, pp. of ingredi] (15c) 1 : the act of entering : ENTRANCE; specif : the entrance of a celestial object into eclipse, occultation, or transit 2 : the power or liberty of entrance or access — in·gres·sion \in-ˈgresh-ən\ n

in·gres·sive \in-ˈgres-iv\ adj (1649) 1 : of, relating to, or involving ingress ⟨an ~ current of air⟩ 2 : INCHOATIVE 2 — ingressive n — in·gres·sive·ness n

in-group \ˈin-ˌgrüp\ n (1907) 1 : a group with which one feels a sense of solidarity or community of interests — compare OUT-GROUP 2 : CLIQUE

in·grow·ing \ˈin-ˌgrō-iŋ\ adj (1869) : growing or tending inward

in·grown \ˈin-ˌgrōn\ adj (1878) 1 : grown in; specif : having the free tip or edge embedded in the flesh ⟨an ~ toenail⟩ 2 : having the direction of growth or activity or interest inward rather than outward : WITHDRAWN — in·grown·ness \-ˌgrōn-nəs\ n

in·growth \ˈin-ˌgrōth\ n (1870) 1 : a growing inward (as to fill a void) 2 : something that grows in or into a space

in·gui·nal \ˈiŋ-gwən-ᵊl\ adj [L inguinalis, fr. inguin-, inguen groin — more at ADEN-] (15c) : of, relating to, or situated in the region of the groin or in either of the lowest lateral regions of the abdomen

in·gur·gi·tate \in-ˈgər-jə-ˌtāt\ vt -tat·ed; -tat·ing [L ingurgitatus, pp. of ingurgitare, fr. in- + gurgit-, gurges whirlpool — more at VORACIOUS] (ca. 1570) : to swallow greedily or in large quantities : GUZZLE — in·gur·gi·ta·tion \(ˌ)in-ˌgər-jə-ˈtā-shən\ n

in·hab·it \in-ˈhab-ət\ vb [ME enhabiten, fr. MF & L; MF enhabiter, fr. L inhabitare, fr. in- + habitare to dwell, fr. habitus, pp. of habēre to have — more at GIVE] vt (14c) 1 : to occupy as a place of settled residence or habitat : live in ⟨~ a small house⟩ 2 : to be present in or occupy in any manner or form ⟨the human beings who ~ this tale — Al Newman⟩ ~ vi archaic : to have residence in a place : DWELL — in·hab·it·able \-ə-bəl\ adj — in·hab·it·er n

in·hab·it·an·cy \in-ˈhab-ət-ən-sē\ n (1681) : INHABITATION

in·hab·it·ant \in-ˈhab-ət-ənt\ n (15c) : one that occupies a particular place regularly, routinely, or for a period of time ⟨~s of large cities⟩ ⟨the tapeworm is an ~ of the intestine⟩

in·hab·i·ta·tion \in-ˌhab-ə-ˈtā-shən\ n (15c) : the act of inhabiting : the state of being inhabited

in·hab·it·ed adj (15c) : having inhabitants

in·hal·ant \in-ˈhā-lənt\ n (ca. 1890) : something (as an allergen or medication) that is inhaled — inhalant adj

in·ha·la·tion \ˌin-(h)ə-ˈlā-shən, ˌin-ˈl-ā-\ n (ca. 1623) 1 : the act or an instance of inhaling 2 : material (as medication) to be taken in by inhaling — in·ha·la·tion·al \-shnəl, -shən-ᵊl\ adj

in·ha·la·tor \ˈin-(h)ə-ˌlāt-ər, ˈin-ᵊl-ˌāt-\ n (1925) : a device providing a mixture of oxygen and carbon dioxide for breathing that is used esp. in conjunction with artificial respiration

in·hale \in-ˈhā(ə)l\ vb in·haled; in·hal·ing [in- + -hale (as in exhale)] vt (1725) 1 : to draw in by breathing 2 : to take in eagerly or greedily ⟨inhaled about four meals at once — Ring Lardner⟩ ~ vi : to breathe in — in·hale \ˈin-ˌ, ˈin-\

in·hal·er \in-ˈhā-lər\ n (1778) 1 : a device by means of which medicinal material is inhaled 2 : one that inhales

in·har·mon·ic \ˌin-här-ˈmän-ik\ adj (ca. 1828) : not harmonic

in·har·mo·ni·ous \-ˈmō-nē-əs\ adj (1711) 1 : not harmonious : DISCORDANT 2 : not fitting or congenial : CONFLICTING — in·har·mo·ni·ous·ly adv — in·har·mo·ni·ous·ness n

in·har·mo·ny \(ˈ)in-ˈhär-mə-nē\ n (1799) : DISCORD

in·here \in-ˈhi(ə)r\ vi in·hered; in·her·ing [L inhaerēre, fr. in- + haerēre to adhere — more at HESITATE] (15c) : to be inherent : BELONG

in·her·ence \in-ˈhir-ən(t)s, -ˈher-\ n (1577) : the quality, state, or fact of inhering

in·her·ent \-ənt\ adj [L inhaerent-, inhaerens, prp. of inhaerēre] (1581) : involved in the constitution or essential character of something : belonging by nature or settled habit : INTRINSIC — in·her·ent·ly adv

in·her·it \in-ˈher-ət\ vb [ME enheriten to make one an heir, fr. MF enheriter to make one an heir, fr. LL inhereditare, fr. L in- + hereditas inheritance — more at HEREDITY] vt (14c) 1 : to come into possession of or receive esp. as a right or divine portion ⟨and every one who has left houses or brothers or sisters . . . for my name's sake, will receive a hundredfold, and ~ eternal life — Mt 19:29 (RSV)⟩ 2 a : to receive as a right or title descendible by law from an ancestor at his death b : to receive as a devise or legacy 3 : to receive from ancestors by genetic transmission ⟨~ a strong constitution⟩ 4 : to have in turn or receive as if from an ancestor ⟨~ed the problem from his predecessor⟩ ~ vi : to take or hold a possession or rights by inheritance — in·her·i·tor \-ət-ər\ n — in·her·i·tress \-ə-trəs\ or in·her·i·trix \-ə-(ˌ)triks\ n

in·her·it·able \in-ˈher-ət-ə-bəl\ adj (15c) 1 : capable of being inherited : TRANSMISSIBLE 2 : capable of taking by inheritance — in·her·it·abil·i·ty \-ˌher-ət-ə-ˈbil-ət-ē\ n — in·her·it·able·ness \-ˈher-ət-ə-bəl-nəs\ n

in·her·i·tance \in-ˈher-ət-ən(t)s\ n (14c) 1 a : the act of inheriting property b : the reception of genetic qualities by transmission from parent to offspring c : the acquisition of a possession, condition, or trait from past generations 2 : something that is or may be inherited 3 a : TRADITION b : a valuable possession that is a common heritage from nature 4 obs : POSSESSION

inheritance tax n (1841) 1 : an excise in the form of a percentage of the value of the property received that is levied on the privilege of an heir to receive property as an inheritance 2 : DEATH TAX; esp : ESTATE TAX

in·hib·it \in-ˈhib-ət\ vb [ME inhibiten, fr. L inhibitus, pp. of inhibēre, fr. in- + ²in- + habēre to have — more at HABIT] vt (15c) 1 : to prohibit from doing something 2 a : to hold in check : RESTRAIN b : to discourage from free or spontaneous activity esp. through the operation of inner psychological impediments or of social controls ~ vi : to cause inhibition syn see FORBID — in·hib·i·tive \-ət-iv\ adj — in·hib·i·to·ry \-ə-ˌtōr-ē, -ˌtȯr-\ adj

in·hi·bi·tion \ˌin-(h)ə-ˈbish-ən\ n (14c) 1 a : the act of inhibiting : the state of being inhibited b : something that forbids, debars, or restricts 2 : an inner impediment to free activity, expression, or functioning: as a : a psychical activity imposing restraint upon another activity b : a restraining of the function of a bodily organ or an agent (as an enzyme)

in·hib·i·tor \in-ˈhib-ət-ər\ n (ca. 1611) : one that inhibits; esp : an agent that slows or interferes with a chemical action (as rusting)

in·hos·pi·ta·ble \ˌin-(ˌ)häs-ˈpit-ə-bəl, (ˈ)in-ˈhäs-(ˌ)pit-\ adj (ca. 1570) 1 : not showing hospitality : not friendly or receptive 2 : providing no shelter or sustenance : BARREN — in·hos·pi·ta·ble·ness n — in·hos·pi·ta·bly \-blē\ adv

in·hos·pi·tal·i·ty \(ˌ)in-ˌhäs-pə-ˈtal-ət-ē\ n (1570) : the quality or state of being inhospitable

in-house \ˈin-ˌhaus, ˈin-ˈ\ adj (ca. 1956) : existing, originating, or carried on within a group or organization : not outside ⟨~ training⟩ ⟨an ~ publication⟩ ⟨a company's ~ staff⟩ — in-house adv

in·hu·man \(ˈ)in-ˈhyü-mən, -ˈyü-\ adj [MF & L; MF inhumain, fr. L inhumanus, fr. in- + humanus human] (15c) 1 a : lacking pity, kindness, or mercy : SAVAGE ⟨an ~ tyrant⟩ b : COLD, IMPERSONAL ⟨his usual quiet, almost ~ courtesy — F. Tennyson Jesse⟩ c : not worthy of or conforming to the needs of human beings ⟨~ living conditions⟩ 2 : of or suggesting a nonhuman class of beings — in·hu·man·ly adv — in·hu·man·ness \-mən-nəs\ n

in·hu·ma·tion \ˌin-(ˌ)hyü-ˈmān, -(ˌ)yü-\ adj [MF inhumain & L inhumanus] (1599) : not humane : INHUMAN 1 — in·hu·mane·ly adv

in·hu·man·i·ty \ˌin-hyü-ˈman-ət-ē, -yü-\ n, pl -ties (15c) 1 a : the quality or state of being cruel or barbarous b : a cruel or barbarous act 2 : absence of warmth or geniality : IMPERSONALITY

in·hume \in-ˈhyüm\ vt in·humed; in·hum·ing [prob. fr. F inhumer, fr. L inhumare, fr. in- + humus earth — more at HUMBLE] (1604) : BURY, INTER — in·hu·ma·tion \ˌin-(ˌ)hyü-ˈmā-shən\ n

in·im·i·cal \in-ˈim-i-kəl\ adj [LL inimicalis, fr. L inimicus enemy — more at ENEMY] (1573) 1 : being adverse often by reason of hostility or malevolence 2 a : having the disposition of an enemy : HOSTILE b : reflecting or indicating hostility : UNFRIENDLY — in·im·i·cal·ly \-k(ə-)lē\ adv

in·im·i·ta·ble \(ˈ)in-ˈim-ət-ə-bəl\ adj [MF or L; MF, fr. L inimitabilis, fr. in- + imitabilis imitable] (15c) : not capable of being imitated : MATCHLESS — in·im·i·ta·ble·ness n — in·im·i·ta·bly \-blē\ adv

in·i·on \ˈin-ē-ˌän, -ən\ n [NL, fr. Gk, back of the head; dim. of in-, is sinew, tendon — more at WITHY] (ca. 1811) : the external occipital protuberance of the skull

in·iq·ui·tous \in-ˈik-wət-əs\ adj (1726) : characterized by iniquity syn see VICIOUS — in·iq·ui·tous·ly adv — in·iq·ui·tous·ness n

in·iq·ui·ty \-wət-ē\ n, pl -ties [ME iniquite, fr. MF iniquité, fr. L iniquitat-, iniquitas, fr. iniquus uneven, fr. in- + aequus equal] (14c) 1 : gross injustice : WICKEDNESS 2 : an iniquitous act or thing : SIN

¹ini·tial \in-ˈish-əl\ adj [MF & L; MF, fr. L initialis, fr. initium beginning, fr. initus, pp. of inire to go into, fr. in- + ire to go — more at ISSUE] (1526) 1 : of, or relating to the beginning : INCIPIENT 2 : placed at the beginning : FIRST — ini·tial·ly \-ˈish-(ə-)lē\ adv — initial·ness \-ˈish-əl-nəs\ n

²initial n (1627) 1 a : the first letter of a name b pl : the first letter of each word in a full name ⟨found that their ~s were identical⟩ 2 : a large letter beginning a text or a division or paragraph 3 : ANLAGE PRECURSOR; specif : a meristematic cell

³initial vt ini·tialed or ini·tialled; ini·tial·ing or ini·tial·ling \-ˈish-(ə-)liŋ\ (ca. 1864) 1 : to affix an initial to 2 : to authenticate or give preliminary approval to by affixing the initials of an authorizing representative

ini·tial·ism \in-ˈish-ə-ˌliz-əm\ n (1899) : an acronym formed from initial letters

ini·tial·ize \-ˌlīz\ vt -ized; -iz·ing (1957) : to set (as a computer program counter) to a starting position or value — ini·tial·iza·tion \-ˌish-(ə-)lə-ˈzā-shən\ n

initial rhyme n (1838) : ALLITERATION

initial side n (ca. 1957) : a stationary straight line that contains a point about which another straight line is rotated to form an angle measured in a clockwise or counterclockwise direction — compare TERMINAL SIDE

¹ini·ti·ate \in-ˈish-ē-ˌāt\ vt -at·ed; -at·ing [LL initiatus, pp. of initiare, fr. L, to induct, fr. initium] (1569) 1 : to cause or facilitate the beginning of : set going ⟨~ a program of reform⟩ ⟨enzymes that ~ fermentation⟩ 2 : to induct into membership by or as if by special rites 3 : to instruct in the rudiments or principles of something : INTRODUCE syn see BEGIN — ini·ti·a·tor \-ˌāt-ər\ n

²ini·ti·ate \in-ˈish-(ē-)ət\ adj (1605) 1 obs : relating to an initiate 2 : initiated or properly admitted (as to membership or an office) 3 : instructed in some secret knowledge

³ini·ti·ate \in-ˈish-(ē-)ət\ n (1811) 1 : a person who is undergoing or has undergone an initiation 2 : a person who is instructed or adept in some special field

ini·ti·a·tion \in-ˌish-ē-ˈā-shən\ n (1583) 1 a : the act or an instance of initiating b : the process of being initiated c : the rites, ceremonies, ordeals, or instructions with which one is made a member of a sect or society or is invested with a particular function or status 2 : the condition of being initiated into some experience or sphere of activity : KNOWLEDGEABLENESS ⟨clear to a reader of any degree of ~ — J. W. Beach⟩

completely closed **10** : a depression in the face of an animal at the junction of forehead and muzzle — see DOG illustration
²**stop** *adj* (1594) : serving to stop : designed to stop ⟨~ line⟩ ⟨~ signal⟩
**stop-and-go** \ˌstäp-ən-ˈgō, -ˈm-, *attributively* -ˌgō\ *adj* (1925) **1** : relating to, or involving frequent stops; *esp* : controlled or regulated by traffic lights ⟨~ driving⟩
**stop bath** *n* (ca. 1918) : an acid bath used to check photographic development of a negative or print
**stop-cock** \ˈstäp-ˌkäk\ *n* (1584) : a cock for stopping or regulating flow (as through a pipe)
**stop down** *vt* (ca. 1891) : to reduce the effective aperture of (a lens) by means of a diaphragm
¹**stope** \ˈstōp\ *n* [prob. fr. LG *stope*, lit., step; akin to OE *stæpe* step — more at STEP] (1747) : a usu. steplike excavation underground for the removal of ore that is formed as the ore is mined in successive layers
²**stope** *vb* stoped; stop·ing *vi* (1778) : to mine by means of a stope ~ *vt* : to extract (ore) from a stope — **stop·er** *n*
**stop-gap** \ˈstäp-ˌgap\ *n* (1684) : something that serves as a temporary expedient : MAKESHIFT *syn* see RESOURCE
**stop knob** *n* (1887) : one of the handles by which an organist draws or shuts off a particular stop
**stop-light** \ˈstäp-ˌlīt\ *n* (1926) **1** : a light on the rear of a motor vehicle that is illuminated when the driver presses the brake pedal **2** : TRAFFIC SIGNAL
**stop order** *n* (ca. 1891) : an order to a broker to buy or sell respectively at the market when the price of a security advances or declines to a designated level
**stop out** \(ˈ)stäp-ˈau̇t\ *vi* [¹*stop* + *out* (as in *drop out*)] (1973) : to withdraw temporarily from enrollment at a college or university — **stop-out** \ˈstäp-ˌau̇t\ *n*
**stop-over** \ˈstäp-ˌō-vər\ *n* (1885) **1** : a stop at an intermediate point in one's journey **2** : a stopping place on a journey
**stop·page** \ˈstäp-ij\ *n* (15c) : the act of stopping : the state of being stopped : HALT, OBSTRUCTION
**stop payment** *n* (ca. 1919) : a depositor's order to a bank to refuse to honor a specified check drawn by him
¹**stop·per** \ˈstäp-ər\ *n* (15c) **1** : one that brings to a halt or causes to stop operating or functioning : CHECK: as **a** : a playing card that will stop the running of a suit **b** : a baseball pitcher depended on to win important games or to stop a losing streak; *also* : an effective relief pitcher **2** : one that closes, shuts, or fills up; *specif* : something (as a bung or cork) used to plug an opening
²**stopper** *vt* stop·pered; stop·per·ing \-(ə-)riŋ\ (ca. 1769) : to close or secure with or as if with a stopper
**stopper knot** *n* (1860) : a knot used to prevent a rope from passing through a hole or opening
¹**stop·ple** \ˈstäp-əl\ *n* [ME *stoppell*, fr. *stoppen* to stop] (14c) : something that closes an aperture : STOPPER, PLUG
²**stopple** *vt* stop·pled; stop·pling \-(ə-)liŋ\ (1795) : STOPPER
**stop street** *n* (ca. 1930) : a street on which a vehicle must stop just before entering a through street
**stop·watch** \ˈstäp-ˌwäch\ *n* (1737) : a watch having a component (as a hand) that can be started and stopped at will for exact timing (as of a race)
**stor·age** \ˈstōr-ij, ˈstȯr-\ *n* (1612) **1 a** : space or a place for storing **b** : an amount stored **c** : MEMORY 4 **2 a** : the act of storing : the state of being stored; *esp* : the safekeeping of goods in a depository (as a warehouse) **b** : the price charged for keeping goods in a storehouse **3** : the production by means of electric energy of chemical reactions that when allowed to reverse themselves generate electricity again without serious loss
**storage cell** *n* (1881) : a cell or connected group of cells that converts chemical energy into electrical energy by reversible chemical reactions and that may be recharged by passing a current through it in the direction opposite to that of its discharge — called also *storage battery*
**sto·rax** \ˈstō(ə)r-ˌaks, ˈstȯ(ə)r-\ *n* [ME, fr. LL, alter. of L *styrax*, fr. Gk] (14c) **1 a** : a fragrant balsam obtained from the bark of an Asian tree (*Liquidambar orientalis*) of the witch-hazel family that is used as an expectorant and sometimes in perfumery — called also *Levant storax* **b** : a balsam from the sweet gum that is similar to storax **2** : any of a genus (*Styrax* of the family Styracaceae, the storax family) of trees or shrubs with usu. hairy leaves and flowers in drooping racemes — compare BENZOIN
¹**store** \ˈstō(ə)r, ˈstȯ(ə)r\ *vt* stored; stor·ing [ME *storen*, fr. OF *estorer* to construct, restore, store, fr. L *instaurare* to renew, restore, fr. *in-* + *-staurare* (akin to Gk *stauros* stake) — more at STEER] (13c) **1** : FURNISH, SUPPLY; *esp* : to stock against a future time ⟨~ a ship with provisions⟩ **2** : LAY AWAY, ACCUMULATE ⟨~ vegetables for winter use⟩ ⟨an organism that absorbs and ~s DDT⟩ **3** : to place or leave in a location (as in a warehouse, library, or computer memory) for preservation or later use or disposal **4** : to provide storage room for : HOLD ⟨elevators for *storing* surplus wheat⟩ — **stor·able** \ˈstōr-ə-bəl, ˈstȯr-\ *adj*
²**store** *n* (13c) **1** : something that is stored or kept for future use **a** *pl* : articles (as of food) accumulated for some specific object and drawn upon as needed : STOCK, SUPPLIES **c** : something that is accumulated **d** : a source from which things may be drawn as needed : a reserve fund **2** : STORAGE — usu. used with *in* ⟨when placing eggs in ~ —*Dublin Sunday Independent*⟩ **3** : VALUE, IMPORTANCE ⟨set great ~ by a partner's opinion⟩ **4** : a large quantity, supply, or number : ABUNDANCE **5 a** : STOREHOUSE, WAREHOUSE **b** *chiefly Brit* : MEMORY **4 6** : a business establishment where usu. diversified goods are kept for retail sale ⟨grocery ~⟩ — compare SHOP — **in store** : in a state of imminence
³**store** *adj* (1602) **1** *or* **stores** : of, relating to, kept in, or used for a store **2** : purchased from a store as opposed to being natural or homemade : MANUFACTURED, READY-MADE ⟨~ clothes⟩ ⟨~ bread⟩
**store-bought** \ˈstō(ə)r-ˌbȯt, ˈstȯ(ə)r-\ *adj* (1905) : STORE 2
**store cheese** *n* [fr. its being a staple article stocked in grocery stores] (1863) : CHEDDAR
¹**store·front** \ˈstō(ə)r-ˌfrənt, ˈstȯ(ə)r-\ *adj* (1937) **1** : of, relating to, or characteristic of a storefront church ⟨a ~ evangelist⟩ **2** : occupying a room or suite of rooms in a store building at street level and immediately behind a storefront ⟨a ~ school⟩ **3** : of, relating to, or being outreach professional services ⟨~ lawyers⟩ ⟨~ day-care center⟩ ⟨~ hospitals⟩
²**storefront** *n* (1943) **1** : the front side of a store or store building facing a street **2** : a building, room, or suite of rooms having a storefront
**storefront church** *n* (1937) : a city church that utilizes storefront quarters as a meeting place and that usu. holds services of a highly emotional nature
**store-house** \ˈstō(ə)r-ˌhau̇s, ˈstȯ(ə)r-\ *n* (14c) **1** : a building for storing goods (as provisions) : MAGAZINE, WAREHOUSE **2** : an abundant supply or source : REPOSITORY
**store-keep·er** \-ˌkē-pər\ *n* (1618) **1** : one that has charge of supplies (as military stores) **2** : one that operates a retail store
**store·room** \-ˌrüm, -ˌru̇m\ *n* (1746) **1** : a room or space for the storing of goods or supplies **2** : STOREHOUSE 2
**store·ship** \-ˌship\ *n* (ca. 1693) : a ship used to carry supplies
**store-wide** \-ˈwīd\ *adj* (ca. 1937) : including all or most merchandise in a store ⟨a ~ sale⟩
¹**sto·ried** \ˈstōr-ēd, ˈstȯr-\ *adj* (15c) **1** : decorated with designs representing scenes from story or history ⟨a ~ frieze⟩ ⟨a ~ tapestry⟩ **2** : having an interesting history : celebrated in story or history
²**storied** *or* **sto·reyed** \ˈstōr-ēd, ˈstȯr-\ *adj* (1624) : having stories (a two-*storied* house)
**stork** \ˈstō(ə)rk\ *n* [ME, fr. OE *storc*; akin to OHG *storah* stork, OE *stearc* stiff — more at STARK] (bef. 12c) : any of various large mostly Old World wading birds (family Ciconiidae) that have long stout bills and are related to the ibises and herons
**storks·bill** \ˈstȯrks-ˌbil\ *n* (ca. 1562) : any of several plants of the geranium family with elongate beaked fruits: **a** : PELARGONIUM **b** : ALFILARIA; *also* : a related plant (genus *Erodium*)
¹**storm** \ˈstō(ə)rm\ *n*, *often attrib* [ME, fr. OE; akin to OHG *sturm* storm, OE *styrian* to stir] (bef. 12c) **1 a** : a disturbance of the atmosphere marked by wind and usu. by rain, snow, hail, sleet, or thunder and lightning **b** : a heavy fall of rain, snow, or hail **c** (1) : wind having a speed of 64 to 72 miles (103 to 116 kilometers) per hour (2) : WHOLE GALE — see BEAUFORT SCALE table **d** : a serious disturbance of any element of nature **2** : a disturbed or agitated state : a sudden or violent commotion **3** : a heavy discharge of objects (as missiles) **4** : a tumultuous outburst **5 a** : PAROXYSM, CRISIS **b** : a sudden heavy influx or onset **6** : a violent assault on a defended position — **by storm** : by or as if by employing a bold swift frontal movement esp. with the intent of defeating or winning over quickly
²**storm** *vi* (15c) **1 a** : to blow with violence **b** : to rain, hail, snow, or sleet **2** : to attack by storm ⟨~ed ashore at zero hour⟩ **3** : to be in or to exhibit a violent passion : RAGE ⟨~ing at the unusual delay⟩ **4** : to rush about or move impetuously, violently, or angrily ⟨the mob ~ed through the streets⟩ ~ *vt* : to attack, take, or win over by storm ⟨~ a fort⟩ *syn* see ATTACK
**storm and stress** *n*, *often cap both Ss* (1855) : STURM UND DRANG
**storm boat** *n* (1942) : a light fast craft used to transport attacking troops across streams
**storm·bound** \ˈstō(ə)rm-ˈbau̇nd\ *adj* (1830) : cut off from outside communication by a storm or its effects : stopped or delayed by storms
**storm cellar** *n* (ca. 1902) : CYCLONE CELLAR
**storm door** *n* (1878) : an additional door placed outside an ordinary outside door for protection against severe weather
**storm petrel** *n* (ca. 1833) : any of various small petrels; *esp* : a small sooty black white-marked petrel (*Hydrobates pelagicus*) frequenting the north Atlantic and Mediterranean
**storm trooper** *n* (1935) **1** : a member of a private Nazi army notorious for aggressiveness, violence, and brutality **2** : one that resembles a Nazi storm trooper
**storm window** *n* (ca. 1888) : a sash placed outside an ordinary window as a protection against severe weather — called also *storm sash*
**stormy** \ˈstȯr-mē\ *adj* **storm·i·er**; **-est** (13c) **1** : relating to, characterized by, or indicative of a storm ⟨a ~ day⟩ ⟨a ~ autumn⟩ **2** : marked by turmoil or fury ⟨a ~ life⟩ ⟨a ~ conference⟩ — **storm·i·ly** \ˈstȯr-mə-lē\ *adv* — **storm·i·ness** \-mē-nəs\ *n*
**stormy petrel** *n* (ca. 1776) **1** : STORM PETREL **2 a** : one fond of strife **b** : a harbinger of trouble



storm petrel

¹**sto·ry** \ˈstōr-ē, ˈstȯr-\ *n*, *pl* **stories** [ME *storie*, fr. OF *estorie*, fr. L *historia* — more at HISTORY] (13c) **1** *archaic* : HISTORY 1,3 **2 a** : an account of incidents or events **b** : a statement regarding the facts pertinent to a situation in question **c** : ANECDOTE; *esp* : an amusing one **3 a** : a fictional narrative shorter than a novel; *specif* : SHORT STORY **b** : the intrigue or plot of a narrative or dramatic work **4** : a widely circulated rumor **5** : LIE, FALSEHOOD **6** : LEGEND, ROMANCE **7** : a news article or broadcast
²**story** *vt* sto·ried; sto·ry·ing (15c) **1** *archaic* : to narrate or describe in story **2** : to adorn with a story or a scene from history
³**story** *also* **sto·rey** \ˈstōr-ē, ˈstȯr-ē\ *n*, *pl* **stories** *also* **storeys** [ME *storie*, fr. ML *historia* picture, story of a building, fr. L, history, tale; prob. fr. pictures adorning the windows of medieval buildings] (15c) **1 a** : the space in a building between two adjacent floor levels or between a floor and the roof **b** : a set of rooms in such a space **c** : a unit of measure equal to the height of the story of a building ⟨one ~ high⟩ **2** : a horizontal division of a building's exterior not necessarily corresponding exactly with the stories within
**sto·ry·board** \-ˌbō(ə)rd, -ˌbȯ(ə)rd\ *n* (ca. 1946) : a panel or series of panels on which is tacked a set of small rough drawings depicting consecutively the important changes of scene and action in a planned film or television show or act
¹**sto·ry·book** \-ˌbu̇k\ *n* (1711) : a book of stories ⟨~s for children⟩
²**storybook** *adj* (1910) : FAIRY-TALE
**story line** *n* (1946) : the plot of a story or play

transit • transparency

Venus) across the disk of a larger (as the sun) 3 : a theodolite with the telescope mounted so that it can be transited — **in transit** : in passage

²**transit** vt : to make a transit ~ vt 1 a : to pass over or through : TRAVERSE b : to cause to pass over or through 2 : to pass across (a meridian, a celestial body, or the field of view of a telescope) 3 : to turn (a telescope) over about the horizontal transverse axis in surveying

**transit instrument** n 1 : a telescope at right angles to a horizontal east-west axis and used with a clock and chronograph for observing the time of transit of a celestial body over the meridian of a place 2 : TRANSIT 3

**tran·si·tion** \tran(t)s-'ish-ən, tranz-, chiefly Brit tran(t)s-'izh-\ n [L transition-, transitio, fr. transitus, pp. of transire] 1 a : passage from one state, stage, or place to another : CHANGE b : a movement, development, or evolution from one form, stage, or style to another 2 a : a musical modulation b : a musical passage leading from one section of a piece to another 3 : an abrupt change in energy state or level (as of an atomic nucleus or a molecule) esp. accompanied by loss or gain of a single quantum of energy 4 : a genetic mutation in RNA or DNA that results from the substitution of one purine base for the other or of one pyrimidine base for the other — **tran·si·tion·al** \-'ish-nəl, -'izh-, -ən-'l\ adj — **tran·si·tion·al·ly** \-ē\ adv

**transition element** n [fr. their being transitional between the more highly electropositive and the less highly electronegative elements] : any of various metallic elements (as chromium, iron, and nickel) that have valence electrons in two shells instead of only one — called also **transition metal**

**tran·si·tive** \'tran(t)s-ət-iv, 'tranz-; 'tran(t)s-tiv\ adj [LL transitivus, fr. L transitus, pp. of transire] 1 : characterized by having or containing a direct object (a ~ verb) (a ~ construction) 2 : being or relating to a relation with the property that if the relation holds between a first element and a second and between the second element and a third, it holds between the first and third elements (equality is a ~ relation) 3 : of, relating to, or characterized by transition — **tran·si·tive·ly** adv — **tran·si·tive·ness** n — **tran·si·tiv·i·ty** \,tran(t)s-ə-'tiv-ət-ē, ,tranz-\ n

**tran·si·to·ry** \'tran(t)s-ə-,tōr-ē, 'tranz-, -,tōr-\ adj [ME transitorie, fr. MF transitoire, fr. LL transitorius, fr. L, of or allowing passage, fr. transitus, pp. of transire] 1 : tending to pass away : not persistent 2 : of brief duration : TEMPORARY syn see TRANSIENT ant enduring — **tran·si·to·ri·ly** \,tran(t)s-ə-'tōr-ə-lē, ,tranz-, -'tōr-\ adv — **tran·si·to·ri·ness** \,tran(t)s-ə-,tōr-ē-nəs, 'tran(z)-, -,tōr-\ n

**transl** abbr translated; translation

**trans·late** \tran(t)s-'lāt, tranz-\ vb **trans·lat·ed; trans·lat·ing** [L translatus (pp. of transferre to transfer, translate), fr. trans- + latus, pp. of ferre to carry — more at TOLERATE, BEAR] vt 1 a : to bear, remove, or change from one place, state, form, or appearance to another : TRANSFER, TRANSFORM (a country boy translated to the city) (~ ideas into action) b : to convey to heaven or to a non-temporal condition without death c : to transfer (a bishop) from one see to another 2 a : to turn into one's own or another language b : to transfer or turn from one set of symbols into another : TRANSCRIBE c (1) : to express in different words : PARAPHRASE (2) : to express in more comprehensible terms : EXPLAIN 3 : ENRAPTURE 4 : to subject to mathematical translation 5 : to subject (as genetic information) to translation in protein synthesis ~ vi 1 : to practice translation or make a translation; also : to admit of or be adaptable to translation (a word that doesn't ~ easily) 2 : to undergo a translation — **trans·lat·abil·i·ty** \(,)tran(t)s-,lāt-ə-'bil-ət-ē, (,)tranz-\ n — **trans·lat·able** \tran(t)s-'lāt-ə-bəl, tranz-\ adj — **trans·la·tor** \-'lāt-ər\ n

**trans·la·tion** \tran(t)s-'lā-shən, tranz-\ n 1 : an act, process, or instance of translating: as a : a rendering from one language into another; also : the product of such a rendering b : a change to a different substance, form, or appearance : CONVERSION c (1) : a transformation of coordinates in which the new axes are parallel to the old ones (2) : uniform motion of a body in a straight line 2 : the process of forming a protein molecule at a ribosomal site of protein synthesis from information contained in messenger RNA — compare TRANSCRIPTION 3 — **trans·la·tion·al** \-shnəl, -shən-'l\ adj

**trans·la·tive** \-'lāt-iv\ adj 1 : of, relating to, or involving removal or transference from one person or place to another 2 : of, relating to, or serving to translate from one language or system into another

**trans·la·to·ry** \'tran(t)s-lə-,tōr-ē, 'tranz-, -,tōr-; tran(t)s-'lāt-ə-rē, tranz-\ adj : of, relating to, or involving uniform motion in one direction

**trans·lit·er·ate** \tran(t)s-'lit-ə-,rāt, tranz-\ vt **-at·ed; -at·ing** [trans- + L littera letter] : to represent or spell in the characters of another alphabet — **trans·lit·er·a·tion** \(,)tran(t)s-,lit-ə-'rā-shən, (,)tranz-\ n

**trans·lo·cate** \'trans(t)s-lō-,kāt, 'tranz-, (')tran(t)s-', (')tranz-'\ vt [prob. back-formation fr. translocation] : to transfer (as food materials or products of metabolism) from one location to another in the plant body

**trans·lo·ca·tion** \,trans(t)s-lō-'kā-shən, ,tranz-\ n : a change of location : DISPLACEMENT: as a : the conduction of soluble material from one part of a plant to another b : the exchange of parts between nonhomologous chromosomes

**trans·lu·cence** \tran(t)s-'lüs-'n(t)s, tranz-\ n : the quality or state of being translucent

**trans·lu·cen·cy** \-'n-sē\ n, pl -**cies** 1 : TRANSLUCENCE 2 : something that is translucent

**trans·lu·cent** \-'nt\ adj [L translucent-, translucens, prp. of trans-lucēre to shine through, fr. trans- + lucēre to shine — more at LIGHT] 1 : permitting the passage of light: a : CLEAR, TRANSPARENT (the water was ~, and I could readily watch from the side of the canoe what was going on —V. G. Heiser) b : transmitting and diffusing light so that objects beyond cannot be seen clearly (which looks like honey, ~ and sunny, from clover-tops —Elinor Wylie) 2 : free from disguise or falseness (his ~ patriotism —Newsweek) (gave one of her ~ performances of a dreaming, wounded ... young girl —Stark Young) — **trans·lu·cent·ly** adv

**trans·ma·rine** \,tran(t)s-mə-'rēn, ,tranz-\ adj [L transmarinus, fr. trans- + mare sea — more at MARINE] 1 : being or coming from beyond or across the sea (a ~ people) 2 : passing over or extending across the sea

**trans·mem·brane** \(')tran(t)s-'mem-,brān, (')tranz-\ adj : taking place or existing across a membrane (a ~ potential)

**trans·mi·grate** \(')tran(t)s-'mī-,grāt, (')tranz-, 'tran(t)s-,, 'tranz-\ vb [L transmigratus, pp. of transmigrare to migrate to another place, fr. trans- + migrare to migrate] vi 1 of the soul : to pass at death from one body or being to another 2 : MIGRATE ~ vt : to cause to transmigrate — **trans·mi·gra·tion** \,tran(t)s-mī-'grā-shən, ,tranz-\ n — **trans·mi·gra·tor** \(')tran(t)s-'mī-,grāt-ər, (')tranz-, 'tran(t)s-,, 'tranz-\ n — **trans·mi·gra·to·ry** \tran(t)s-'mī-grə-,tōr-ē, tranz-, -,tōr-\ adj

**trans·mis·si·ble** \tran(t)s-'mis-ə-bəl, tranz-\ adj : capable of being transmitted — **trans·mis·si·bil·i·ty** \(,)tran(t)s-,mis-ə-'bil-ət-ē, (,)tranz-\ n

**trans·mis·sion** \tran(t)s-'mish-ən, tranz-\ n [L transmission-, transmissio, fr. transmissus, pp. of transmittere to transmit] 1 : an act, process, or instance of transmitting (~ of a nerve impulse across a synapse) 2 : the passage of radio waves in the space between transmitting and receiving stations; also : the act or process of transmitting by radio or television 3 : an assembly of parts including the speed-changing gears and the propeller shaft by which the power is transmitted from an automobile engine to a live axle; also : the speed-changing gears in such an assembly 4 : something that is transmitted : MESSAGE — **trans·mis·sive** \-'mis-iv\ adj — **trans·mis·siv·i·ty** \,tran(t)s-()mis-'iv-ət-ē, ,tranz-\ n

**trans·mis·som·e·ter** \,tran(t)s-()mis-'äm-ət-ər, ,tranz-\ n : an instrument for measuring the transmission of light through a fluid (as the atmosphere)

**trans·mit** \tran(t)s-'mit, tranz-\ vb **trans·mit·ted; trans·mit·ting** [ME transmitten, fr. L transmittere, fr. trans- + mittere to send — more at SMITE] vt 1 a : to send or transfer from one person or place to another : FORWARD b : to cause or allow to spread: as (1) : to convey by or as if by inheritance or heredity : hand down (2) : to convey (infection) abroad or to another 2 a (1) : to cause (as light or force) to pass or be conveyed through space or a medium (2) : to admit the passage of : CONDUCT (glass ~s light) b : to send out (a signal) either by radio waves or over a wire ~ vi : to send out a signal either by radio waves or over a wire — **trans·mit·ta·ble** \-'mit-ə-bəl\ adj — **trans·mit·tal** \-'mit-'l\ n

**trans·mit·tance** \-'mit-'n(t)s\ n 1 : TRANSMISSION 2 : the fraction of radiant energy that having entered a layer of absorbing matter reaches its farther boundary

**trans·mit·ter** \-'mit-ər\ n : one that transmits: as a (1) : a part on a telephone into which one speaks and which contains a mechanism for converting sound waves into equivalent electric waves (2) : the portion of a telegraph instrument by which the message is sent b : a radio or television transmitting set c : NEUROTRANSMITTER

**trans·mog·ri·fy** \tran(t)s-'mäg-rə-,fī, tranz-\ vt **-fied; -fy·ing** [origin unknown] : to change or alter greatly and often with grotesque or humorous effect syn see TRANSFORM — **trans·mog·ri·fi·ca·tion** \(,)tran(t)s-,mäg-rə-fə-'kā-shən, (,)tranz-\ n

**trans·mon·tane** \(')tran(t)s-'män-,tān, (')tranz-; ,tran(t)s-(,)man-', ,tranz-\ adj [L transmontanus] : TRAMONTANE

**trans·moun·tain** \(')tran(t)s-'maunt-'n, (')tranz-\ adj : crossing or extending over or through a mountain (a ~ road) (a ~ tunnel)

**trans·mu·ta·tion** \,tran(t)s-myü-'tā-shən, ,tranz-\ n : an act or instance of transmuting or being transmuted: as a : the conversion of base metals into gold or silver b : the conversion of one element or nuclide into another either naturally or artificially — **trans·mut·a·tive** \tran(t)s-'myüt-ət-iv, tranz-\ adj

**trans·mute** \tran(t)s-'myüt, tranz-\ vb **trans·mut·ed; trans·mut·ing** [ME transmuten, fr. L transmutare, fr. trans- + mutare to change — more at MISS] vt 1 : to change or alter in form, appearance, or nature and esp. to a higher form 2 : to subject (as an element) to transmutation ~ vi : to undergo transmutation syn see TRANSFORM — **trans·mut·able** \-'myüt-ə-bəl\ adj

**trans·na·tion·al** \(')tran(t)s-'nash-nəl, (')tranz-, -ən-'l\ adj : extending or going beyond national boundaries

**trans·nat·u·ral** \-'nach-(ə-)rəl\ adj : being above or beyond nature

**trans·oce·an·ic** \,tran(t)s-,ō-shē-'an-ik, ,tranz-\ adj 1 : lying or dwelling beyond the ocean 2 : crossing or extending across the ocean (a ~ telephone cable)

**tran·som** \'tran(t)-səm\ n [ME traunsom, prob. fr. L transtrum, fr. trans across — more at THROUGH] 1 : a transverse piece in a structure : CROSSPIECE: as a : LINTEL b : a horizontal crossbar in a window, over a door, or between a door and a window or fanlight above it c : the horizontal bar or member of a cross or gallows d : any of several transverse timbers or beams secured to the stern-post of a boat; also : the planking forming the stern of a square-ended boat 2 : a window above a door or other window built on and commonly hinged to a transom

**tran·son·ic** also **trans·son·ic** \tran(t)s-'sän-ik, tran-'sän-\ adj [trans- + -sonic (as in supersonic)] 1 : being or relating to a speed approximating the speed of sound in air which is a speed of about .1087 feet per second or about 741 miles per hour at sea level — often used of aeronautical speeds between 600 and 900 miles per hour 2 : moving, capable of moving, or utilizing air currents moving at a transonic speed

**transp** abbr transportation

**trans·pa·cif·ic** \,tran(t)s-pə-'sif-ik\ adj 1 a : crossing or extending across the Pacific ocean (~ airlines) b : relating to or involving crossing the Pacific ocean (~ air fares) 2 : situated beyond the Pacific ocean

**trans·par·ence** \tran(t)s-'par-ən(t)s, -'per-\ n : TRANSPARENCY 1

**trans·par·en·cy** \-ən-sē\ n, pl -**cies** 1 : the quality or state of being transparent 2 : something transparent: as a : a picture or design on glass, thin cloth, paper, or film designed to be viewed by light shining through it or by projection b : a framework covered