# EXHIBIT P

 

Entire AskOxford Site

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES ·
GLOBAL ENGLISH · FOREIGN LANGUAGES
Join the OED-BBC Wordhunt

SELECT VIEW 
You are currently in the UK view

## Compact Oxford English Dictionary

**automatic**

• **adjective 1** operating with little or no direct human control. **2** (of a firearm) self-loading and able to fire continuously. **3** done or occurring without conscious thought. **4** (of a penalty) imposed inevitably as a result of a fixed rule.

• **noun** an automatic machine or device.

— DERIVATIVES **automatically** adverb **automaticity** noun.

— ORIGIN Greek *automatos* 'acting by itself'.

- Ask Tl
- Better
- World
- Game:
- Global
- Foreig

→ AskOxfi
→ Externa
→ OUP W(
→ Childre!
→ ELT Dic
→ Oxford

Perform another search of the Compact Oxford English Dictionary

**About this dictionary**
The *Compact Oxford English Dictionary of Current English*
contains 145,000 words, phrases, and definitions.
Find out more about Oxford's range of English dictionaries
Sign up for the AskOxford Word of the Day

Search the Little Oxford Dictionary of Quotations
Search the Concise Dictionary of First Names

 

PRIVACY
POLICY AND
LEGAL
NOTICE Content
and Graphics ©

http://www.askoxford.com/concise_oed/automatic?view=uk        10/18/2006