# EXHIBIT R

Network Working Group                                      T. Berners-Lee
Request for Comments: 1945                                        MIT/LCS
Category: Informational                                       R. Fielding
                                                               UC Irvine
                                                               H. Frystyk
                                                                  MIT/LCS
                                                                May 1996

Hypertext Transfer Protocol -- HTTP/1.0

Status of This Memo

   This memo provides information for the Internet community.  This memo
   does not specify an Internet standard of any kind.  Distribution of
   this memo is unlimited.

IESG Note:

   The IESG has concerns about this protocol, and expects this document
   to be replaced relatively soon by a standards track document.

Abstract

   The Hypertext Transfer Protocol (HTTP) is an application-level
   protocol with the lightness and speed necessary for distributed,
   collaborative, hypermedia information systems. It is a generic,
   stateless, object-oriented protocol which can be used for many tasks,
   such as name servers and distributed object management systems,
   through extension of its request methods (commands). A feature of
   HTTP is the typing of data representation, allowing systems to be
   built independently of the data being transferred.

   HTTP has been in use by the World-Wide Web global information
   initiative since 1990. This specification reflects common usage of
   the protocol referred to as "HTTP/1.0".

Table of Contents

   1.  Introduction ................................................  4
       1.1  Purpose ................................................  4
       1.2  Terminology ............................................  4
       1.3  Overall Operation ......................................  6
       1.4  HTTP and MIME ..........................................  8
   2.  Notational Conventions and Generic Grammar .................  8
       2.1  Augmented BNF ..........................................  8
       2.2  Basic Rules ............................................ 10
   3.  Protocol Parameters ........................................ 12

RFC 1945                         HTTP/1.0                        May 1996

   cached copy of an earlier response from O (via C) for a request which
   has not been cached by UA or A.

          request chain ---------->
       UA -----v----- A -----v----- B - - - - - - C - - - - - - O
          <---------- response chain

   Not all responses are cachable, and some requests may contain
   modifiers which place special requirements on cache behavior. Some
   HTTP/1.0 applications use heuristics to describe what is or is not a
   "cachable" response, but these rules are not standardized.

   On the Internet, HTTP communication generally takes place over TCP/IP
   connections. The default port is TCP 80 [15], but other ports can be
   used. This does not preclude HTTP from being implemented on top of
   any other protocol on the Internet, or on other networks. HTTP only
   presumes a reliable transport; any protocol that provides such
   guarantees can be used, and the mapping of the HTTP/1.0 request and
   response structures onto the transport data units of the protocol in
   question is outside the scope of this specification.

   Except for experimental applications, current practice requires that
   the connection be established by the client prior to each request and
   closed by the server after sending the response. Both clients and
   servers should be aware that either party may close the connection
   prematurely, due to user action, automated time-out, or program
   failure, and should handle such closing in a predictable fashion. In
   any case, the closing of the connection by either or both parties
   always terminates the current request, regardless of its status.

1.4  HTTP and MIME.

   HTTP/1.0 uses many of the constructs defined for MIME, as defined in
   RFC 1521 [5]. Appendix C describes the ways in which the context of
   HTTP allows for different use of Internet Media Types than is
   typically found in Internet mail, and gives the rationale for those
   differences.

2.  Notational Conventions and Generic Grammar

2.1  Augmented BNF

   All of the mechanisms specified in this document are described in
   both prose and an augmented Backus-Naur Form (BNF) similar to that
   used by RFC 822 [7]. Implementors will need to be familiar with the
   notation in order to understand this specification. The augmented BNF
   includes the following constructs:


Berners-Lee, et al            Informational                     [Page 8]