# EXHIBIT S

```
Network Working Group                                   J. Reynolds
Request for Comments: 1700                                J. Postel
STD: 2                                                          ISI
Obsoletes RFCs: 1340, 1060, 1010, 990, 960,         October 1994
943, 923, 900, 870, 820, 790, 776, 770,
762, 758,755, 750, 739, 604, 503, 433, 349
Obsoletes IENs: 127, 117, 93
Category: Standards Track
```

## ASSIGNED NUMBERS

Status of this Memo

   This memo is a status report on the parameters (i.e., numbers and
   keywords) used in protocols in the Internet community.  Distribution
   of this memo is unlimited.

OVERVIEW

This RFC is a snapshot of the ongoing process of the assignment of
protocol parameters for the Internet protocol suite.  To make the
current information readily available the assignments are kept up-to-
date in a set of online text files.  This RFC has been assembled by
catinating these files together with a minimum of formatting "glue".
The authors appologize for the somewhat rougher formatting and style
than is typical of most RFCs.

We expect that various readers will notice specific items that should be
corrected.  Please send any specific corrections via email to
.<iana@isi.edu>.

RFC 1700                    Assigned Numbers                  October 1994


WELL KNOWN PORT NUMBERS

The Well Known Ports are controlled and assigned by the IANA and on
most systems can only be used by system (or root) processes or by
programs executed by privileged users.

Ports are used in the TCP [RFC793] to name the ends of logical
connections which carry long term conversations.  For the purpose of
providing services to unknown callers, a service contact port is
defined.  This list specifies the port used by the server process as
its contact port.  The contact port is sometimes called the
"well-known port".

To the extent possible, these same port assignments are used with the
UDP [RFC768].

The assigned ports use a small portion of the possible port numbers.
For many years the assigned ports were in the range 0-255.  Recently,
the range for assigned ports managed by the IANA has been expanded to
the range 0-1023.

Port Assignments:

| Keyword | Decimal | Description | References |
|---------|---------|-------------|------------|
|  | 0/tcp | Reserved |  |
|  | 0/udp | Reserved |  |
| # |  | Jon Postel <postel@isi.edu> |  |
| tcpmux | 1/tcp | TCP Port Service Multiplexer |  |
| tcpmux | 1/udp | TCP Port Service Multiplexer |  |
| # |  | Mark Lottor <MKL@nisc.sri.com> |  |
| compressnet | 2/tcp | Management Utility |  |
| compressnet | 2/udp | Management Utility |  |
| compressnet | 3/tcp | Compression Process |  |
| compressnet | 3/udp | Compression Process |  |
| # |  | Bernie Volz <VOLZ@PROCESS.COM> |  |
| # | 4/tcp | Unassigned |  |
| # | 4/udp | Unassigned |  |
| rje | 5/tcp | Remote Job Entry |  |
| rje | 5/udp | Remote Job Entry |  |
| # |  | Jon Postel <postel@isi.edu> |  |
| # | 6/tcp | Unassigned |  |
| # | 6/udp | Unassigned |  |
| echo | 7/tcp | Echo |  |
| echo | 7/udp | Echo |  |
| # |  | Jon Postel <postel@isi.edu> |  |
| # | 8/tcp | Unassigned |  |


Reynolds & Postel                                           [Page 16]

RFC 1700                        Assigned Numbers                    October 1994

```
    covia          64/udp   Communications Integrator (CI)
    #                       "Tundra" Tim Daneliuk
    #                       <tundraix!tundra@clout.chi.il.us>
    tacacs-ds      65/tcp   TACACS-Database Service
    tacacs-ds      65/udp   TACACS-Database Service
    #                       Kathy Huber <khuber@bbn.com>
    sql*net        66/tcp   Oracle SQL*NET
    sql*net        66/udp   Oracle SQL*NET
    #                       Jack Haverty <jhaverty@ORACLE.COM>
    bootps         67/tcp   Bootstrap Protocol Server
    bootps         67/udp   Bootstrap Protocol Server
    bootpc         68/tcp   Bootstrap Protocol Client
    bootpc         68/udp   Bootstrap Protocol Client
    #                       Bill Croft <Croft@SUMEX-AIM.STANFORD.EDU>
    tftp           69/tcp   Trivial File Transfer
    tftp           69/udp   Trivial File Transfer
    #                       David Clark <ddc@LCS.MIT.EDU>
    gopher         70/tcp   Gopher
    gopher         70/udp   Gopher
    #                       Mark McCahill <mpm@boombox.micro.umn.edu>
    netrjs-1       71/tcp   Remote Job Service
    netrjs-1       71/udp   Remote Job Service
    netrjs-2       72/tcp   Remote Job Service
    netrjs-2       72/udp   Remote Job Service
    netrjs-3       73/tcp   Remote Job Service
    netrjs-3       73/udp   Remote Job Service
    netrjs-4       74/tcp   Remote Job Service
    netrjs-4       74/udp   Remote Job Service
    #                       Bob Braden <Braden@ISI.EDU>
                   75/tcp   any private dial out service
                   75/udp   any private dial out service
    #                       Jon Postel <postel@isi.edu>
    .deos          76/tcp   Distributed External Object Store
    deos           76/udp   Distributed External Object Store
    #                       Robert Ullmann <ariel@world.std.com>
                   77/tcp   any private RJE service
                   77/udp   any private RJE service
    #                       Jon Postel <postel@isi.edu>
    vettcp         78/tcp   vettcp
    vettcp         78/udp   vettcp
    #                       Christopher Leong <leong@kolmod.mlo.dec.com>
    finger         79/tcp   Finger
    finger         79/udp   Finger
    #                       David Zimmerman <dpz@RUTGERS.EDU>
    www-http       80/tcp   World Wide Web HTTP
    www-http       80/udp   World Wide Web HTTP
    #                       Tim Berners-Lee <timbl@nxoc01.cern.ch>
    hosts2-ns      81/tcp   HOSTS2 Name Server
```

Reynolds & Postel                                                   [Page 20]

```
decvms-sysmgt     441/tcp     decvms-sysmgt
decvms-sysmgt     441/udp     decvms-sysmgt
#                             Lee Barton <barton@star.enet.dec.com>
cvc_hostd         442/tcp     cvc_hostd
cvc_hostd         442/udp     cvc_hostd
#                             Bill Davidson <billd@equalizer.cray.com>
https             443/tcp     https   MCom
https             443/udp     https   MCom
#                             Kipp E.B. Hickman <kipp@mcom.com>
snpp              444/tcp     Simple Network Paging Protocol
snpp              444/udp     Simple Network Paging Protocol
#                             [RFC1568]
microsoft-ds      445/tcp     Microsoft-DS
microsoft-ds      445/udp     Microsoft-DS
#                             Arnold Miller <arnoldm@microsoft.com>
ddm-rdb           446/tcp     DDM-RDB
ddm-rdb           446/udp     DDM-RDB
ddm-dfm           447/tcp     DDM-RFM
ddm-dfm           447/udp     DDM-RFM
ddm-byte          448/tcp     DDM-BYTE
ddm-byte          448/udp     DDM-BYTE
#                             Jan David Fisher <jdfisher@VNET.IBM.COM>
as-servermap      449/tcp     AS Server Mapper
as-servermap      449/udp     AS Server Mapper
#                             Barbara Foss <BGFOSS@rchvmv.vnet.ibm.com>
tserver           450/tcp     TServer
tserver           450/udp     TServer
#                             Harvey S. Schultz <hss@mtgzfs3.mt.att.com>
#                 451-511     Unassigned
exec              512/tcp     remote process execution;
#                             authentication performed using
#                             passwords and UNIX loppgin names
biff              512/udp     used by mail system to notify users
#                             of new mail received; currently
#                             receives messages only from
#                             processes on the same machine
login             513/tcp     remote login a la telnet;
#                             automatic authentication performed
#                             based on priviledged port numbers
#                             and distributed data bases which
#                             identify "authentication domains"
who               513/udp     maintains data bases showing who's
#                             logged in to machines on a local
#                             net and the load average of the
#                             machine
cmd               514/tcp     like exec, but automatic
#                             authentication is performed as for
#                             login server
```