# EXHIBIT 1

<u>Asserted Claims of U.S. Patent No. 6,085,192, U.S. Patent No. 6,708,221 & U.S. Patent No. 7,039,679</u>

**I. <u>U.S. Patent No. 6,085,192</u>**

1. A computer based method comprising the steps of:

    (a) establishing a communications channel through a firewall using an HTTP port or an SSL port;

    (b) generating **first examination results** from first **version information** which indicates whether a first workspace element stored at a first store within **the firewall** has been modified;

    (c) generating **second examination results** from second **version information** which indicates whether an **independently-modifiable copy** of the first workspace element has been modified, the copy being stored at a second store on a smart phone outside **the firewall**;

    (d) **initiating** steps (b) and (c) **from within the firewall through the communications channel when predetermined criteria have been satisfied**;

    (e) generating a preferred version from the first workspace element and from the copy based on the first and **second examination results**, wherein if only one of the first workspace element and the copy has been modified, then the step of generating includes selecting the one as the preferred version; and

    (f) storing the preferred version at the first store and at the second store.


2. A computer-based method comprising the steps of:

    (a) generating **first examination results** from first **version information** which indicates whether a first workspace element stored at a first store within a firewall has been modified;

    (b) generating **second examination results** from second **version information** which indicates whether an **independently-modifiable copy** of the first workspace element has been modified, the copy being stored outside **the firewall**;

    (c) **initiating** steps (a) and (b) **from within the firewall when predetermined criteria have been satisfied**;

    (d) generating a preferred version from the first workspace element and from the copy based on the first and **second examination results**; and

(e) storing the preferred version at the first store and the second store, wherein the second store is on a global server outside **the firewall** and which is protected by a global firewall.

8. A computer-based method comprising the steps of:

(a) generating **first examination results** from first **version information** which indicates whether a first workspace element stored at a first store within a firewall has been modified;

(b) generating **second examination results** from second **version information** which indicates whether an **independently-modifiable copy** of the first workspace element has been modified, the copy being stored outside **the firewall**;

(c) **initiating** steps (a) and (b) **from within the firewall when predetermined criteria have been satisfied**;

(d) generating a preferred version from the first workspace element and from the copy based on the first and **second examination results**;

(e) storing the preferred version at the first store and at the second store; and

wherein if only one of the first workspace element and the copy has been modified, then the step of generating includes selecting the one as the preferred version.

10. A system comprising:

a communications channel through a firewall comprising one of an HTTP port and an SSL port;

a general synchronization module for operating within **the first firewall** and for examining first **version information** to determine whether a first workspace element at a first store has been modified;

a synchronization agent for operating outside **the first firewall** and for forwarding to the general synchronization module second **version information** which indicates whether an **independently modifiable copy** of the first workspace element at a second store on a smart phone has been modified;

a synchronization start module for operating within **the first firewall** and for **initiating** the general synchronization module and the synchronization agent **when predetermined criteria have been satisfied**;

means for generating a preferred version from the first workspace element and from the copy by comparing the first **version information** and the second **version information**, wherein if only one of the first workspace element and the copy has been modified, then the means for generating selects the one as the preferred version; and

      means for storing the preferred version at the first store and at the second store.

11. The system of claim 10 further comprising a communications module for communicating through **the first firewall**, wherein the first firewall is positioned between a trusted network and the Internet.

17. The system of claim 10 further comprising **means for updating the first version information whenever the first workspace element is modified**.

21. A system comprising:

    **first means for generating first examination results from first version information which indicates whether a first workspace element stored at a first store within a firewall has been modified**;

    **second means for generating second examination results from second version information which indicates whether an independently modifiable copy of the first workspace element has been modified, the copy being stored at a second store on a smart phone outside the firewall**;

    means for updating the first **version information** whenever the first workspace element is modified or updating the second **version information** whenever the copy is modified;

    **means for initiating the first and second means from within the firewall when predetermined criteria have been satisfied**;

    **means for generating a preferred version from the first workspace element and from the copy based on the first and second examination results**; and

    **means for storing the preferred version at the first store and at the second store**.

22. A computer readable storage medium storing program code for causing a computer-based system to perform the steps of:

    (a) generating **first examination results** from first **version information** which indicates whether a first workspace element stored at a first store within a firewall positioned between a trusted network and the Internet has been modified;

    (b) generating **second examination results** from second **version information** which indicates whether an **independently modifiable copy** of the first workspace element has been modified, the copy being stored at a second store on a smart phone outside **the firewall**;

    (c) **initiating steps (a) and (b) from within the firewall through an Internet communications channel when predetermined criteria have been satisfied**;

    (d) generating a preferred version from the first workspace element and from the copy

        based on the first and **second examination results**, wherein if only one of the first workspace element or the copy has been modified, then selecting the one as the preferred version; and

(e) storing the preferred version at the first store and at the second store.

**II. U.S. Patent No. 6,708,221**

8. A system for synchronizing workspace data, comprising:

> **means for storing first workspace data on a first device**;
>
> **means for storing second workspace data on a second device**;
>
> means for determining differences between the first workspace data and the second workspace data;
>
> means for storing the differences at a global server; and
>
> means for sending the differences from the global server to the second device.

11. The system of claim 8, wherein at least one of the first device and the second device is selected from a group including a smart phone, a television settop box and a personal computer.

13. The system of claim 8, further comprising means for storing at the server **version indicating information** corresponding to the differences.

### III. U.S. Patent No. 7,039,679

1. An e mail system for providing synchronized communication of **independently modifiable e mails** over an **Internet** between a local area network (LAN) server secured by a LAN firewall with at least one **normally open LAN firewall port**, and each of a plurality of smart phone devices, said system comprising:

    a global server secured by a global server firewall having a global server firewall port therein;

    **a first Internet communication channel coupling said LAN server to said global server** through said open LAN firewall port and said global server firewall port;

    **a plurality of second Internet communication channels, each coupling said global server to a respective one of said smart phone devices**;

    at least one translator for translating e mail data of different formats such that e mails transmitted to said global server and said smart phone devices are of a format or formats which are acceptable thereto;

    at least one storage device for storing **version information** indicating differences between **independently modifiable e mails**;

    a **general synchronization module** responsive to a synchronization start command to synchronize different **independently modifiable e mails**; and

    a synchronization start module coupled to said general synchronization module, said synchronization start module being responsive to an existence of predetermined criteria to produce and send a synchronization start command to said general synchronization module.

3. A system, according to claim 1, wherein **the normally open port** is an HTTPS (SSL).

4. A system, according to claim 1, wherein said storage device is located at the LAN **server**.

5. A system, according to claim 1, wherein said LAN includes a client device and wherein said storage device is located at said client device.

7. A system, according to claim 1, wherein said storage device is located at one or more of said plurality of said smart phone devices.

8. A system, according to claim 1, wherein said translator is located at said LAN **server**.

9. A system, according to claim 1, wherein said LAN includes a client device and wherein said translator is located at said client device.

11. A system, according to claim 1, wherein said translator is located at one or more of said plurality of said smart phone devices.

12. A system, according to claim 1, wherein said **general synchronization module** is located at said LAN **server**.

13. A system, according to claim 1, wherein said LAN includes a client device and wherein said **general synchronization module** is located at said client device.

15. A system, according to claim 1, wherein said **general synchronization module** is located at one or more of said plurality of said smart phone devices.

16. A system, according to claim 1, wherein said synchronization start module is located at said LAN **server**.

17. A system, according to claim 1, wherein said LAN includes a client device and wherein said synchronization start module is located at said client device.

18. A system, according to claim 1, wherein said synchronization start module is located at one or more of said plurality of said smart phone devices.