# EXHIBIT 2

Asserted Claims of U.S. Pat. No. 6,151,606

10. A system on an **untrusted client site**, comprising:

    a communications module for download data from a remote site, the remote site being connected via a network to the **untrusted client site**;

    program code for placing the download data in temporary storage on the **untrusted client site**;

    an application program interface coupled to the communications module for communicating with a **workspace data manager** to present the downloaded data; and

    program code coupled to the application program interface for **automatically disabling** the **untrusted client site** from accessing at least a portion of the downloaded data **after a user has finished using the data**.

11. The system of claim 10, further comprising an **instantiator** for requesting the **workspace data manager** to provide an interface for enabling presentation of the downloaded data.

19. The system of claim 10, further comprising a data reader for translating the downloaded workspace data from the format used by the remote site to the format used by the **workspace data manager**.

21. A computer-readable storage medium storing program code for causing a computer to perform the steps of:

    executing a **workspace data manager** on an **untrusted client site**;

    requesting the **workspace data manager** to **access data temporarily** from a remote site, the remote site being connected via a network to the **untrusted client site**;

    initiating a communications channel with the remote site;

    downloading data from the remote site;

    placing the data in temporary storage on the untrusted client site;

    using the **workspace data manager** to present the downloaded data; and

    **automatically disabling** the **untrusted client site** from accessing at least a portion of the downloaded data **after a user has finished using the data**.

20. A system comprising:

    **means for executing a workspace data manager on an untrusted client site**;

    **means for requesting the workspace data manager to access data temporarily from a remote site, the remote site being connected via a network to the untrusted client site**;

    means for initiating a communications channel with the remote site;

    **means for downloading data from the remote site**;

    **means for placing the data in storage on the untrusted client site**;

    **means for using the workspace data manager to present the downloaded data**; and

    means for disabling the **untrusted client site** from accessing at least a portion of the downloaded data **after a user has finished using the data**.