# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **VISTO CORPORATION,** § § | |
| **Plaintiff** § § § | **CIVIL NO. 2:06-CV-39 (TJW-CE)** |
| **v.** § § | |
| **GOOD TECHNOLOGY, INC.,** § § | |
| **Defendant.** § § | |

## AGREED ORDER ON DEFENDANT GOOD TECHNOLOGY, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT BY ACCUSED PRODUCTS AND SERVICES RUNNING ON THE MOBITEX NETWORK

Before the Court is Defendant Good Technology, Inc.'s ("Good") Motion for Partial Summary Adjudication of Non-Infringement by Accused Products and Services Running on the Mobitex Network.

Pursuant to the Parties' Stipulation Regarding Entry of Agreed Order Concerning Defendant's Motion for Partial Summary Adjudication of Non-Infringement By Accused Products and Services Running on the Mobitex Network, Good's Mobitex Summary Judgment Motion is GRANTED as follows:

Good does not infringe, contribute to infringement, or induce others to infringe claims 1, 10, 11, 17, 21, or 22 of United States Patent No. 6,085,192 (C1), claim 11 of United States Patent No. 6,708,221, or claims 1, 3-5, 7-9, 11-13, or 15-18 of United States Patent No. 7,039,679, by using any Good products with the G100, RIM 950, and RIM 957 devices on the Mobitex Network.

Good does not infringe, contribute to infringement, or induce others to infringe claims 1, 10, 11, 17, 21, or 22 of United States Patent No. 6,085,192 (C1), claim 11 of United States Patent No. 6,708,221, or claims 1, 3-5, 7-9, 11-13, or 15-18 of United States

Patent No. 7,039,679, by making, offering to sell, or selling any Good products for use with the G100, RIM 950, and RIM 957 devices, but only to the extent that those products were used with the G100, RIM 950, and RIM 957 devices on the Mobitex network.

All other relief requested in Good's Mobitex Summary Judgment Motion is hereby DENIED.

IT IS SO ORDERED.

SIGNED this 13th day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE