**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VISTO CORPORATION,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**GOOD TECHNOLOGY, INC.**<br><br>　　　　Defendant. | **Civil Action No.: 2:06-CV-39-TJW** |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF CASE
<u>WITHOUT PREJUDICE</u>**

　　　This Court, having considered the parties' Joint Motion for Dismissal of Case Without Prejudice, is of the opinion that the Motion should be GRANTED.

　　　Accordingly, the above-captioned case is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

　　　SIGNED this 13th day of April, 2009.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　T. JOHN WARD
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE